UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | CIVIL NO. |
| | |
| | Foreclosure of Mortgage |
| Plaintiff | |
| | |
| v. | |
| | |
| IVAN ELIAS BEAUCHAMP SIERRA a/k/a IVAN E. BEAUCHAMP SIERRA a/k/a IVAN ELIAS BEAUCHAMP SIRVA, INGRID VERA ROSA and their Conjugal Partnership | |
| | |
| Defendants | |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.    Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.    Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of five (5) promissory notes that

affect the three (3) properties described further below.

3.  The first promissory note is for the amount of **$85,000.00**, with annual interest of 5%, subscribed on November 13, 1978. *See Exhibit 1.*

4.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 355. *See Exhibit 2.*

5.  Plaintiff is also the owner and holder of a promissory note for the amount of **$20,000.00**, with annual interest of 10 3/4%, subscribed on November 23, 1983. *See Exhibit 3.*

6.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 171. *See Exhibit 4.*

7.  On September 30, 1988, the promissory note for $20,000.00 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 269. *See Exhibit 5.*

8.  Plaintiff is the owner and holder of a promissory note for the amount of **$40,000.00**, with annual interest of 8%, subscribed on October 20, 1986. *See Exhibit 6.*

9.  For the purpose of securing the payment of said promissory

note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 163. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 7.*

10. On September 30, 1988, Deed 265 was executed in order to clarify the amount of the voluntary mortgage constituted by Deed 163, which was $40,000.00. *See Exhibit 8.*

11. The Note for $40,000, was modified on two occasions. The last modification occurred on September 30, 1988, under the terms and conditions stipulated and agreed therein, through Deed No. 269. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 9.*

12. Plaintiff is the owner and holder of a promissory note for the amount of **$22,000.00**, with annual interest of 11.5%, subscribed on December 28, 1982. *See Exhibit 10.*

13. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 231. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 11.*

14. On June 28, 1991, the note for $22,000.00, was modified, under the terms and conditions stipulated and agreed therein,

through Deed No. 118. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 12.*

15. Plaintiff is the owner and holder of a promissory note for the amount of **$74,000.00**, with annual interest of 5%, subscribed on November 13, 1978. *See Exhibit 13.*

16. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 357. This mortgage is duly recorded at the corresponding Property Registry.  *See Exhibit 14.*

17. According to the Property Registry, the defendants are the owners of record of the real estate properties subject of this case. Said properties are described -as they were recorded in Spanish- as follows:

> A) RUSTICA: Situada en los barrios Rio Arriba Saliente y Barahona de los Municipios Manatí y Morovis, respectivamente, compuesta de diez y nueve cuerdas con seis mil seiscientos ochenta y cuatro diez milésimas de otra (19.6684), equivalentes a siete hectáreas, setenta y tres área y cuatro centiáreas de terreno y en lindes por el NORTE, con José Antonio Aulet Méndez hoy Luis Adrovent; por el SUR, con José Antonio Aulet Méndez; por el ESTE, con José Antonio Aulet Méndez, hoy Antonio Torres; y por el OESTE, con José Antonio Aulet Méndez. Corresponde al municipio de Morovis once cuerdas con tres mil seiscientos cincuenta y nueve diez milésimas de otra (11.3659). Lindes por el NORTE, en cuatrocientos tres punto doscientos diez y ocho (403.218) metros; por el SUR, en doce (12) alineaciones; por el ESTE, en dos (2)

4

alineaciones; y por el OESTE, en un punto común con terrenos del señor José A. Aulet y la finca remanente propiedad del señor José A. Aulet.

Property 7,249, recorded at page 40 of volume 112 of Morovis, Property Registry of Manatí, Puerto Rico.

*See Title Search attached as Exhibit 15.*

B) RUSTICA: Parcela número ciento veintiséis:  Sita en el barrio Rio Arriba Saliente de Manatí, compuesta de treintidos cuerdas y dieciocho céntims de otra, equivalentes a doce hectáreas, sesenticuatro áreas, setenticuatro centiáreas y veintitrés miliáreas. Lindando al NORTE, con la parcela número ciento veinticinco; al SUR, con Jaime y Federico Calaf Collazo; al ESTE, con la parcela número ciento dieciséis; y al OESTE, con la parcela número ciento veintisiete.

Property 2,657, recorded at page 121 of volume 59, Property Registry of Manatí, Puerto Rico.

*See Title Search attached as Exhibit 16.*

C) RUSTICA: Parcela de terreno sita en el barrio Pugnado Adentro del término municipal de Vega Baja, Puerto Rico, con un área superficial de treinta y nueve cuerdas con ochenta y cinco céntimas de otra, equivalentes a quince hectáreas, sesenta y seis áreas, veintiséis centiáreas y sesenta y cinco miliáreas de terreno, y en lindes por el NORTE, con las parcelas 117 y 114; al SUR, con Jaime y Federico Calaf Collazo; al ESTE, con la parcela 113 y Cecilio Santiago; y al OESTE, con parcela 126 y Jaime y Federico Calaf Collazo, hoy, José A. Aulet.

Property 1,787, recorded at page 203 of volume 143 of Vega Baja, Property Registry of Bayamón, Puerto Rico.

*See Title Search attached as Exhibit 17.*

C.   The title searches attached to this complaint confirm the
     registration of the mortgage liens that secure the loan
     obligations between the plaintiff and the defendants.   *See
     Exhibits 15-17.*

D.   It was expressly stipulated in the notes evidencing the
     indebtedness that default in the payment of any part of the
     covenant or agreement therein contained will authorize the
     plaintiff, as payee of said notes, to declare due and payable
     the total amount of the indebtedness evidenced by said notes
     and proceed with the execution and/or foreclosure of the
     mortgages.

E.   The defendants herein, jointly and severally, have failed to
     comply with terms of the mortgage contracts by failing to pay
     the installments due on all notes until the present day, and
     that after declaring all the indebtedness due and payable,
     defendants owe to the plaintiff, according to the
     Certification of Indebtedness included herein as *Exhibit 18*,
     the following amounts:

          a) On the $85,000.00 Note:

               1) The sum of $72,329.03, of principal;

               2) The sum of $84,207.52, of interest accrued as of
                  September 8, 2020, and thereafter until its full
                  and total payment, which interest amount
                  increases at the daily rate of $9.9163;

6

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the $20,000.00 Note, as modified:

1) The sum of $17,877.83, of principal;

2) The sum of $42,990.30, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $4.6531;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the $40,000.00 Note, as modified:

1) The sum of $27,200.00, of principal;

2) The sum of $54,868.20, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $6.1481;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

7

    d) On the $22,000.00 Note, as modified:

        1) The sum of $26,693.34, of principal;

        2) The sum of $57,795.30, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $8.5701;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    e) On the $74,000.00 Note:

        1) The sum of $61,036.16, of principal;

        2) The sum of $76,523.92, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $8.3611;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

F.   The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

G.   Codefendants IVAN ELIAS BEAUCHAMP SIERRA a/k/a IVAN E.

BEAUCHAMP SIERRA a/k/a IVAN ELIAS BEAUCHAMP SIRVA and INGRID VERA ROSA are not currently active in the military service for the United States. *See Exhibit 19.*

H.   The real estate properties mentioned before are subject to the following liens in the rank indicated:

(A)   Property 7,249:

   a. Recorded liens with preference or priority over mortgage herein recorded:

         -NONE.

   b. Junior Liens with inferior rank or priority over mortgage herein executed:

      i. SEIZURE: Executed in the First Instance Court of Bayamón, civil case #DCD92-2908, for reason of Collection of Money and Foreclosure by Luciano Claudio Tirado, plaintiff, versus Ivan Elias Beauchamp Sirva and his wife Ingrid Vera Rosa, defendant, by the amount of $64,399.56, Order dated December 1st, 1997 and Writ dated December 22nd, 1997, recorded on February 17th, 2010, at page 127 of volume 320 of Morovis, property number 7,249, annotation A.

(B)   Property 2,657:

   1) Recorded liens with preference or priority over mortgage herein recorded:

      1. Access easement as servient in favor of the property owned by the spouses Francisco Rosario Rosario and Maria Rivera; Isabel López Negrón and Paula Guzmán and Juan Tapia Negrón and Rosario Maldonado, constituted by deed #37, executed in Manatí, Puerto Rico, on

9

November 16th, 1942, before José A. Camuñas Notary Public, recorded at page 123 overleaf of volume 59 of Manatí, property number 2,657, 4th inscription.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

    a. MORTGAGE: Constituted by Ivan E. Beauchamp Sierra and his wife Ingrid Vera Rosa, in favor of Bearer, in the original principal amount of $12,361.00, no interests, due on presentation, constituted by deed #25, executed in Morovis, Puerto Rico, on March 9th, 1984, before Andrés Jusino Archilla Notary Public, recorded at page 216 overleaf of volume 220 of Manatí, property number 2,657, 21st inscription.

    b. SEIZURE: Executed in the District Court of Puerto Rico in Manatí, civil case #CD92-1111, for reason of Collection of Money by Manuel Rivera Nazario, plaintiff, versus Ivan Elias Beauchamp Sierra and his wife Ingrid Vera Rosa, defendant, by the amount of $15,000.00, Order dated June 17th, 1992 and Writ dated October 19th, 1992, recorded on April 22nd, 1993, at page 219 of volume 220 of Manatí, property number 2,657, annotation A.

    c. SEIZURE: Executed in the First Instance Court of Bayamón, civil case #DCD92-2908, for reason of Collection of Money and Foreclosure by Luciano Claudio Tirado, plaintiff, versus Ivan Elias Beauchamp Sierra and his wife Ingrid Vera Rosa, defendant, by the amount of $64,399.56, Order dated December 8th, 1997, recorded on August 25th, 2015, at page 78 of volume 615 of Manatí, property number 2,657, 23rd inscription.

(C) Property 1,787:

1) Recorded liens with preference or priority over mortgage herein recorded:

    -None.

2) Junior Liens with inferior rank or priority over mortgage herein executed:

    -None.

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 2 day of November, 2020.



JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)   Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed

from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, on November 2 , 2020.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

13

# FARMERS HOME ADMINISTRATION

Form FmHA 440-16
(Rev. 11-10-75)
FmHA 440-16 (Rev. 11-10-75)

*Adrovet Molina, Angel B*

| TYPE OF LOAN | PROMISSORY NOTE | |
|---|---|---|

**TYPE OF LOAN**

Type: __FO__
In accordance with:
☒ Consolidated Farm and Rural Development Act
☐ Title V of the Housing Act of 1949

**PROMISSORY NOTE**

STATE
_____PUERTO RICO_____
OFFICE
_____MOROVIS_____
CASE NUM.
63-37-583306690

Date NOVEMBER 13 _____, 1978

**FOR VALUE RECEIVED,** the undersigned (whether one or more persons, hereafter the "Borrower...") shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereafter "Government"), at its offices at MOROVIS, PUERTO RICO _____
_____,

**THE PRINCIPAL AMOUNT OF** EIGHTY-FIVE THOUSAND **DOLLARS** ($85,000.00) plus **INTEREST** on the **UNPAID PRINCIPAL** at FIVE **PERCENT** (5__ %) **PER ANNUM.**

The payment of the Principal and Interests shall be according between the Borrower and the Government using one of the four alternatives indicated below: (mark one)

☐ I. Principal and Interest payments shall be deferred. The first installment shall consist of accumulated interest and be due on _____, 19_____. The subsequent payments of Principal and accumulated Interests shall be made in _____ installments as indicated in the box below;

☐ II. Payment of Principal and Interest shall be deferred. The accumulated interest as of _____, 19_____ will be added to the Principal. Said new Principal and accumulated Interest shall be subsequently payable in _____ regular amortized installments on the dates indicated in the box below; the Borrower authorizes the government to record the amount of said new Principal here $_____ and the amount of said regular installments in the box below, when said amounts have been determined.

☐ III. The payment of Interest shall not be deferred. The installments on accumulated Interest shall be payable on the _____ of each _____ beginning on _____, 19___, until _____, 19___. Principal and accumulated Interest shall subsequently be paid in _____ installments, as indicated in the box below:

☒ IV. The Payments shall not be deferred. The Principal and Interest shall be payable in __41__ installments as indicated in the box below:

| |
|---|
| $ 571.00 _____ on JANUARY 1ST of 1979 _____, and |
| $ 4,954.00 subsequently on JANUARY 1ST of each YEAR thereafter until the **PRINCIPAL** and **INTEREST** are completely paid, except that the final payment on the debt established herein, if not sooner paid, shall be **DUE AND PAYABLE** FORTY (40) **YEARS** from the **DATE** of this **PROMISSORY NOTE.** The consideration herein shall support any agreement modifying the above payment schedule. |

Jay-Ce-Agriculture                    *Position 2*                    FmHA 440-16 (Rev. 11-10-75)

If the total amount of the loan is not advanced by the closing date, the loan shall be advanced to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government is required when the advance is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown on the back of this document. Borrower authorizes the Government to record the amount(s) and date(s) of any advance payment(s) in the Advance Payment Log.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued as of the date of said payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

The Borrower agrees that the Government may at any time negotiate this promissory note and insure its payment, and in such case, although the Government is not the holder of said promissory note, the borrower shall continue making the payments of principal and interest to the Government as the holder's collection agent, as specified herein.

If this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder quarterly or based on the date the annual installment is due. The effective date of any payment retained and transferred by the Government to the holder according to the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay any interest to which the holder is entitled that accrues between the effective date of any such advance payment and the date the Treasury check is paid to the holder.

The Borrower hereby certifies that he is not able to obtain sufficient credit from other sources to finance his present needs at reasonable interest rates and terms, taking into consideration the types and terms of prevailing private sources and cooperatives in or near his community, for loans with similar time periods and purposes, and that the loan herein evidenced will be used exclusively for the purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, the Borrower *(a)* shall personally manage said property by himself with his family, as a farm if this loan is a Farm Owner (FO) loan or *(b)* shall personally occupy and utilize said property if this is a rural housing loan (RH) for a plot or in the case of a Section 504 rural housing loan.

**REFINANCING AGREEMENT:** If at any time the Government determines that Borrower is able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, the Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and to pay for any necessary shares, if the lender is a cooperative. This paragraph and that which precedes it shall not apply to the cosigner who signs this promissory note, according to the provisions of Section 502 of the Housing Law of 1949, to compensate for any deficiency in the ability to make payments by the other appearing party(ies):

**DEFAULT:** Failure to make any payment when due on any debt established herein, or failure to comply with any condition or agreement herein, shall constitute default under any other instrument showing a debt of the Borrower that is Guaranteed or insured by the Government or otherwise relating to said debt; and default on any such other instrument shall constitute default under the terms of this document. **UPON ANY DEFAULT**, the Government, at its convenience, may declare all or any part of said debt to be immediately due and payable.

This Promissory Note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949, and for the type of loan indicated in the box "TYPE OF LOAN" above. This Promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____ (Seal)
                        (Borrower)
Angel B. ADROVET        MOLINA
[Signature] _____ (Seal)
Maria T. PAGAN
                        (Spouse)


Apartado #5
Morovis, P.R. 00717


| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | QUANTITY | DATE |
| (1) $ 85,000.00 | 11-13-78 | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $ 85,000.00 | 11-13-78 |

Jay-Ce-Agriculture                    *Position 2*                    FmHA 440-16 (Rev. 11-10-75)

Form FmHA 440-16
(Rev. 11-10-75)
FmHA 440-16 (Rev. 11-10-75)

ADMINISTRACION DE HOGARES DE AGRICULTORES

*Adnowl Molina, Angel B*

| CLASE DE PRESTAMO | | ESTADO | PUERTO RICO |
|---|---|---|---|
| Tipo: | FO | OFICINA | MOROVIS |
| | De acuerdo a: | CASO NUM. | |
| ☒ | Consolidated Farm and Rural Development Act. | 63-37-583306690 | |
| ☐ | Title V of the Housing Act of 1949 | | |

**PAGARE**

Fecha ___13 DE NOVIEMBRE DE___ , 19 78

**POR VALOR RECIBIDO,** el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario ...") man-comunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante

el "Gobierno") en su oficina en ___MOROVIS, PUERTO RICO___

LA SUMA PRINCIPAL DE ___OCHENTA Y CINCO MIL---------------------------------------------

DOLARES ($ 85,000.00 _____ ), más **INTERESES** sobre el **PRINCIPAL ADEUDADO** al

___CINCO___ POR CIENTO ( __5__ %) ANUAL.

El pago de dicho Principal e Intereses será según acordado entre el Prestatario y el Gobierno usando una de las cuatro alternativas como se indica más abajo: (marque uno)

☐ I   Pagos de Principal e Intereses serán diferidos. El primer plazo será de intereses acumulados y vencerá en

_____ , 19 _____ . El Pago de Principal e Intereses acumulados subsiguientemente serán

en _____ plazos como se indica en el encasillado más abajo;

☐ II. Los pagos de Principal e Intereses serán diferidos. Los intereses acumulados a _____ , 19 ____

serán sumados al Principal. Dicho nuevo Principal e Intereses acumulados subsiguientemente serán pagaderos en _____ plazos regulares amortizados en las fechas indicadas en el encasillado más abajo. El Prestatario autoriza al Gobierno a

anotar la cantidad de dicho nuevo Principal aquí $ _____ y la cantidad de dichos plazos regulares en el encasillado más abajo, cuando dichas cantidades hayan sido determinadas.

☐ III. El Pago de Intereses no será diferido. Plazos de Intereses acumulados serán pagaderos el _____ de cada

_____ empezando en _____ , 19 ____ , hasta _____ , 19 ____ .

Principal e Intereses acumulados subsiguientemente serán pagados en _____ plazos como se indica en el encasillado más abajo;

☒ IV. Los Pagos no serán diferidos. Principal e Intereses serán pagaderos en ___41___ plazos como se indica en el encasillado mas abajo:

$ ___571.00___ en ___1RO DE ENERO DE___ , 19 79 , y

$ 4,954.00 subsiguientemente al ___1RO ENERO___ de cada ___AÑO___

hasta que el **PRINCIPAL e INTERESES** sean completamente pagados excepto que el **PLAZO FINAL** de la deuda aquí

evidenciada, de no ser pagado anteriormente, vencerá y será **PAGADERO** ___CUARENTA___ ( 40 )

AÑOS de la **FECHA** de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior.

Si la cantidad total del préstamo no es adelantado a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno es mandatoria siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se muestra aquí al reverso. El Prestatario autoriza al Gobierno a anotar la cantidad y fecha de tal adelanto en el Registro de Adelantos.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este mismo.

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en este.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, excepto     el pago final, o podrán ser retenidos por el Gobierno y remitidos al tenedor a base de pagos trimestrales o a base de plazo anual vencido. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquier de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

El Prestatario por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o en el caso de un préstamo de la Sección 504 de vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s):

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o Garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; e incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_Angel B. Adrovet Molina_ _____ (Sello)
Angel B. ADROVET (Prestatario) MOLINA

_María T. Pagon_ _____ (Sello)
María T. PAGAN (Esposa)

Apartado #5

Morovis, P.R.  00717

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| (1) $ 85,000.00 | 11-13-78 | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $85,000.00 | 11-13-78 |

Exhibit 2

Form FmHA 427-1 PR
10/77

NUMBER

**THREE HUNDRED FIFTY-FIVE (355)**

VOLUNTARY MORTGAGE

In **Morovis, Puerto Rico, on November thirteen of nineteen seventy-eight (1978).**

BEFORE ME

**JOSE L. COLON FONTAN**

Attorney and Notary Public for this Island with residence in **Morovis, Puerto Rico**, and offices in **Morovis, P.R**.

[Seals]

APPEAR

The persons named in paragraph TWELVE of this mortgage, hereinafter referred to as "mortgagor," and whose personal information appears in said paragraph.

I do attest to personal acquaintance with the appearing parties, as well to as their statements regarding their age, marital status, profession, and residence.

They assure me that they are in full enjoyment of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity for this granting, **and freely;**

THEY STATE

FIRST: That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage as well as all rights and interests in the same, hereinafter referred to as "the properties".

SECOND: That the properties mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

THIRD: That the mortgagor is obligated to the United States of America, <u>acting through the Farmers Home Administration</u>, hereinafter referred to as the "mortgagee," in connection with a loan or loans evidenced by one or more promissory notes or subrogation agreements, hereinafter referred to as the "promissory note," be there one or more. The Government requires that additional monthly payments of one twelfth of the contributions, assessments (taxes), insurance

FORM FmHA 427-1 PR

1

Form FmHA 427-1 PR
10/77

premiums and other charges that have been estimated for the mortgaged property.

FOURTH: It is understood that;

(One) The promissory note represents a loan or loans to mortgagor in the principal amount specified therein, granted with the purpose and intention that the mortgagee may at any time assign the note and insure the payment thereof pursuant to the Act of nineteen sixty-one consolidating the Farmers Home Administration, or Title Five of the Home Act of nineteen forty-nine, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

[Seals]

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest of said promissory note.

(Four) At all times when payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine on the insurance endorsement the portion of the promissory note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder will transfer all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept instead the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the promissory note, or in any other supplementary agreement, he shall sign the promissory note over to the mortgagee upon mortgagee's request.

FORM FmHA 427-1 PR

(Six) Among other things, it is the purpose and intent of this mortgage that whenever the promissory note is held by the mortgagee, or in the event the mortgagee transfers this mortgage without insuring the promissory note, this mortgage shall guarantee payment of the promissory note; but when the promissory note

-2-

Form FmHA 427-1 PR
10/77

is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under the insurance endorsement caused by any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the promissory note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the promissory note's payment and as a guarantee of the amount of the promissory note as specified in subparagraph (One) of paragraph NINTH, with interest at the rate stipulated and to ensure prompt payment of said promissory note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the promissory note is held by an insured lender in guaranty of the amounts specified in subparagraph (Two) of paragraph NINTH herein, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold the mortgagee harmless against losses under its insurance endorsement due to any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (Three) of paragraph NINTH of this document, and to insure mortgagor's compliance with each and every agreement and stipulation herein or in any supplementary agreement, mortgagor hereby executes a voluntary mortgage in favor of mortgagee over the property described in paragraph ELEVENTH below, together with all rights, interests, easements, inheritance rights, and attachments pertaining thereto; all rents, credits, benefits of same, and any product or income of same; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use of same; all water, water rights, or shares in same, pertaining to the farms or to any payments owed at any time to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or for damages to any part of same, or interest on same, it being understood that this lien will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, have been paid in full. In the event of foreclosure, the property shall be used for the payment of the principal, interest thereon before and after maturity, until these are fully paid;

[Seals]

FORM FmHA 427-1 PR

-3-

losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee on behalf of mortgagor, with interest, until all costs and expenses, including mortgagee's attorneys' fees, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH of this document.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed when due and to indemnify and hold mortgagee harmless against any loss under the payment insurance of the promissory note owing to any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the promissory note to mortgagee, as holder's collection agent.

[Seals]

(Two) To pay to mortgagee an initial fee for inspection and appraisal and any delinquency charges required now or in the future by Farmers Home Administration regulations.

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the promissory note, less the annual amount or charge, may be paid by mortgagee to the holder of the promissory note under the terms of the promissory note and of the insurance endorsement referenced in the above paragraph FOURTH on mortgagor's behalf.

Any amount due and unpaid under the terms of the promissory note, whether it is held by mortgagee or by an insured lender, may be applied to the promissory note by mortgagee, and shall thus constitute an advance made by mortgagee on mortgagor's behalf.

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of **FIVE**  percent (**5** %) percent from the date on which payment was due until the date on which mortgagor satisfies same.

(Four) Whether or not the note is insured by mortgagee, any and all advances made

FORM FmHA 427-1 PR

-4-

Form FmHA 427-1 PR
10/77

by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges, due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advances until mortgagor pays said advances.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification, at the place designated on the promissory note, and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from his breach of the payment agreement. Said advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the promissory note or to any other debt of the mortgagor guaranteed herein, in the order determined by mortgagee.

[Seals]

(Six) To use the amount of the loan indicated on the promissory note solely for purposes authorized by mortgagee.

(Seven) To pay, when due, the loan total, all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property, as well as on all future improvements. The insurance against fire and other hazards shall be in the form, amounts, and terms and conditions approved by mortgagee.

FORM FmHA 427-1 PR

(Nine) To maintain the property in good condition and to promptly verify all necessary repairs for the preservation of the property; to refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; to not remove or demolish any building or improvement on the property; nor cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without mortgagee's consent, and to promptly carry out the repairs on the property that

-5-

Form FmHA 427-1 PR
10/77

mortgagee may request from time to time. Mortgagor shall comply with the soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as defined in Farmers Home Administration regulations, the mortgagor shall personally manage the property, on his own or through his family, as a farm and for no other purpose, and he shall not lease the farm, nor any part of it, unless mortgagee gives written consent for another method of operation or for leasing.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property in the form and manner required by mortgagee, and to comply with all laws, ordinances, and regulations affecting the property or its use.

[Seals]

(Twelve) Mortgagee, his agents, and his attorneys shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether the security granted has been deteriorated or diminished, and if such inspection or examination reveals, in mortgagee's judgment, that the security is in fact being deteriorated or diminished, this shall constitute a breach of this mortgage agreement by mortgagor.

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may implement the proceedings necessary to defend his interests, and any costs or expenditures incurred by mortgagee in said proceedings will be added to mortgagor's debt, and shall be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

(Fourteen) If at any time while this mortgage remains in effect mortgagor does abandon the property or voluntarily return it to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect the rents, benefits, and income of same,

FORM FmHA 427-1 PR

-6-

Form FmHA 427-1 PR
10/77

[Seals]

FORM FmHA 427-1 PR

and to apply these first to collection and administration costs and secondly to the payment of the debt established by the promissory note or any other debt to mortgagee herein guaranteed, in the order and manner determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may obtain a loan from a production credit association, from a Federal Bank, or another responsible source, whether cooperative or private, at an interest rate and on terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in an amount sufficient to pay the promissory note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of a default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or declares himself or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice: (One) to declare all unpaid debt under the terms of this promissory note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and conservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request legal protection.

(Seventeen) Mortgagor shall pay or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, of the promissory note, and any other

-7-

Form FmHA 427-1 PR
10/77

supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, obligations, or similar concepts set forth herein, or in other agreements, and without affecting the liability of any person for payment of the promissory note or any other debt guaranteed herein, and without affecting the lien on the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time: (One) to waive compliance with any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (Two) to negotiate with mortgagor or to grant to mortgagor any indulgence or forbearance or extension of time for payment of the promissory note (with the consent of said note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee guaranteed herein; or (Three) to grant and deliver partial releases of any part of the mortgaged property described herein, or to grant deferment or postponement of this mortgage in favor of any other lien on the property.

[Seals]

(Nineteen) All rights, title, and interest in or over this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and full cancellation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or over the lien and benefits contained herein.

(Twenty) Default on this mortgage shall constitute default on any other mortgage, rehabilitation loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any other such security instrument shall constitute default on this mortgage.

FORM FmHA 427-1 PR

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail, unless otherwise required by law, and shall be addressed, until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to the mailing address

-8-

Form FmHA 427-1 PR
10/77

of his/her residence, as stated below.

(Twenty-Two) Mortgagor hereby assigns to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance to payment of the promissory note and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with the mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of **EIGHTY-FIVE THOUSAND DOLLARS ($85,000.00).**

[Seals]

EIGHTH**:** Mortgagor hereby waives the procedural requirements and agrees to be considered in default without need of any notification of default or demand for payment on the part of the mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the Congress of the United States of America that authorize the allocation and insuring of the aforementioned loan.

NINTH**:** The amounts guaranteed by this mortgage are as follows:

One. At all times when the promissory note referenced in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without insuring the promissory note:
**EIGHTY-FIVE THOUSAND** DOLLARS **($85,000.00),** the principal amount of said promissory note, with interest as stipulated therein at the rate of **FIVE** percent **(5** %) per annum;

Two. At all times when the promissory note is held by an insured lender:
(A)      **EIGHTY-FIVE THOUSAND** DOLLARS **($85,000.00)**

FORM FmHA 427-1 PR

-9-

Form FmHA 427-1 PR
10/77

to indemnify the mortgagee for advances to the insured lender due to mortgagor's failure to pay the installments as specified in the promissory note, with interest as a stated in paragraph SIXTH, Third;

(B) **ONE HUNDRED TWENTY-SEVEN THOUSAND FIVE HUNDRED** DOLLARS **($127,500.00)** to indemnify the mortgagee against any loss it might sustain under its insurance of payment of the note;

Three. In any event and at all times whatsoever:

(A) **SEVENTEEN THOUSAND** DOLLARS **($17,000.00)** for arrears interest.

(B) **SEVENTEEN THOUSAND** DOLLARS **($17,000.00)** for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, Third;

(C) **EIGHT THOUSAND FIVE HUNDRED** DOLLARS **($8,500.00)** for costs, expenses, and attorneys' fees in case of foreclosure;

(D) **EIGHT THOUSAND FIVE HUNDRED** DOLLARS **($8,500.00)** for costs and expenses incurred by mortgagee in proceedings to defend its interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIXTH, Thirteen.

TENTH: That the promissory note(s) referred to in paragraph THIRD of this mortgage is (are) described as follows:

"Promissory note executed in case number **sixty-three dash thirty-seven dash five hundred eighty-three, three hundred six, six hundred ninety (63-37-583306690)** dated **November thirteen (13),** nineteen **seventy-eight (1978).**

[Seals]

FORM FmHA 427-1 PR

10

Form FmHA 427-1 PR
10/77

in the amount of **EIGHTY-FIVE THOUSAND DOLLARS ($85,000.00)** dollars of principal, plus interest on the unpaid principal balance at a rate of **FIVE  (5%)** percent per annum,   until the principal is fully paid according to the terms, installments, conditions and stipulations contained in said promissory note and as agreed between the Borrower and the Government; except that the final installment of the total debt herein, if not previously paid, shall be due and payable **FORTY (40)**  years from the date of this promissory note.

Said promissory note has been granted as evidence of a loan made by the Government to the Borrower, pursuant to the law of the Congress of the United States of America known as "Consolidated Farm and Rural Development Act of 1961" or pursuant to "Title V of the Housing Act of 1949," as amended, and is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with said Law. To which description I, the Authorizing Notary, DO ATTEST.

[Seals]

ELEVENTH: - The property subject to this title and over which the Voluntary Mortgage is established is described as follows:

**RURAL PROPERTY: Plot of land number one hundred twenty-six (126), located in the barrio Río Arriba Saliente of Manatí, Puerto Rico, with a surface area of THIRTY-TWO CUERDAS AND EIGHTEEN HUNDREDTHS (32.18) of another, equivalent to twelve hectares, sixty-four ares, sixty-four centiares and twenty-three miliares. Borders: to the NORTH, plot number one hundred twenty-five (125); to the SOUTH, Jaime and Federico Calaf, today José A. Aulet; to the EAST, plot number one hundred sixteen (116); and to the WEST, plot number one hundred twenty-seven (127).**

**Includes a house made of cement and cement block, with zinc roof and a ranch with zinc roof.**

FORM FmHA 427-1 PR

Form FmHA 427-1 PR
10/77

The borrower acquired the described farm by `purchase from Mr. José A. Aulet Méndez and Mrs. Carmen A. Maldonado` according to Deed Number `Three Hundred Fifty-Four (354)` dated `November 13, nineteen seventy-eight,` granted in the city of `Morovis, P.R.` before the Notary `José L. Colón Fontán.`
Said property is subject to `a mortgage in favor of United States of America for $3653.00 and another mortgage in favor of Federal Land Bank of Baltimore for $21,200.00 and in process of being cancelled.`

`RECORDED on page 141 of book 111 of Manatí, Puerto Rico, farm number 2657. Pending recording under the name of the spouses appearing herein.`

TWELFTH: Appearing as mortgagors in this deed are:- `The spouses MR. ANGEL B. ADROVET MOLINA AND MRS. MARIA T. PAGAN ,` of legal age, property owners, and residents of Morovís, Puerto Rico, whose mailing address is: `Apartado 5, Morovís, Puerto Rico 00717.`

[Seals]

THIRTEENTH: The proceeds of the loan recorded herein were used or shall be used for agricultural purposes and the construction and/or repairs and/or improvements of the physical structure(s) on the aforementioned farm(s).

FOURTEENTH: The borrower shall personally occupy and make use of any structure that has been built, improved and sold with the amount of the loan herein guaranteed and shall not lease or use said structure for other purposes without the written consent of the Government. Violation of this clause, as well as the violation of any agreement or clause contained herein, shall cause the maturity of the obligation as if the loan term were completed and the Government shall be empowered to declare the loan due and payable and proceed to the foreclosure of the mortgage.

FIFTEENTH: This mortgage is expressly extended to all existing construction or building on the aforementioned farm(s)

12

Form FmHA 427-1 PR
10/77

and to all improvements, construction, building constructed on said farm(s) during the effective period of the mortgage constituted in favor of the Government, verified by the current owners or by their heirs and assignees.

SIXTEENTH: The mortgagor hereby jointly and severally waives, for himself and on behalf of his heirs, assignees and successors or representatives and in favor of mortgagee (Farmers Home Administration) any Homestead right that he may have presently or in the future on the buildings included therein or that may be constructed in the future; this waiver in favor of Farmers Home Administration is permitted under Law Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A 1851).

SEVENTEENTH: The mortgagee and mortgagor further agree that any stove, oven or heater purchased either fully or in part with proceeds of the loan secured herein, will be considered and understood to be part of the property encumbered by this mortgage.

[Seals]

### ACCEPTANCE

The appearing parties accept this deed as drafted and to the full extent of its content, as they find it in accordance with their instructions and wishes.

### WARNINGS

I, the Notary, made to the appearing parties the corresponding legal warnings.

### GRANTING

So, the appearing parties say and grant before me.

### READING

After this deed was read by the Notary to the appearing parties,

13

as they waived the right I advised them they had to do
so themselves, and having found it in accordance with
their wishes, they approve and ratify it, signing it
before me, affixing their initials to the left margin of
all pages of same, all that in one act and before me. To
all of which, as well as to all that is contained in
this Public Instrument, I, the Authorizing Notary, DO
ATTEST.

SIGNED: Angel B. Adrovet Molina; María T. Pagán.
SIGNED, STAMPED, SEALED AND INITIALED, JOSE L. COLON FONTAN,
NOTARY PUBLIC.

[Seal]

The corresponding Internal Revenue and Bar Association
seals are cancelled on the original.

[Illegible] duly signed, [Illegible]the initials of the granting
parties, [Illegible] its original which is filed in my protocol
of public instruments for the year 19_78_ to which I refer.
And at the request of the interested party _Farmers_
_Home Administration,_ I issue this copy today,
[Illegible] _18_, _1978_.


[Signature]
NOTARY PUBLIC

[Stamp]
[Seals]

[Handwritten]

*Recorded on the reverse of page 32 of book 171 of Manatí, 15th recording. Farm #2657*

*Subject to mortgage for $3,653.00 in favor of U.S.A., to mortgage for $21,000.00 in favor of Fed. Land Bank of Baltimore, to a* [Illegible] *Credit for $12,000.00 and to the mortgage that this title refers to.*

*Arecibo,* [Illegible] *16, 1978.*

[Signature]

*Exempt.*                    *Registrar*

[Seal]

Forma FmHA 427-1, PR
10/77

------------------------ NUMERO ------------------------

------------ TRESCIENTOS CINCUENTICINCO (355) -------

-------------------HIPOTECA VOLUNTARIA-------------------

En **Morovis, Puerto Rico, a los trece días del mes de
noviembre de mil novecientos setenta y ocho.** -------

----------------------- ANTE MI ------------------------

------------------- JOSE L. COLON FONTAN ---------------

Abogado y Notario Público de esta Isla con residencia y vecindad en
**Morovis, Puerto Rico ----** y oficina en **Morovis, P. R. --**

----------------------- COMPARECEN ---------------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo. ------------

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. --------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento, **y libremente;**-----------------

------------------- EXPONEN ----------------------

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes". ------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO. ---------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avaluos (impuestos), primas de

FORMA FmHA 427-1 PR

1



Forma FmHA-427-1 PR
10/77

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria.———————————————————————

CUARTO: Se sobreentiende que:———————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada.———————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado.———————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré.———————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual".———

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario.———————————————————————

(Seis)   Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré

—2—

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77



esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total

—3—

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ———————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del **CINCO** ——————— por ciento (——— 5 %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

—4—

Forma FmHA-427-1 PR
10/77

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de
seguro, reparaciones, gravámenes u otra reclamación en protección de los
bienes hipotecados o para contribuciones o impuestos u otro gasto similar
por razón de haber el deudor hipotecario dejado de pagar por los mismos,
devengará intereses a razón del tipo estipulado en el subpárrafo anterior
desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por
el deudor hipotecario. ———————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta
hipoteca con sus intereses vencerá inmediatamente y será pagadero por el
deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento
alguno en el sitio designado en el pagaré y será garantizado por la presente
hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al
deudor hipotecario de su violación del convenio de pagar. Dichos adelantos,
con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor
hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor
hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor
hipotecario aquí garantizada en el orden que el acreedor hipotecario
determinare. ———————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente
para los propósitos autorizados por el acreedor hipotecario. ——————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales,
gravámenes y cargas que graven los bienes o los derechos o intereses del
deudor hipotecario bajo los términos de esta hipoteca. ——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según
requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en
los bienes o cualquier otra mejora introducida en el futuro. El seguro contra
fuego y otros riesgos serán en la forma y por las cantidades, términos y
condiciones que aprobare el acreedor hipotecario. ————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar
las reparaciones necesarias para la conservación de los bienes; no cometerá ni
permitirá que se cometa ningún deterioro de los bienes; ni removerá ni
demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá
madera de la finca, ni removerá ni permitirá que se remueva grava, arena,
aceite, gas, carbón u otros minerales sin el consentimiento del acreedor
hipotecario y prontamente llevará a efecto las reparaciones en los bienes que

—5—

Forma FmHA-427-1 PR
10/77

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ----------------------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. ------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. -------------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. ------------------------------------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. ------------------------------------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos



—6—

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ————————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro

—7—

Forma FmHA-427-1 PR
10/77

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ---------------- -

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario: (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos. ---------------------------------------

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de

—8—

Forma FmHA-427-1 PR
10/77

su residencia según se especifica más adelante. ------------------------

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. -----------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de   OCHENTA Y CINCO MIL DOLARES --- ($85,000.00). ------------------------------------------

--------------------------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado. ----------------------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré:  OCHENTI-CINCO MIL --------------------- DOLARES ($85,000.00) el principal de dicho pagaré, con sus intereses según estipulados a razón del CINCO ----------- por ciento (← 5 %) anual; -------------

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado: -----------------------------------------------
(A) OCHENTA Y CINCO MIL → -----------------------------
----------------------------- DOLARES ($ 85,000.00)

—9—

Forma FmHA 427-1 PR
10/77

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; —————————————

(B)   CIENTO VEINTISIETE MIL QUINIENTOS ———————— ———————————— DOLARES ($127,500.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; ————————————

res. En cualquier caso y en todo tiempo; —————————————

(A)   DIEZ Y SIETE MIL —————————————————— ——————————————— DOLARES ($17,000.00 )

para intereses después de mora; ——————————————

(B)   DIEZ Y SIETE MIL —————————————————— ——————————————— DOLARES ($17,000.00 )

para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; ——————————————————

(C)   OCHO MIL QUINIENTOS —————————————— ——————————————DOLARES ($8,500.00   )

para costas, gastos y honorarios de abogado en caso de ejecución; ————

(D)   OCHO MIL QUINIENTOS —————————————— ——————————————— DOLARES ($8,500.00   )

para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece. ———————————

DECIMO:   Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: ——————

"Pagaré otorgado en el caso número sesentitres guión treintisiete guión quinientos ochentitres trescientos seis seiscientos noventa (63-37-583306690) ——————————————

————————————— fechado el día trece ———————

—————— de noviembre   de mil novecientos setenta y ocho. ———

———————————————————————————————

10

Forma FmHA 427-1 PR
10/77

por la suma de **OCHENTA Y CINCO MIL ($85,000.00)** ---------

/ ------ dólares de principal más intereses sobre el balance del principal

adeudado a razón del   **CINCO** ------------------------------

------- (   **5%**   ) por ciento anual, hasta tanto su principal sea

totalmente satisfecho según los términos, plazos, condiciones y estipulaciones

contenidas en dicho pagaré y según acordados y convenidos entre el

Prestatario y el Gobierno;  excepto el pago final del total de la deuda aquí

representada, de no haber sido satisfecho con anterioridad, vencerá y será

pagadero a los   **cuarenta (40)**   años de la fecha de este pagaré.

— Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido

por el Gobierno al Prestatario de conformidad con la Ley del Congreso

de los Estados Unidos de América denominada "Consolidated Farm and

Rural Development Act of 1961" o de conformidad con el "Title V of

the Housing Act of 1949", según han sido enmendadas y está sujeto a los

presentes reglamentos de la Administración de Hogares de Agricultores

y a los futuros reglamentos no inconsistentes con dicha Ley . De cuya

descripción, yo, el Notario Autorizante, DOY FE. ------------------

UNDECIMO:  Que la propiedad objeto de la presente escritura y sobre la que

se constituye Hipoteca Voluntaria, se describe como sigue: --------------

RUSTICA:-Parcela de terreno número ciento veintiseis -
(126), sita en el barrio Río Arriba Saliente de Mana-
tí, Puerto Rico, compuesta de TREINTA Y DOS CUERDAS --
CON DIEZ Y OCHO CENTIMOS (32.18) de otra, equivalente
a doce hectáreas, sesenticuatro áreas, sesenticuatro -
centiáreas y veintitres miliáreas y en lindes: por el
NORTE, con la parcela número ciento veinticinco (125);
por el SUR, con Jaime y Federico Calaf, hoy José A. --
Aulet; al ESTE, con la parcela número ciento dieciseis
(116) y por el OESTE, con la parcela número ciento ---
veintisiete (127). ------------------------------------
Enclava una casa vivienda de cemento y bloques de ce-
mento, techada de zinc y un rancho techado de zinc. --
------------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

11

Forma FmHA 427-1 PR
10/77

Adquirió el prestatario la descrita finca por compra a————

don José A. Aulet Méndez y doña Carmen A.Maldonado ———

según consta de la Escritura Número **Trescientos cincuenti-**

**cuatro (354)** ——— de fecha 13 noviembre de mil novecien-

tos setentiocho otorgada en la ciudad de Morovis, P.R.

ante el Notario José L. Colón Fontán. ————————



Dicha propiedad se encuentra a hipoteca a favor Estados ——

Unidos de América por $3653.00 y otra hipoteca a fa-

vor del Federal Land Bank of Baltimore por $21,200.00 y

en trámites de cancelación. ——————————————

INSCRITA al folio 141 del tomo 111 de Manatí, Puerto -

Rico, finca número 2657. Pendiente de inscripción a -

nombre de los esposos aquí comparecientes. —————

DUODECIMO: Que comparecen en la presente escritura como————

Deudores Hipotecarios :—**LOS ESPOSOS DON ANGEL B. ADROVET
MOLINA Y DOÑA MARIA T. PAGAN,** mayores de edad, propie-
tarios y vecinos de Morovis, Puerto Rico ————

cuya direccion postal es: Apartado 5, Morovis, Puerto -

Rico 00717. ————————————————————

DECIMO TERCERO: El importe del préstamo aquí consignado se

usó ó será usado para fines agrícolas y la construcción y/o

reparación y/o mejoras de las instalaciones físicas en la————

finca(s) descrita(s).———— ——————— ——— ——— ————

DECIMO CUARTO: El prestatario ocupará personalmente y usará—



cualquier estructura que haya sido construída, mejorada o————

comprada con el importe del préstamo aquí garantizado y no————

arrendará o usará para otros fines dicha estructura a menos que

el Gobierno lo consienta por escrito. La violación de esta———

clausula como la violación de cualquiera otro convenio o cláu-

sula aquí contenida ocasionará el vencimiento de la obligación

como si todo el término hubiese transcurrido y en aptitud el

Gobierno de declarar vencido o pagadero el préstamo y proceder

a la ejecución de la hipoteca.—————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda

construcción o edificación existente en la(s) finca(s) antes—

12

Forma FmHA 427-1PR
10/77

descrita(s) y a toda mejora, construcción o edificación que ------
se construya en dicha finca(s) durante la vigencia del ------
préstamo hipotecario constituido a favor del Gobierno, veri-
ficada por los actuales dueños deudores o por sus cesionarios
o causahabientes.

DECIMO SEXTO:   El deudor hipotecario por la presente-------
renuncia mancomunada y solidariamente por sí y a nombre de--
sus herederos causahabientes, sucesores o representantes a-
favor del acreedor (Administración de Hogares de -----------
Agricultores), cualquier derecho de Hogar Seguro (Homestead)
que en el presente o en el futuro pudiera tener en la ------
propiedad descrita en el párrafo undécimo y en los edificios
allí enclavados o que en el futuro fueran construídos; -----
renuncia esta permitida a favor de la Administración de ----
Hogares de Agricultores por la Ley Número trece (13) del ---
veintiocho (28) de mayo de mil novecientos sesenta y nueve--
(1969) (31 L.P.R.A. 1851).----------------------------------

DECIMO SEPTIMO:  El acreedor y el deudor hipotecario -------
convienen en que cualquier estufa, horno, calentador compra-
do o financiado total o parcialmente con fondos del préstamo
aquí garantizado, se considerará e interpretará como parte--
de la propiedad gravada por esta Hipoteca.------------------

---------------------- ACEPTACION ----------------------

**Los comparecientes aceptan esta escritura en la forma**
**redactada y en toda la amplitud de su contenido por -**
**hallarla conforme a sus instrucciones y deseos. ------**

---------------------- ADVERTENCIAS ----------------------

**Yo, el Notario, hice a los comparecientes las adver-**
**tencias legales correspondientes. --------------------**

-------------------OTORGAMIENTO ----------------------

**Así lo dicen y otorgan por ante mí los comparecientes.**

--------------------LECTURA ----------------------

**Leída esta escritura por el Notario a los comparecien-**



13

tes por haber renunciado al derecho que previamente
les advertí tenían de hacerlo por sí mismos, y ha---
biéndola hallado conforme la aprueban y ratifican, --
firmándola por ante mí, estampando además sus incia-
les al margen izquierdo de todos los folios de la mis-
ma, todo ello en un solo acto y ante mí, de lo cual,
así como de lo demás que relato prefiero en este ins-
trumento público. Yo, el Notario autorizante, DOY FE.
Firmados: Angel B. Adrovet Molina; María T. Pagán.--
FIRMADO, SIGNADO, SELLADO Y RUBRICADO, JOSE L. COLON
FONTAN, NOTARIO PUBLICO. ---------------------------

Cancelados en su original los correspondientes sellos de Rentas Internas
y el Sello del Colegio de Abogado. -----------------------------

El presente testimonio es copia fiel ha sido debidamente
firmado, aprovecho al pie del margen de cada folio las iniciales,
de los elegantes, es una copia fiel y exacta de su original la
cual obra en el protocol. de instrumentos público a mi cargo
del año 19 ___ el cual me remito. Y a solicitud de
_____ parte interesada,
expido la presente copia hoy día _2_ de _____
de 19 78.

NOTARIO PUBLICO

Inscrito al folio 32 vto del Tomo
171 de Morovis. Insc. 15ta. Finca #3657.
Sujeto a Hip. por ₱3,653.00 a
favor de E.U.A., a Hip. por ₱21,20 00
a favor del Fed. Land Bank of
Balt, a un Crédito Hip. por ₱12,000.00
y a lo... que refiere este Actual.
Arecibo a 16 a ... ... de 1978.
Exenta

... Registrador

Form FmHA 1940 17(S)
(Rev. 11-1-78)

| | |
|---|---|
| | **TYPE OF LOAN** |
| | Type: __FO - S__ |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | |
| **FARMERS HOME ADMINISTRATION** | In accordance with: |
| *Assumed by Beauchamp* | ☒ Consolidated Farm and Rural Development Act |
| **PROMISSORY NOTE** | ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | | **ACTION REQUIRING NOTE:** | |
|---|---|---|---|
| ANTONIO TORRES NEGRON | | ☐ Initial Loan | ☐ New Payment Plan |
| State | Office | ☒ Subsequent Loan | ☐ Re-amortization |
| PUERTO RICO | MOROVIS | ☐ Consolidation and | ☐ Sale on Credit |
| Case Num. | Date | Subsequent Loan | ☐ Deferred Payments |
| 63-37-584868875 | NOVEMBER 23, 1983 | ☐ Consolidation | |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government"), or its assignee, at its offices in MOROVIS, PUERTO RICO, or at any other location designated in writing by the Government, the principal sum of TWENTY THOUSAND dollars ($20,000.00), plus interest on the unpaid principal at TEN AND THREE QUARTERS **PERCENT** (10 3/4%) per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis and shall notify Borrower at his last known address by mail, with thirty (30) days' advance notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in ___21___ installments, as stated below, unless modified by a different interest rate, on or before the following dates:

| | | | |
|---|---|---|---|
| $ ___230.00___ | on January 1, 1984; | $ _____ | on January 1, 19 ; |
| $ 2,471.00 | on January 1, 1985; | $ _____ | on January 1, 19 ; |
| $ _____ | on January 1, 19 ; | $ _____ | on January 1, 19 ; |
| $ _____ | on January 1, 19 ; | $ _____ | on January 1, 19 ; |
| $ _____ | on January 1, 19 ; | $ _____ | on January 1, 19 ; |

and $_____ subsequently on January 1 of each year thereafter until the principal and interest are fully paid, except for the final payment of the debt established herein, which, if not sooner paid, shall be due and payable __20__ years from the date of this promissory note, with the exception that advance payments may be made as provided for below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not advanced by the date of closing, the loan will be forwarded to Borrower, in accordance with Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of any advance(s) in the Advance Payment Log.

For each re-amortized or consolidated promissory note, or for a new payment plan, interest accumulated as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate established herein.

Any payment made on any debt established by this promissory note shall be applied first to interest computed as of the effective date of payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's obligation to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and ensure payment of same, the Borrower shall continue making payments to the Government as the holder's collection agent.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any payment made by the Borrower, except for payments retained and transferred by the Government to the holder based on the date the annual installment is due shall be the date of the United States Treasury check paid by the Government to the holder. The effective date of any advance payment retained and transferred by the Government to the holder based on the date of the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan established herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt established herein and shall be immediately due and payable by the Borrower to the Government without need of request.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the Government's prior written consent. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation," "Re-amortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note," this promissory note is granted to consolidate, re-amortize or as evidence of a new payment plan, but not as satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| NOTE AMOUNT | INTEREST | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken pertaining to the loans established by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans established by said promissory notes shall remain as security for the loan established by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT**:  If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument establishing a debt of the Borrower insured or guaranteed by the Government or otherwise relating to such a debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its option, may declare all or any part of said debt immediately due and payable.

This Note is granted as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled **"TYPE OF LOAN"** above. This promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations that are not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
ANTONIO TORRES NEGRON                              *(Borrower)*

[Signature]
CARMEN O. MARRERO                                   *(Borrower)*

Bo. Fránquez 527, Buzón 580
Morovis, Puerto Rico 00717

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

PROMISSORY NOTE OF $20,000.00

"The amount of this promissory note is TWENTY THOUSAND DOLLARS ($20,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of NINETEEN THOUSAND EIGHT HUNDRED SIXTEEN DOLLARS AND FORTY-SEVEN CENTS ($19,816.47) of principal, interest at a rate of ten and three quarters percent per annum (10 3/4%), which amount has been assumed by the appearing parties Mr. Iván Elías Beauchamp and Mrs. Ingrid Vera Rosa, having modified the rate at which interest shall accrue to nine and one half percent per annum (9 1/2%), as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows: FOUR HUNDRED EIGHTY DOLLARS ($480.00) on January first (1st), nineteen eighty-nine (1989), and TWO THOUSAND TWO HUNDRED FORTY-NINE DOLLARS ($2,249.00) on January first (1st) of each year subsequent until the final payment of the debt, whose term is twenty (20) years, pursuant to deed two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of  Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ATTY. ANDRES JUSINO ARCHILLA--NOTARY PUBLIC.

[Seal]


[Signature]

NOTARY PUBLIC

FORMULARIO FHA 451-20
(Rev. 3-84)

DEPARTAMENTO DE AGRICULTURA
DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES
DE AGRICULTORES

CONVENIO DE SUBROGACION
(PRESTAMOS PROGRAMAS AGRICOLAS)

Tipo de Prestamo

41-04

F.O.
(Especifique)

☐ Directo  ☒ Asegurado

| | |
|---|---|
| ☒ | Cesionario Elegible |
| ☐ | Cesionario Inelegible |
| ☒ | Transferencia por la totalidad de la deuda |
| ☐ | Transferencia por una cantidad menor a la totalidad de la deuda |
| ☒ | Cedente relevado de su responsabilidad personal |
| ☐ | Cedente no relevado de su responsabilidad personal |

ESTE CONVENIO fechado el __30 de septiembre de__, 19 __88__ entre los Estados Unidos de América,

actuando por conducto y a través de la Administración de Hogares de Agricultores (denominado en

adelante el "Gobierno") y __Iván Elías Beauchamp Sierra__ y __Ingrid Vera Rosa__

_____ (denominados en adelante "Los Cesionarios") cuya dirección postal

es __P.O. Box 245, Bayamón, P.R.  00619-0245__

POR CUANTO el Gobierno es el tenedor garantizador de el (los) préstamos evidenciado(s) por
el (los) instrumento(s) legal(es) otorgado(s) por el (los) presente(s) deudor(es) _____
__Antonio Torres Negrón y Carmen O. Marrero__

Caso Núm. __63-37-584868875__ y descrito(s) como sigue: _____

### TABLA I

| Instrumento | Otorgado en | Cantidad Principal | Balance Adeudado | | Tipo de Interés | Cargo por Seguro |
|---|---|---|---|---|---|---|
| | | | Principal | Interés Acumulado | | |
| Promissory Note | 11-23-83 | $20000.00 | 18442.27 | 1374.20 | 10.75 | |
| | | | | | | |
| | | | | | | |

POR CUANTO en relación con dicho(s) préstamo(s) se otorgó(aron) el (los) siguiente(s) docu-
documento(s) de garantía sobre la(s) propiedad(es) descrita(s) en el (los) mismo(s) y locali-
zada(s) en _____, __Morovis__ __Puerto Rico.__
                           Barrio              Pueblo

### TABLA II

| Instrumento | Otorgado en | Localización del Registro de la Propiedad | Tomo y Volúmen | Folio |
|---|---|---|---|---|
| Mortgage Deed | 11-23-83 | Manatí, P.R. | T 43 Asiento 549 | 275 |
| | | | | |
| | | | | |

POR LO TANTO, y en consideración de (1) el haber asumido la(s)obligación(es) objeto de este
convenio, y (ii) a que el Gobierno consienta a tal subrogación y a la transferencia correspon-
diente de la(s) propiedad(es) dada(s) en garantía a los Cesionarios, se conviene en lo siguiente:

Posición 2

3.  Si esta subrogación envuelve un préstamo de recursos limitados, el Gobierno PODRA CAMBIAR EL TIPO DE INTERES de acuerdo con los reglamentos de la Administración de Hogares de Agricultores pero con una frecuencia no mayor de cada tres meses notificándoselo por escrito al prestatario a su última dirección conocida con treinta (30) días de anticipación.

4.  Los términos y condiciones de la(s) deuda(s) y de el (los) documento(s) de garantía y de cualquier otro convenio vigente otorgado o asumido por los actuales deudores continuarán en vigor excepto por las modificaciones introducidas por este convenio y los cesionarios asumen dichas obligaciones o aceptan regirse por y cumplir con todos los acuerdos y con los términos y condiciones contenidos en dichos documentos y convenios igual que si ellos los hubiesen otorgado en las fechas en que los otorgaron los deudores originales, incluyendo cualquier obligación de pagarle al Gobierno un cargo por seguro de el(los) préstamo(s) en adición a los intereses, si así lo estipulaban dichos instrumentos.  Cualquier condición de dichos documentos de deuda o garantía que requiera (a) que el prestatario ocupe la vivienda financiada por la FmHA; (b) que el prestatario viva en y opere la finca financiada por la FmHA, o (c) que el prestatario se gradúe a otras fuentes de crédito, no se aplicará a transferencias a cesionarios inelegibles.

5.  Este convenio estará sujeto a todas las reglamentaciones vigentes de la Administración de Hogares de Agricultores (FmHA) y a toda reglamentación futura que no conflija con las condiciones de este convenio.

6.  Cuando el tenedor de el (los) préstamo(s) objeto del Convenio de Subrogación es un prestamista asegurado, cualquier pago por adelantado hecho por los cesionarios, excepto el pago final, podrá ser retenido por el Gobierno y remitido al tenedor en base a los plazos anuales y en las fechas de pago originalmente acordados o en cualquier otra forma establecida por los reglamentos de la Administración de Hogares de Agricultores.  El pago final será remitido prontamente.  La fecha efectiva de todo pago hecho por los cesionarios será la fecha en que el pago fue hecho por ellos.  El Gobierno pagará los intereses a que el tenedor tenga derecho desde la fecha efectiva del pago y la fecha del cheque del Tesoro de los Estados Unidos de América a favor del tenedor de el (los) préstamo(s).

CESIONARIOS

_____

_____

Iván Elías Beauchamp Sierra                        (Prestatario)

Ingrid Vera Rosa

Ingrid Vera Rosa                                   (Co-deudor)

_____

ESTADOS UNIDOS DE AMERICA

_____

Roberto Cabán
Asistente Supervisor Local
                    Título

ADMINISTRACION DE HOGARES DE AGRICULTORES

HC-02 Box 6515
Morovis, P.R.        00717
        (Dirección de la Oficina Local)

1.  Los cesionarios asumen, conjunta y mancomunadamente, la(s) obligación(es) antes mencio-
nada(s) y se comprometen a pagar a la orden del Gobierno o del prestamista asegurado a través
del Gobierno cuando dicho prestamista asegurado es el tenedor de el (los) instrumento(s) que
evidencia(n) la(s) deuda(s), en la Oficina de la Administración de Hogares de Agricultores que
se indica más adelante, las cantidades y en las fechas que se establecen en los sub-párrafos (a)
o (b) marcados con una X en el encasillado correspondiente.

(a)  /x/ LA SUMA DE NINETEEN THOUSANDS EIGHT HUNDRED SIXTEEN AND 47/100 dólares ($ 19816.47) más INTERESES

sobre el balance de PRINCIPAL ADEUDADO al nueve y medio POR CIENTO (9 1/2 %) ANUAL, en 21

plazos como sigue:

$ 480.00 el 1 de enero de 1989 y $ 2249.00 subsiguientemente cada primero

enero de cada año hasta el saldo total del PRINCIPAL Y LOS INTERESES, excepto

que el PLAZO FINAL de la totalidad de la deuda bajo este convenio, de no haber sido saldada
antes, vencerá y será PAGADERO a los Veinte (20) AÑOS de la FECHA de este convenio de
subrogación.

(b)  /_/ De la totalidad del balance adeudado bajo la(s) aquí mencionada(s) obligación(es) y

documento(s) de garantía, la suma de _____ dólares

($_____) de principal, más los intereses sobre la misma a razón de _____
por ciento anual desde la fecha de este convenio, más _____
dólares ($_____) de intereses acumulados hasta el presente, pero sin intereses acumulados
sobre esta última partida, habiendo sido dichos intereses acumulados añadidos al primer plazo de
los enumerados a continuación.  El principal e intereses vencerán y serán pagaderos como sigue:

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $_____ el ___ de _____ de 19 ___

$_____ el __ de _____ de 19 ___.

y $_____ subsiguientemente el día primero de enero de cada año hasta que la(s)
deuda(s) aquí asumida(s) sea(n) pagada(s) en su totalidad, excepto que el plazo final de la
totalidad de la(s) deuda(s) bajo este convenio, de no haber sido saldada antes, vencerá(n) y

será(n) pagadera(s) en o antes del ____ de _____ de 19 ___.

2-  Los pagos efectuados se aplicarán de acuerdo con las normas de contabilidad de la Admi-
nistración de Hogares de Agricultores.

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

*asumido por Beauchamp*

**PAGARE**

| CLASE DE PRESTAMO |
|---|
| Tipo: **FO-S** |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre | **ANTONIO TORRES NEGRON** | |
|---|---|---|
| Estado **PUERTO RICO** | Oficina **MOROVIS** | |
| Caso Núm. **63-37-584868875** | Fecha **23 DE NOVIEMBRE DE 1983** | |

| ACCION QUE REQUIERE PAGARE: |
|---|
| ☐ Préstamo Inicial   ☐ Nuevo Plan de Pago |
| ☒ Préstamo Subsiguiente   ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente   ☐ Venta a Crédito |
| ☐ Consolidación   ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en _____ **MOROVIS, PUERTO RICO**

o en otro sitio designado por el Gobierno por escrito, la suma principal de _____ **VEINTE MIL** ——————

—————————————————— dólares ($ **20,000.00** ) más intereses sobre el principal adeudado al

**DIEZ Y TRES CUARTO** —————————————— **POR CIENTO** (10 **3/4** %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ____ **21** ____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | | |
|---|---|---|---|---|
| $ **230.00** | en enero 1, 19 **84** | $ _____ | en enero 1, 19 ; |
| $ **2,471.00** | en enero 1, 19 **85** | $ _____ | en enero 1, 19 ; |
| $ _____ | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |
| $ _____ | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |
| $ _____ | en enero 1, 19 ; | $ _____ | en enero 1, 19 ; |

y $ _____ , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ____ **20** ____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos,a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO**, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

ANTONIO TORRES NEGRON          *(Prestatario)*

CARMEN O. MARRERO          *(Prestatario)*

Bo. Fránquez, Buzón 580

Morovis, Puerto Rico    00717

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL  $ | |

Jay-Ce-Agricultura                    *Posición 2*                    Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

------------PAGARE DE $20,000.00-----------------------------

---"El importe de este pagaré ascendente a la suma de --------
VEINTE MIL DOLARES ($20,000.00) liquidado al treinta (30) de
septiembre de mil novecientos ochenta y ocho (1988) dió un
saldo deudor montante a la suma de DIEZ Y NUEVE MIL OCHO-

CIENTOS DIEZ Y SEIS DOLARES CON CUARENTA Y SIETE CENTAVOS
($19,816.47) de principal; intereses a razón del diez y tres
cuarto por ciento anual (10 3/4%) cuyo importe ha sido-----
asumido por los comparecientes don Iván Elías Beauchamp Sierra

y doña Ingrid Vera Rosa, pero habiéndose modificado los------
intereses a devengarse al nueve y medio por ciento anual
(9 1/2%) así también los plazos del pagaré y la hipoteca que
lo garantiza, la deuda asumida habrá de ser pagada de la----
siguiente forma:--------------------------------------------
CUATROCIENTOS OCHENTA DOLARES ($480.00) el día primero (1ro)
de enero de mil novecientos ochenta y nueve (1989) y DOS MIL
DOSCIENTOS CUARENTA Y NUEVE DOLARES ($2,249.00) el día primero
(1ro.) de cada año sucesivamente hasta el pago final de la
deuda cuyo término es de veinte (20) años, todo según consta
de la escritura número doscientos sesenta y nueve (269), de
esta misma fecha, otorgada en Morovis, Puerto Rico, ante el
Notario Andrés Jusino Archilla, en la ciudad de Morovis,----
Puerto Rico.------------------------------------------------
---Morovis, Puerto Rico, a treinta (30) de septiembre de mil
novecientos ochenta y ocho (1988), DOY FE, singo, sello,-----
rúbrico y firmo, LCDO. ANDRES JUSINO ARCHILLA--NOTARIO PUBLICO.

NOTARIO PUBLICO

Mil setecientos ochenta y cinco

Forma FmHA 427–1PR
(10–82)

--------------------NUMERO : **CIENTO SETENTIUNO (171)** -
                  NUMBER

la misma fecha de
otorgamiento expido
mera copia certi-
cada a favor de
wers Home Admin-
ration. DOY FE.

*[firma]*

Notario

------------------HIPOTECA VOLUNTARIA--------------
              VOLUNTARY MORTGAGE

En Morovis, Puerto Rico, a los veintitrés días del mes
In

de noviembre de mil novecientos ochenta y tres. --------

------------------ANTE MI---------------
           BEFORE ME

-------------- **JOSE L. COLON FONTAN** ------------

**COPIA SIMPLE**

Abogado y Notario Público de la Isla de Puerto Rico con residencia en **Mprovis,**
Attorney and Notary Public for the Island of Puerto Rico, with residence in

**Puerto Rico** ------ y oficina en **Morovis,**
              and office in                     **Puerto Rico.**

*A. T. N.*
*C. O. M. R.*

-------------------COMPARECEN------------
              APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage-------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------

aparecen de dicho párrafo.---------------------------------------------
appear from said paragraph.---------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.--------------------------
statements which I believe to be true of their age, civil status, profession and residence.-------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.------------------------------------------------------------
voluntary   mortgage.-------

-----------------------EXPONEN-------------
             WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in-----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".--------------------------
hereinafter referred to as "the property".-------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens--------------

se especifican en el párrafo UNDECIMO.------------------------------
specified in paragraph ELEVENTH herein.-------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with---------------------

Forma FmHA 427–1PR
( 10–82 )

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuándo el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cualer
will forego his rights and remedies against the mortgagor and any

COPIA SIMPLE

- 2 -

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.——————————————
supplementary agreement.——————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the—————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured———————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to—————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt—————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee—————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default—————————

plimiento por parte del deudor hipotecario.——————————————————
by the mortgagor.————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note—————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH—————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof—————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its—————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
hereof and at all times whatsoever, in guarantee of the additional amounts specified in————

COPIA SIMPLE



- 3 -

( 10-82 )

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and——————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional———

adicional especificada en el párrafo NOVENO de este documento.——————
amounts as specified in paragraph NINTH hereof.——————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————
SIXTH: That the mortgagor specifically agrees as follows:——————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————

A. T. N.
C. O. M. R.

COPIA SIMPLE

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.———

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by——————————

reglamentos de la Administración de Hogares de Agricultores.————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder—————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement———

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.—————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held———

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————

por el acreedor hipotecario por cuenta del deudor hipotecario.———————
by the mortgagee for the account of the mortgagor.———

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————

párrafo devengará intereses a razón del    DIEZ Y TRES CUARTO ————
subparagraph shall bear interest at the rate of

———————— por ciento (10 3/4 %)———————————————
                   per cent  (        %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.—————————————————————————
to the mortgagee.————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,———

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
for taxes or assessments or other similar charges by reason of the————

COPIA SIMPLE

- 5 -

Forma FmHA 427-1PR
( 10—82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate —

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance —

hasta que los mismos sean satisfechos por el deudor hipotecario.—————————
until repaid to the mortgagee.—————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,—————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor—————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the—————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance —

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant —

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the —

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments—————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any—————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee—————

hipotecario determinare.———————————————————————
determines.—————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely—————

los propósitos autorizados por el acreedor hipotecario.—————————————
for purposes authorized by mortgagee.—————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens—————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee—————

tecario bajo los términos de esta hipoteca.——————————————————
under the terms of this mortgage.—————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required—————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-—————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions—————

aprobare el acreedor hipotecario.———————————————————
approved by mortgagee.—————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all —

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor —

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

A. T. N.
C. O. M. R.

COPIA SIMPLE

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other------------

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out-------------

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time------------

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices------------

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgage from time to----------------

tiempo pueda prescribir.---------------------------------------------------
time may prescribe.------------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified---------------

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor-----------------

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it----------------------------

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation----------------

ción o al arrendamiento.-------------------------------------------------
or lease.--------------------------------------------------------------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,-----------------

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the------

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations-------

que afecten los bienes o su uso.------------------------------------------
affecting the property or its use.-----------------------------------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times---

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not--------

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall----

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened-----------

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the----------------------

deudor hipotecario de los convenios de esta hipoteca.---------------------------
mortgagor of the covenants of this mortgage.--------------------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession----------

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify--------------

el acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option------------------------

COPIA SIMPLE

Forma FmHA 427-1PR
( 10-82 )

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciséis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

COPIA SIMPLE

- 8 -

Forma FmHA 427-1PR
(0-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————
request the protection of the law.————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfilment of the covenants and agreements————————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————

rarios de abogado.————————————————————————
attorney's fees.————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)————————————

A. T. N.
I. O. M. R.



COPIA SIMILAR

- 9 -

Forma FmHA 427-1PR
( 10-82 )

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

COPIA SIMPLE

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment------------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so------------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this------------------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.------
mortgage, and if any amount then remains, will pay such amount to mortgagor.------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case------------------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,------------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount------------------

de **VEINTE MIL DOLARES ($20,000.00).** -------------------
of



*A. T. N.*
*C. O. M. R.*

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be------------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the------

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations----------------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the------------------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and-----------

y aseguramiento del préstamo antes mencionado.----------------------
insuring of the loan hereinbefore mentioned.------------------   --------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:------
NINTH: The amounts guaranteed by this mortgage are as follows:------------------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of---------------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee------------------

hipotecario cediere esta hipoteca sin asegurar el pagaré **VEINTE MIL** ----
should assign this mortgage without insurance of the note,

-------------------------------  **DOLARES ($ 20,000.00)**
DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

**DIEZ Y TRES CUARTO** ---------- por ciento (**10  3/4**  **o/o**) anual;
per cent (   o/o) per annum;

COPIA SIMPLE

Forma FmHA 427-1PR
( 10-82 )

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado,
Two. At all times when said note is held by an insured lender:

(A) VEINTE MIL ——————————————————
(A)

————————————— DOLARES ($20,000.00
                  DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado,
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as—————————

se especifica en el pagaré. con intereses según se especifica en el párrafo SEXTO.
specified in the note. with interest as stated in paragraph SIXTH,—————

Tercero:————————————————————————
Three:—————————————————————————

(B) TREINTA MIL ——————————————————
(B)

————————————— DOLARES ($ 30,000.00
                  DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might

sufrir bajo su seguro de pago del pagaré.—————————————
sustain under its insurance of payment of the note;—————————

Tres. En cualquier caso y en todo tiempo:——————————————
Three. In any event and at all times whatsoever:——————————

(A) OCHO MIL DOLARES
(A)

($  8,000.00        ) para intereses después de mora:——————————
($                  ) for default interest;——————————————

(B) CUATRO MIL DOLARES ————————————————
(B)

(   $4,000.00       ) para contribuciones, seguro y otros adelantos para la con-
(                   ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph

SEXTO, Tercero;————————————————————————
SIXTH, Three;—————————————————————————

(C) DOS MIL DOLARES ——————————————————
(C)

($  2,000.00           ) para costas, gastos y honorarios de abogado en caso
($                     ) for costs, expenses and attorney's fees in case————

de  ejecución;———————————————————————————
of  foreclosure:—————————————————————————

(D) DOS MIL DOLARES ——————————————————
(D)

($  2,000.00       ) para costas y gastos que incurriere el acreedor hipoteca-
($                 ) for costs and expenditures incurred by the mortgagee in——

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with——

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as—————

se consigna en el párrafo SEXTO, Trece.——————————————
provided in paragraph (SIXTH, Thirteen.

A.T.N.
C.O.M.R.

COPIA SIMPLE

- 12 -

Forma FmHA 427-1PR
( 10-82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD------------------------

de esta hipoteca es (son) descrito(s) como sigue:------------------------------
of this mortgage is(are) described as follows:--------------------------------

"Pagaré otorgado en el caso número **sesentitrés guión treintisiete**
"Promissory note executed in case number
**guión quinientos ochenticuatro ochocientos sesentiocho**
**ochocientos setenticinco (63-37-584868875)** ----------------------
fechado el día ---------
dated the

**veintitrés** ----- de **noviembre** ----- de mil novecientos-----
day of                                              nineteen hundred and

**ochenta y tres (1983)** por la suma de **VEINTE MIL** --------
in the amount of

**($20,000.00)** --------------------------------- dólares de principal más
of principal plus

intereses sobre el balance del principal adeudado a razón del **DIEZ Y TRES** ---
interest over the unpaid balance at the rate of

**CUARTO** ---------------------------- { **10 3/4%** --- } por ciento anual,
percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,-----------

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed-----------

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the-----

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due-----------------------

a los **VEINTE (20)** -----------------------------------
and payable

años de la fecha de este pagaré.----------------------------------------------------
years from the date of this promissory note.---------------------------------------

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the--------------------

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United------

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act------------

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as-------------------

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers------------------

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the--------

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.---------------------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.-------

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which-------------------

constituye Hipoteca Voluntaria, se describe como sigue:-------------------------
voluntary mortgage is constituted, is described as follows:----------------------

A. T. N.
C. O. M. R.

COPIA SIMPLE

- 13 -

Forma FmHA 427-1PR
( 10—82 )

---RUSTICA: situada en los barrios "Río Arriba Sa-liente" y "Barahona" de los municipios de Manatí y — Morovis, respectivamente, compuesta de Diez y Nueve — Cuerdas con Seis Mil Seiscientos Ochenta y Cuatro — Diez Milésimas de otra (19.6684), equivalentes a siete hectáreas, setenta y tres áreas y cuatro centiáreas de terreno y en lindes: por el NORTE, con José Antonio Aulet Méndez, hoy Luis Adrovet; por el SUR, con José — Anotnio, digo, Antonio Aulet Méndez; por el ESTE, con José Antonio Aulet Méndez, hoy Antonio Torres, y por — el OESTE, con José Antonio Aulet Méndez, hoy Adoración Rivera Rivera. ————————————————————————— Y corresponden al Municipio de Manatí Ocho Cuerdas — con Tres Mil Veinticinco Diez Milésimas de Otra ————— 8.3025) y al Municipio de Morovis Once Cuerdas con — Tres Mil Seiscientos Cincuenta y Nueve Diez Milésimas de otra (11.3659). ——————————————————————

—————————————————————————————————

—————————————————————————————————

—————————————————————————————————

—————————————————————————————————

A. T. N.

C. O. M. R.

Adquirió el prestatario la descrita finca por compra a don José Antonio
Borrower acquired the described property by
Aulet Méndez y doña Carmen Alicia Maldonado Aulet, -

según consta de la Escritura Número    ciento uno (101) ———————
pursuant to Deed Number

de fecha   treinta de mayo de mil novecientos ochenta ————
dated
(1980) ———————————————————————————

otorgada en la ciudad de   Morovis, Puerto Rico ———————
executed in the city of

ante el Notario   José L. Colón Fontán. ——————————
before Notary

Dicha propiedad se encuentra   inscrita al folio 40 vuelto y 45
Said property is
vuelto de los tomos 112 de Morovis y 203 de Manatí, —
fincas 7,249 y 8885, inscripción segunda (2da.). ———————

—————————————————————————————————

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ———————

carios:  LOS ESPOSOS DON ANTONIO TORRES NEGRON Y DOÑA —
are
CARMEN O. MARRERO ROLON, mayores de edad, propieta-
rios y vecinos de Vega Baja, Puerto Rico. ——————

cuya dirección postal es:   Bo. Fránquez, Buzón 580, Morovis,
whose postal address is:

Puerto Rico   00717. ———————————————————

COPIA SIMPLE

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used———

mil setecientos noventa y dos

FmHA 427-1PR
(10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

A. T. N.
C. O. M. R.



COPIA SIMPLE

- 15 -

Forma FmHA 427–1PR
( 10–82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

**DECIMO OCTAVO:** El deudor hipotecario se compromete y se obliga a mudarse
**EIGHTEENTH:** The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

**DECIMO NOVENO:** Toda mejora, construcción o edificación que se construya
**NINETEENTH:** All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

**VIGESIMO:** Este instrumento garantiza asímismo el rescate o recuperación de
**TWENTIETH:** This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

A. T. N.
C. O. M. R.

COPIA SIMPLE

FmllA 427-1PR
(82)

----------------------------noventa y tres

----------------------ACEPTACION------------------
ACCEPTANCE

El (los) comparecientes **ACEPTAN** esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.---------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.-----------------------------------------------------------
I advised him (them).----------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its-------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que **DOY**
including the last one, and all sign before me, the authorizing Notary who GIVES----------

**FE** de todo el contenido de esta escritura.----------------------------------
FAITH to everything contained in this deed.--------------------------

A.T.N.
C.O.M.R.

Hoy 25 de octubre de 2018, en Arecibo, Puerto Rico,
expedí Copia Simple.

**Lcdo. Andy Cordero Rosado**
Archivero Notarial

COPIA SIMPLE

17

DEED NUMBER TWO HUNDRED SIXTY-NINE (269)
LIQUIDATION OF MORTGAGE LOAN, PURCHASE AGREEMENT,
ACKNOWLEDGMENT OF OBLIGATION
AND MORTGAGE MODIFICATION


In Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988).


BEFORE ME
ANDRES JUSINO ARCHILLA

Attorney and Notary Public of this Island, with residence and offices in the city of Morovis, Puerto Rico.


THERE NOW APPEAR

THE FIRST PARTY, AS SELLERS: THE SPOUSES MR. ANTONIO TORRES NEGRON AND MRS. CARMEN OLINDA MARRERO ROLON, both of legal age, married to each other, property owners and residents of Morovis, Puerto Rico, whose Social Security numbers are: XXX-XX-XXXX and XXX-XX-XXXX, respectively.

[Seals]

THE SECOND PARTY, AS BUYERS: THE SPOUSES MR. IVAN ELIAS BEAUCHAMP SIERRA, also known as IVAN ELIAS BEACHAMP SIERRA, AND MRS. INGRID VERA ROSA, both of legal age, married to each other, property owners and residents of Bayamón, Puerto Rico, whose Social Security numbers are: XXX-XX-XXXX and XXX-XX-XXXX, respectively.

THE THIRD PARTY, AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of

1961", with headquarters in Washington, District of Columbia, United States of America, represented herein by Mr. WILFREDO CORTES, of legal age, single, employee and resident of Morovis, Puerto Rico, whose Social Security number is XXX-XX-XXXX, and whose capacity is duly entered at the Property Registry.

## I DO ATTEST

To having confirmed the identities of the appearing parties through the means established in Article 17 (c) of the Notary Law, as well through as their statements regarding their age, marital status, profession, and residence. They assure me that they have, and, in my judgment, they do have the legal capacity necessary for this granting, and, freely:

## THEY STATE

FIRST:  That those appearing as the First Party are the owners with full control of the following property:

(A)     RURAL PROPERTY: Located in the barrios of "Río Arriba Saliente" and Barahona of the municipality of Manatí and Morovis, respectively, with a surface area of Nineteen Cuerdas and six thousand six hundred eighty-four ten-thousandths of another (19.6684), equivalent to seven hectares, seventy-three ares, and four centiares of land. Borders: to the North, José Antonio Aulet Méndez, today Luis Adrovet; to the South, José Antonio Aulet Méndez; to the West, José Antonio Aulet Méndez; and to the East, Jose Antonio Aulet Méndez, today Antonio Torres.

[Seals]

Eight cuerdas and three thousand twenty-five ten-thousandths of another (8.3025) correspond to Municipality of Manatí, and eleven cuerdas and three thousand six hundred fifty-nine ten-thousandths of another (11.3659) correspond to the Municipality of Morovis.

Recorded on page forty (40), reverse, and forty-five (45), reverse, of books one hundred twelve (112) of Morovis and two hundred three (203) of Manatí, farms seven thousand two hundred forty-nine (7249) and eight thousand eight hundred eighty-five (8885), second recording (2nd).

(B)     RURAL PROPERTY: Plot of land located in the barrio Pugnado Adentro of the municipality of Vega Baja, Puerto Rico, with a surface area of THIRTY-NINE CUERDAS AND EIGHTY-FIVE HUNDREDTHS OF ANOTHER (39.85), equivalent to fifteen hectares, sixty-six ares, twenty-six centiares and sixty-five miliares of land. Borders: to the North, plots one hundred seventeen (117) and one hundred fourteen (114); to the South, Jaime and Federico Calaf Collazo; to the East, plot one hundred thirteen (113) and Cecijlio Santiago; and to the West, plot one hundred twenty-six (126) and Jaime and Federico Calaf Collazo, today, José A. Aulet.

Recorded on page two hundred two (202) of book one hundred forty-three (143) of Vega Baja, farm number one thousand seven hundred eighty-seven (1787).

## TITLES

The farm described under the letter "A" in the first paragraph of this deed was acquired by those appearing as the First Party pursuant to Deed number one hundred one (101), dated May thirty (30), nineteen eighty (1980), before the Notary José L. Colón Fontán in the city of Morovis, Puerto Rico.

The farm described under the letter "B" in the first paragraph of this deed was acquired by those appearing as the First Party pursuant to Deed number three hundred fifty-six (356), dated November thirteen (13), nineteen seventy-eight (1978), before the Notary José L. Colón Fontán in the city of Morovis, Puerto Rico.

## LIENS

[Seals]

The farm marked with the letter A in the first paragraph of this deed is subject to the followings encumbrances:

Mortgage in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal at eight percent per annum (8%), in favor of the United States of America;

Mortgage in favor of United States of America in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) of principal at ten and three quarters percent per annum (10 3/4%).

The farm marked with the letter B in the first paragraph of this deed is subject to the followings encumbrances:

Mortgage in favor of United States of America in the amount of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) of principal at five percent per annum (5%).

Mortgage in favor of United States of America in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal at eight percent per annum (8%).

SECOND: The sellers continue stating that, in order to transfer the farms to the buyers, they requested the consent of the mortgagee, United States

of America, acting through the Administrator of the Farmers Home Administration, in accordance with the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and the approved regulations, and also requested the liquidation of the mortgage loans on September thirty (30), nineteen eighty-eight (1988), which are described as follows:

The mortgage in the amount of FORTY THOUSAND DOLLARS ($40,000.00) had a balance owed of THIRTY-ONE THOUSAND ONE HUNDRED SEVENTY-TWO DOLLARS AND TWENTY-ONE CENTS ($31,172.21) of principal; ONE THOUSAND SEVEN HUNDRED TWENTY-EIGHT DOLLARS AND FIFTY-SIX CENTS ($1,728.56) of interest;

The mortgage in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) had a balance owed of EIGHTEEN THOUSAND FOUR HUNDRED FORTY-TWO DOLLARS AND TWENTY-SEVEN CENTS ($18,442.27) of principal; ONE THOUSAND THREE HUNDRED SEVENTY-FOUR DOLLARS AND TWENTY CENTS ($1,374.20) of interest;

The mortgage in the amount of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) had a balance owed of SIXTY-SIX THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND EIGHTY CENTS ($66,982.80) of principal; TWO THOUSAND TWO HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-FIVE CENTS ($2,282.75) of interest, that is, a total of ONE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-NINE CENTS ($121,982.79).

THIRD: That Mr. Iván Elías Beauchamp Sierra and Mrs. Ingrid Vera Rosa were submitted as candidates to the Farmers Home Administration to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and after the requisite process, it was certified that Mr. Iván Elías Beauchamp Sierra and Mrs. Ingrid Vera Rosa are eligible to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," recommending that the debt assumed by said appearing parties be paid in the

form and manner specified hereafter, which recommendation has been approved by the Farmers Home Administration.

FOURTH: Those appearing as the First Party hereby sell, assign and transfer, in favor of those appearing as the Second Party, who do purchase and acquire the farms described in Paragraph First of this deed with all their uses, easements and rights, and without any limitation, for them to enjoy as the exclusive and legitimate owners.

FIFTH: That this transfer of title is carried out for the agreed and adjusted price of TWO HUNDRED ELEVEN THOUSAND FIVE HUNDRED SIXTY DOLLARS ($211,560.00). The amount of SIXTY-NINE THOUSAND NINE HUNDRED SIXTEEN DOLLARS ($69,916.00) corresponds to the farm described under the letter "A" and the amount of ONE HUNDRED FORTY-ONE THOUSAND SIX HUNDRED FORTY-FOUR DOLLARS ($141,644.00) corresponds to the farm described under the letter "B." Of this amount, the purchasing parties retain in their possession the amount of ONE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-NINE CENTS ($121,982.79) to satisfy when appropriate the mortgage debt as liquidated on September thirty (30), nineteen eighty-eight (1988), and the remainder, that is, the amount of EIGHTY-NINE THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS AND TWENTY-ONE CENTS ($89,577.21), was received by those appearing as the First Party, from the those appearing as the Second Party, prior to this act and on this same date, and those appearing as the First Party grant to those appearing as the Second Party an effective receipt.

[Seals]

SIXTH: The purchasing party may enter into possession of the farms that they acquire hereby without any further requirement beyond the granting of this deed.

SEVENTH: Those appearing as the Second Party hereby acknowledge and are constituted as the exclusive and principal payers of the mortgage debt that was contracted between United States of America and the parties Mr.

Antonio Torres Negrón and Mrs. Carmen Olinda Marrero Rolón, and they hereby subrogate themselves in all rights and obligations to United States of America for the full amount owed.

EIGHTH**:** Those appearing as the Second Party state that they are personally aware of all and each of the obligations contained in the aforementioned promissory notes, as well as those contained in the mortgage deed, and in this act do clearly and fully obligate themselves to comply with all and each of said obligations, clauses and stipulations. Furthermore, they obligate themselves and commit to complying with the rules and regulations that govern loans of this type granted by the  Farmers Home Administration and/or the Administrator of the Home Administration[1] and/or the Secretary of Agriculture of United States of America, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961." Consequently, they do release MR. ANTONIO TORRES NEGRÓN AND MRS. CARMEN OLINDA MARRERO ROLÓN from any liability and obligation relating to said loans, promissory notes and mortgages.

PROMISSORY NOTES AND MORTGAGE PAYMENT MODIFICATION

NINTH: The appearing party, MR. WILFREDO CORTES, in his capacity, states that, as those appearing as the Second Party have been accepted to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," they have agreed to modify the payment schedule recorded on the promissory notes and the mortgages as follows:

[Seals]

"The total amount owed, as of September thirty (30), nineteen eighty-eight (1988), is ONE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-NINE CENTS ($121,982.79) of principal, payable in annual installments as follows:

The mortgage in the amount of FORTY THOUSAND DOLLARS ($40,000.00) is payable as follows:

---

[1] *Translator's Note: "Administrator of the Home Administration" reflects original Spanish-language deed.*

SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($755.00) on the first (1st) day of January of nineteen eighty-nine (1989); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of nineteen ninety (1990); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of each year subsequent, until the debt is satisfied in its totality, ending with its final payment on September thirty (30), nineteen ninety-five (1995).

The mortgage in the amount of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) shall be payable in annual installments of FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS ($4,313.00), successively, until the final payment of the mortgage debt.

The mortgage in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) shall be payable in annual installments as follows: FOUR HUNDRED EIGHTY DOLLARS ($480.00) on the first (1st) day of January of nineteen eighty-nine (1989); and TWO THOUSAND TWO HUNDRED FORTY-NINE DOLLARS ($2,249.00) every first day of each year subsequent, until the final payment on the debt, whose term is twenty (20) years.

INTEREST MODIFICATION

[Seals]

The mortgage for FORTY THOUSAND DOLLARS ($40,000.00) accrues interest at eight percent per annum (8%) which is modified to nine percent per annum (9%);

The mortgage for SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) accrues interest at five percent per annum (5%), which interest is not modified;

The mortgage for TWENTY THOUSAND DOLLARS ($20,000.00) accrues interest at ten and three quarters percent per annum (10 3/4%) which is modified to nine and one half percent per annum (9 1/2%);

Said interest is modified as follows: EIGHTEEN THOUSAND FOUR HUNDRED FORTY-TWO DOLLARS AND TWENTY-SEVEN CENTS ($18,442.27) of principal; ONE THOUSAND THREE HUNDRED SEVENTY-FOUR DOLLARS AND TWENTY CENTS ($1,374.20) of interest, that is, a total of NINETEEN THOUSAND EIGHT HUNDRED SIXTEEN DOLLARS AND FORTY-SEVEN CENTS ($19,816.47).

The mortgage of FORTY THOUSAND DOLLARS ($40,000.00) accrues

interest at eight percent per annum (8%) and is modified to nine percent per annum (9%), as follows:

THIRTY-ONE THOUSAND ONE HUNDRED SEVENTY-TWO DOLLARS AND TWENTY-ONE CENTS ($31,172.21) of principal;

ONE THOUSAND SEVEN HUNDRED TWENTY-EIGHT DOLLARS ($1,728.00) of interest, that is, a total of THIRTY-TWO THOUSAND NINE HUNDRED DOLLARS AND SEVENTY-SEVEN CENTS ($32,900.77).

The mortgage of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) is modified as follows:

SIXTY-SIX THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND EIGHTY CENTS ($66,982.80) of principal;

TWO THOUSAND TWO HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-FIVE CENTS ($2,282.75) of interest, that is, a total of SIXTY-NINE THOUSAND TWO HUNDRED SIXTY-FIVE DOLLARS AND FIFTY-FIVE CENTS ($69,265.55).

ELEVENTH: The appearing party MR. WILFREDO CORTES, acting in his capacity, delivers to me, the Notary, the promissory notes guaranteed by the mortgages. He assures me that they have not been encumbered or negotiated in any way by their current holder and owner, United States of America, and, once identified by me, the Notary, confirming that they are the same promissory notes, I proceed to place the following notation on the back of same promissory notes of which, in order to provide additional space for the endorsements and discounts of said promissory notes, continue on ANNEX "A," which is attached to same and becomes an integral part of same. In which Annex, I proceed to place the following notation:

[Seals]

PROMISSORY NOTE OF FORTY THOUSAND DOLLARS ($40,000.00)

"The amount of this promissory note is FORTY THOUSAND DOLLARS ($40,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with

a balance owed of THIRTY-TWO THOUSAND NINE HUNDRED DOLLARS AND SEVENTY-SEVEN CENTS ($32,900.77) of principal, interest at a rate of eight percent per annum (8%), which amount has been assumed by the appearing parties Mr. Iván Elías Beauchamp and Mrs. Ingrid Vera Rosa, having modified the rate at which interest shall accrue to nine percent per annum (9%), as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

SEVEN HUNDRED FIFTY-FIVE DOLLARS ($755.00) on the first (1st) day of January, nineteen eighty-nine (1989); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of each year until the debt is fully satisfied, ending with a final payment on September thirty (30), nineteen ninety-five (1995), all pursuant to deed number two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC

Once the notation has been placed and sign, I return the promissory note to the appearing MR. WILFREDO CORTES, in his capacity.

## PROMISSORY NOTE OF SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00)

[Seals]

"The amount of this promissory note is SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of SIXTY-NINE THOUSAND TWO HUNDRED SIXTY-FIVE DOLLARS AND FIFTY-FIVE CENTS ($69,265.55) of principal, interest at a rate of five percent per annum (5%), which amount has been assumed by the appearing parties Mr. Iván Elíaz[2] Beauchamp

---

[2] *Translator's Note: Spelling of party's name with a "z" is intentional and reflects original Spanish language document.*

and Mrs. Ingrid Vera Rosa, which interest rate is not modified, as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS ($4,313.00) successively until the final payment of the mortgage debt, all
two hundred sixty-nine (269) [3]
pursuant to deed number two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC

[Seals]

Once the notation has been placed and sign, I return the promissory note to the appearing MR. WILFREDO CORTES, in his capacity.

PROMISSORY NOTE OF TWENTY THOUSAND DOLLARS ($20,000.00)

"The amount of this promissory note is TWENTY THOUSAND DOLLARS ($20,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of NINETEEN THOUSAND EIGHT HUNDRED SIXTEEN DOLLARS AND FORTY-SEVEN CENTS ($19,816.47) of principal, interest at a rate of ten and three quarters percent per annum (10 3/4%), which amount has been assumed by the appearing parties Mr. Iván Elías Beauchamp and Mrs. Ingrid Vera Rosa, having modified the rate at which interest shall accrue to nine and one half percent per annum (9 1/2%), as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

FOUR HUNDRED EIGHTY DOLLARS ($480.00) on January first (1st), nineteen eighty-nine (1989), and TWO THOUSAND TWO HUNDRED FORTY-NINE DOLLARS ($2,249.00) on January first (1st)

---

[3] *Translator's Note: This line is included intentionally and reflects Spanish language original document.*

first (1st)[4] of each year subsequent until the final payment of the debt, whose term is twenty (20) years, pursuant to deed two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC

Once the notation has been placed and sign, I return the promissory note to the appearing MR. WILFREDO CORTES, in his capacity.

ACCEPTANCE

The appearing parties accept this deed as drafted, finding it in accordance with their instructions and I, the Notary, in compliance with the Law, made to the parties the legal warnings pertinent to this granting.

So, the appearing parties say and grant before me, after they waived their right, of which I advised them, to demand the presence of instrumental witness.

Having read this deed was to the appearing parties, they do ratify same, affixing their initials to all and each of the pages of this document and signing before me, the Notary. And to all that is recorded on this public instrument, I DO ATTEST.

[Seal]   SIGNED: WILFREDO CORTES, ANTONIO TORRES NEGRON, CARMEN OLINDA MARRERO ROLON, IVAN ELIAS BEAUCHAMP SIERRA, also known as IVAN ELIAS BEACHAMP SIERRA, AND INGRID VERA ROSA.

The initials of appearing parties and the Notary's mark appear in the margin of each page. Signed, stamped, sealed and initialed by the undersigned notary (the corresponding notarial seal has been cancelled).

I CERTIFY: That this is a true and exact copy of the original which is filed in my protocol under the indicated number and date, and, for delivery to the interested party, I issue this copy the same date of its granting. in favor of Iván Elías Beauchamp Sierra and Ingrid Vera Rosa, consisting of eleven pages.

[Seal]

[Signature]
Andrés Jusino Archilla

---

[4] *Translator's Note: Repetition of final words on previous page is intentional and reflects original Spanish language document.*

Notified today on the bases
included in the notification of
filed under number *1817-88*
[Illegible] P.R., *Dec. 29, 88*.

      *Reg.* [Signature]

Term of expiration of 30 days suspended
due to receipt today of documents
for the correction of errors.

[Illegible] P.R. [Illegible] *28, 89*

      [Signature]

      Registrar or Officer


[Cancelled Stamps]

[Handwritten]
Recorded on page 43, reverse, of book 112 of Morovis. Farm #7249. 6th
recording. Subject to an easement in favor of Federico Calaf Rivera's
*Hacienda Monserrate* and to mortgages for $40,000.00 and $20,000.00 in
favor United States of America. Manatí, May 12, 1989.

[Stamp]          Fees $232.50

         [Signature]    [Illegible handwriting]

           [Seal]   7/8/89

-------ESCRITURA NUMERO DOSCIENTOS SESENTA Y NUEVE· (269)-----

--LIQUIDACION DE PRESTAMO HIPOTECARIO, COMPRAVENTA, RECONOCI--

---MIENTO DE OBLIGACION Y MODIFICACION DE HIPOTECA-------------

---En Morovis, Puerto Rico, a los treinta (30) días del mes de

septiembre de mil novecientos ochenta y o ho (1988).----------

-------------------------ANTE MI----------------------------

--------------------ANDRES JUSINO ARCHILLA-------------------

Abogado-Notario Público de esta Isla, con residencia,---------

vecindad y estudio abierto en la ciudad de Morovis, Puerto

Rico.--------------------------------------------------------

-------------------------COMPARECEN--------------------------

DE LA PRIMERA PARTE Y COMO VENDEDORES:  LOS ESPOSOS DON------

ANTONIO TORRES NEGRON Y DOÑA CARMEN OLINDA MARRERO ROLON,

mayores de edad, casados entre sí, propietarios y vecinos de

Morovis, Puerto Rico, cuyos números del Seguro Social son:



DE LA SEGUNDA PARTE Y COMO COMPRADORES:  LOS ESPOSOS DON------

IVAN ELIAS BEAUCHAMP SIERRA, también conocido como------------

IVAN ELIAS BEACHAMP SIERRA Y DOÑA INGRID VERA ROSA, mayores

de edad, casados entre sí, propietarios y vecinos de -------

Bayamón, Puerto Rico, cuyos números del Seguro·Social es:

DE LA TERCERA PARTE Y COMO ACREEDOR HIPOTECARIO:  ESTADOS

UNIDOS DE AMERICA, actuando por conducto y a través del ---

Administrador de la Administración de Hogares de Agricultores

a tenor con las disposiciones de la Ley del Congreso------

denominado "Consolidated Farmers Home Administration Act of

1961" con oficinas principales en Washington, Distrito de
Columbia, Estados Unidos de América, representado en este
acto por DON WILFREDO CORTES, mayor de edad, soltero, ----
empleado y vecino de Morovis, Puerto Rico, cuyo número del
Seguro Social es
                                              , cuyo
carácter consta debidamente acreditado en el Registro de la
Propiedad.------------------------------------------------------

-----------------------------DOY FE----------------------------
De haberme asegurado de la identidad de los comparecientes---
por los medios establecidos por la Ley Notarial en el Artículo
17 (c), así como por sus dichos de su edad, estado civil,----
profesión y vecindad.  Me aseguran  tener y a mi juicio tienen
la capacidad legal necesaria para el presente otorgamiento y
libremente:------------------------------------------------------

-----------------------------EXPONEN----------------------------
PRIMERO:  Que los comparecientes de la Primera Parte son------
dueños en pleno dominio de la siguiente propiedad:------------

(A) RUSTICA:  Situada en los barrios "Río Arriba Saliente" y
Barahona de los municipios de Manatí y Morovis, respectiva-
mente, compuesta de Diez y Nueve cuerdas con seis mil seis-
cientos ochenta y cuatro diez milésimas de otra (19.6684)
equivalentes a siete hectáreas, setenta y tres áreas y cuatro
centiáreas de terreno y en lindes:  por el Norte, con------
José Antonio Aulet Méndez, hoy Luis Adrovet; por el Sur, con
José Antonio Aulet Méndez, hoy Antonio Torres y por el Oeste,
con José Antonio Aulet Méndez, hoy Adoración Rivera Rivera.--

Y corresponden al Municipio de Manatí, ocho cuerdas con tres
mil veinticinco diez milésimas de otra (8.3025) y al Municipio
de Morovis, once cuerdas con tres mil seiscientos cincuenta
y nueve diez milésimas de otra (11.3659).--------------------

Inscrita al folio cuarenta (40) vlto, y cuarenta y cinco (45)
vuelto, de los tomos ciento doce (112) de Morovis y doscientos
tres (203) de Manatí, fincas siete mil doscientos cuarenta y
nueve (7249) y ocho mil ochocientos ochenta y cinco (8885)
inscripción segunda (2da.).'---------------------------------

(B) RUSTICA:  Parcela de terreno sita en el barrio Pugnado
Adentro del término municipal de Vega Baja, Puerto Rico, con
una cabida de TREINTA Y NUEVE CUERDAS CON OCHENTA Y CINCO
CENTIMOS DE OTRA (39.85) equivalentes a quince hectáreas,
sesenta y seis áreas, veintiséis centiáreas y sesenta y cinco
miliáreas de terreno y en lindes:  al Norte, con las parcelas
ciento diez y siete (117) y ciento catorce (114); al Sur, con
Jaime y Federico Calaf Collazo; al Este, con la parcela
ciento trece (113) y Cecilio Santiago; y al Oeste, con la
parcela ciento veintiséis (126) y Jaime y Federico Calaf--
Collazo, hoy José A. Aulet.----------------------------------



Inscrita al folio doscientos dos (202), del tomo ciento-----
cuarenta y tres (143) de Vega Baja, finca número mil sete-
cientos ochenta y siete (1787).-------------------------------

------------------------TITULOS----------------------------
---La finca descrita con la letra "A" en el párrafo primero

de esta escritura la adquirieron los comparecientes de la-----

Primera Parte según consta de la escritura número ciento uno

(101) de fecha treinta (30) de mayo de mil novecientos-------

ochenta (1980) ante el Notario José L. Colón Fontán en la

ciudad de Morovis, Puerto Rico.-------------------------------
---La finca descrita con la letra B en el párrafo primero

de esta escritura la adquirieron los comparecientes de la

Primera Parte según consta de la escritura número trescientos

cincuenta y seis (356)   de fecha trece (13) de noviembre de

mil novecientos setenta y ocho (1978) ante el Notario José L.

Colón Fontán en la ciudad de Morovis, Puerto Rico.---------

-------------------------CARGAS-----------------------------
---La finca rotulada con la letra A descrita en el párrafo

primero de esta escritura afecta a los siguientes gravámenes:
---Hipoteca por la suma de CUARENTA MIL DOLARES ($40,000.00)

de principal al ocho por ciento anual (8%) a favor de Estados

Unidos de América;-------------------------------------------

---Hipoteca a favor de Estados Unidos de América por la suma

de VEINTE MIL DOLARES ($20,000.00) de principal al diez y

tres cuarto por ciento anual (10 3/4%).---------------------
----La finca rotulada con la letra "B" descrita en el párrafo

primero de  esta escritura afecta a los siguientes gravámenes:
----Hipoteca a favor de Estados Unidos de América por la suma

de SETENTA Y CUATRO MIL DOLARES ($74,000.00) de principal al

cinco por ciento anual (5%).--------------------------------
----Hipoteca a favor de Estados Unidos de América por la suma

de CUARENTA MIL DOLARES ($40,000.00) de principal al ocho

por ciento anual (8%).--------------------------------------
SEGUNDO:  Siguen manifestando los vendedores que con el fin

de transferir las fincas a los compradores, solicitaron el

consentimiento del acreedor hipotecario Estados Unidos de----

América, actuando por conducto y a través del Administrador de la Administración de Hogares de Agricultores de————— conformidad con la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961" y el reglamento aprobado al efecto, así como también solicitaron la ———— liquidación de las deudas hipotecarias al día treinta (30) de septiembre de mil novecientos ochenta y ocho (1988), las cuales se describen de la siguiente forma:————————— ————La hipoteca por la suma de CUARENTA MIL DOLARES ($40,000.00) dió un saldo deudor montante a la suma de TREINTA Y UN MIL CIENTO SETENTA Y DOS DOLARES CON VEINTIUN CENTAVOS ($31,172.21) de principal; MIL SETECIENTOS VEINTIOCHO DOLARES CON————— CINCUENTA Y SEIS CENTAVOS ($1,728.56) de intereses;.————— ————La hipoteca por la suma de VEINTE MIL DOLARES ($20,000.00) dió un saldo deudor montante a la suma de DIEZ Y OCHO MIL CUATROCIENTOS CUARENTA Y DOS DOLARES CON VEINTISIETE CENTAVOS ($18,442.27) de principal; MIL TRESCIENTOS SETENTA Y CUATRO DOLARES CON VEINTE CENTAVOS ($1,374.20) de intereses;————— ————La hipoteca por la suma de SETENTA Y CUATRO MIL DOLARES ($74,000.00) dió un saldo deudor montante a la suma de————— SESENTA Y SEIS MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON OCHENTA CENTAVOS ($66,982.80) de principal; DOS MIL ————— DOSCIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y CINCO CENTAVOS ($2,282.75) de intereses, o sea, un total de CIENTO VEINTIUN MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y NUEVE CENTAVOS ($121,982.79).————————————————— TERCERO: Que sometida a la consideración de la Administración de hogares de Agricultores la candidatura de don Iván Elías Beauchamp Sierra y doña Ingrid Vera Rosa para recibir los beneficios de la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961" y previo los————— trámites de rigor se certifico que don Iván Elías Beauchamp Sierra y doña Ingrid Vera Rosa son acreedores para recibir los beneficios de la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961", recomendando que la deuda asumida por dichos comparecientes sea pagada en la ——

forma y manera que más adelante se especifica cuya recomenda-
ción ha sido aprobada por la Administración de Hogares de----
Agricultores.------------------------------------------------

CUARTO: Los comparecientes de la Primera Parte venden, ceden
y traspasan a favor de los comparecientes de la Segunda-------
Parte quienes compran, y adquieren las fincas descritas en el
Hecho  Primero de esta escritura con todos sus usos, servi-
dumbres y derechos, y sin limitación alguna para que estos
la gocen como sus únicos y legítimos dueños.------------------

QUINTO:  Se realiza esta enajenación por el convenido y------
ajustado precio de  DOSCIENTOS ONCE MIL QUINIENTOS SESENTA
DOLARES ($211,560.00) correspondientes a la finca descrita
bajo la letra "A" la suma de SESENTA Y NUEVE MIL NOVECIENTOS
DIEZ Y SEIS DOLARES ($69,916.00) y correspondientes a la finca
descrita bajo la letra "B" la suma de CIENTO CUARENTA Y UN MIL
SEISCIENTOS CUARENTA Y CUATRO DOLARES ($141,644.00), de los
cuales retienen en su poder la parte compradora la suma de
CIENTO VEINTIUN MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON
SETENTA Y NUEVE CENTAVOS ($121,982.79) para satisfacer en
su día la deuda hipotecaria según liquidada al treinta (30)
de septiembre de mil novecientos ochenta y ocho (1988), y el
restante, o sea, la suma de OCHENTA Y NUEVE MIL QUINIENTOS
SETENTA Y SIETE DOLARES CON VEINTIUN CENTAVOS ($89,577.21)
los cuales reciben los comparecientes de la Primera Parte de
los comparecientes de la Segunda Parte con anterioridad a este
acto y en esta misma fecha y los comparecientes de la Primera
Parte le otorgan a los comparecientes de la Segunda Parte----
eficaz carta de pago en forma.-------------------------------

SEXTO: La parte compradora, podrá entrar en la posesión de
las fincas que adquieren sin más requisito que el otorgamiento
de esta escritura.-------------------------------------------

SEPTIMO: Los comparecientes de la Segunda Parte por la------
presente reconocen y se constituyen como únicos y principales
pagadores de la deuda hipotecaria que con Estados Unidos de
América tenían contraida los comparecientes don--------------

Antonio Torres Negrón y doña Carmen Olinda Marrero Rolón y por la presente se subrogan en todos los derechos y obligaciones para con Estados Unidos de América por la suma total adeudada.------------------------------------------------------------

OCTAVO: Manifiestan los comparecientes de la Segunda Parte que son de su propio y personal conocimiento todas y cada una de las obligaciones,contenidas en los pagareses antes ------- mencionados, así como también contenidas en la escritura de hipoteca y en este acto en forma clara y terminante se

obligan a cumplir todas y cada una de dichas obligaciones, claúsulas y estipulaciones, así como también se obligan y se comprometen a acatar las reglas y reglamentos que gobiernan los préstamos de esta naturaleza concedidos por la Administración de Hogares de Agricultores y/o el Administrador de la Administración de Hogares y/o el Secretario de Agricultura de Estados Unidos de América de conformidad con lo dispuesto en la Ley del Congreso titulada "Farmers Home Administration Act of 1961" y en su consecuencia relevan de toda responsabilidad y obligación con dichos préstamos, pagareses e hipotecas



DON ANTONIO TORRES NEGRON Y DOÑA CARMEN OLINDA MARRERO ROLON
-----MODIFICACION DE PAGO DE PAGARESES E HIPOTECAS------------

NOVENO: Manifiestan el compareciente, DON WILFREDO CORTES, en el carácter que ostenta que habiendo sido aceptados los comparecientes de la Segunda Parte para recibir los---------- beneficios de la Ley del Congreso "Consolidated Farmers Home Administration Act of 1961" han convenido en modificar la forma de pago de los plazos consignados en los pagareses y en las hipotecas en la siguiente forma:------------------------

----"El importe total adeudado al treinta (30) de septiembre de mil novecientos ochenta y ocho (1988) asciende a la----- cantidad de CIENTO VEINTIUN MIL NOVECIENTOS OCHENTA Y DOS

DOLARES CON SETENTA Y NUEVE CENTAVOS ($121,982.79) de------ principal pagaderos en los plazos anuales de la siguiente--- manera:-------------------------------------------------------

----La hipoteca de CUARENTA MIL DOLARES ($40,000.00) pagadera en la siguiente forma:-------------------------------------------

SETECIENTOS CINCUENTA Y CINCO DOLARES ($755.00) el día primero

(1ro.) de enero del año mil novecientos ochenta y nueve (1989);

SEIS MIL QUINIENTOS TREINTA Y OCHO DOLARES ($6,538.00) el día

primero (1ro.) de enero de mil novecientos noventa (1990);---

SEIS MIL QUINIENTOS TREINTA Y OCHO DOLARES ($6,538.00) en enero

primero (1ro) de cada año hasta que sea saldada la deuda------

en su totalidad finalizando su último pago el día treinta (30)

de septiembre de mil novecientos noventa y cinco (1995).-------

---La hipoteca de SETENTA Y CUATRO MIL DOLARES ($74,000.00)

pagadera en plazos anuales de CUATRO MIL TRESCIENTOS TRECE

DOLARES ($4,313.00) sucesivamente hasta el pago final de la

deuda hipotecaria.------------------------------------------

---La hipoteca de VEINTE MIL DOLARES ($20,000.00) será pagadera

en plazos anuales de la siguiente forma:---------------------

CUATROCIENTOS OCHENTA DOLARES ($480.00) el día primero (1ro) de

enero de mil novecientos ochenta y nueve (1989) y DOS MIL DOS-

CIENTOS CUARENTA Y NUEVE DOLARES ($2,249.00) todos los días---

primero (1ro.) de enero de cada año sucesivamente hasta el ---

pago final de la deuda cuyo término es de veinte (20) años.---

-----------------------MODIFICACION DE INTERESES-------------



----La hipoteca de CUARENTA MIL DOLARES ($40,000.00) devenga

intereses al ocho por ciento anual (8%) la cual se modifica

al nueve por ciento anual (9%);------------------------------

----La hipoteca de SETENTA Y CUATRO MIL DOLARES ($74,000.00)

devenga intereses al cinco por ciento anual (5%) cuyos intere-

ses no se modifican;-----------------------------------------

----La hipoteca de VEINTE MIL DOLARES ($20,000.00) devenga

intereses al diez y tres cuarto por ciento anual (10 3/4%)

la cual se modifica al nueve y medio por ciento anual (9 1/2%).

-----Dichos intereses son modificados de la siguiente forma:

DIEZ Y OCHO MIL CUATROCIENTOS CUARENTA Y DOS DOLARES CON

VEINTISIETE CENTAVOS ($18,442.27) de principal; MIL TRES---

CIENTOS SETENTA Y CUATRO DOLARES CON VEINTE CENTAVOS ($1,374.20

de intereses, o sea, un total de DIEZ Y NUEVE MIL OCHOCIENTOS

DIEZ Y SEIS DOLARES CON CUARENTA Y SIETE CENTAVOS ($19,816.47).

----La hipoteca de CUARENTA MIL DOLARES ($40,000.00) devenga--

intereses al ocho por ciento anual (8%) y se modifican al
nueve por ciento anual (9%), de la siguiente forma:———————
TREINTA Y UN MIL CIENTO SETENTA Y DOS DOLARES CON VEINTIUN
CENTAVOS ($31,172.21) de principal;————————————————————
MIL SETECIENTOS VEINTIOCHO DOLARES ($1,728.00) de intereses,
o sea, un total DE TREINTA Y DOS MIL NOVECIENTOS DOLARES CON
SETENTA Y SIETE CENTAVOS ($32,900.77).————————————————
———La hipoteca de SETENTA Y CUATRO MIL DOLARES ($74,000.00)
se modifica de la siguiente forma:————————————————————
SESENTA Y SEIS MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON
OCHENTA CENTAVOS ($66,982.80) de principal;——————————————
DOS MIL DOSCIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y CINCO
CENTAVOS ($2,282.75) de intereses, o sea, un total de SESENTA Y
NUEVE MIL DOSCIENTOS SESENTA Y CINCO DOLARES CON CINCUENTA
Y CINCO CENTAVOS ($69,265.55).————————————————————————
UNDECIMO: El compareciente, DON WILFREDO CORTES, en el————————
carácter que ostenta me entrega a mi el Noario, los pagarees
garantizados con las hipotecas, quién me asegura no ha sido
gravados en forma alguna por el actual tenedor y poseedor
Estados Unidos de América, y una vez identificado por mí, el
Notario, cerciorándome que se trata del los mismos pagareses
procedo a poner la siguiente anotación al derso de los mismos
pagareses de que a los efectos de proveer espacio adicional
los endosos y descuentos de dichos pagarees continuan en el
ANEXO "A" que se une a los mismos y que se hacen formar parte
integrante de los mismos en cuyo Anexo procedo a poner la————————
siguiente nota:————————————————————————————————————
————————————PAGARE DE CUARENTA MIL DOLARES ($40,000.00)——————————
————"El importe de este pagaré ascendente a la suma de————————
CUARENTA MIL DOLARES ($40,000.00) liquidada al treinta (30) de
septiembre de mil novecientos ochenta y ocho (1988) dió un————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————

————————————————————————————————————————————————



un saldo deudor montante a la suma de TREINTA Y DOS MIL———————
NOVECIENTOS DOLARES CON SETENTA Y SIETE CENTAVOS ($32,900.77)
de principal, intereses a razón del ocho por ciento anual
(8%) cuyo importe ha sido asumido por los comparecientes don

Iván Elías Beauchamp Sierra y doña Ingrid Vera Rosa, pero

habiéndose modificado los intereses a devengarse al nueve por
ciento anual (9%), así también los plazos del pagaré y la
hipoteca que lo garantiza, la deuda asumida habrá de ser——————
pagada de la siguiente forma:————————————————————————————————
SETECIENTOS CINCUENTA Y CINCO DOLARES ($755.00) el día primero
(1ro) de enero de mil novecientos ochenta y nueve (1989);——
SEIS MIL QUINIENTOS TREINTA Y OCHO DOLARES ($6,538.00) el día
primero (1ro,) de cada año hasta que sea saldada la deuda en
su totalidad finalizando su último pago el día treinta (30)

de septiembre de mil novecientos noventa y cinco (1995), todo
ello según consta de la escritura número doscientos sesenta
y nueve (269) de esta misma fecha, otorgada en Morovis,———————



Puerto Rico, ante el Notario Andrés Jusino Archilla, en la
ciudad de Morovis, Puerto Rico.————————————————————————————
—Morovis, Puerto Rico, a treinta (30) de septiembre de mil
novecientos ochenta y ocho (1988), DOY FE, singo, sello,————
rúbrico y firmo, LCDO. ANDRES JUSINO ARCHILLA-NOTARIO PUBLICO
Una vez puesta y firmada la nota lo devuelvo al compareciente
DON WILFREDO CORTES, en el carácter que ostenta.———————————————
——————————————PAGARE DE SETENTA Y CUATRO MIL DOLARES ($74,000.
—————————————————————————————————————————————————————————————

————"El importe de este pagaré ascendente a la suma de————————
SETENTA Y CUATRO MIL DOLARES ($74,000.00) liquidado al————————
treinta (30) de septiembre de mil novecientos ochenta y ocho
(1988), dió un saldo deudor montante a la suma de SESENTA Y
NUEVE MIL DOSCIENTOS SESENTA Y CINCO DOLARES CON CINCUENTA Y
CINCO CENTAVOS ($69,265.55) de principal; intereses a razón
del cinco por ciento anual (5%), cuyo importe ha sido asumido
por los comparecientes don Iván Elíaz Beauchamp Sierra———————

——————————————————————————————————————————————————————————————
——————————————————————————————————————————————————————————————



y doña Ingrid Vera Rosa, cuyos intereses no se modifican,

así también los plazos del pagaré y la hipoteca que lo------

garantiza, la deuda asumida habrá de ser pagada de la------

siguiente forma:-------------------------------------------

CUATRO MIL TRESCIENTOS TRECE DOLARES ($4,313.00) sucesiva-

mente hasta el pago final de la deuda hipotecaria, todo ello

**doscientos sesenta y nueve (269)**---------------------------

según consta de la escritura número doscientos sesenta y

nueve (269) de esta misma fecha, otorgada en Morovis,-------

Puerto Rico, ante el Notario Andrés Jusino Archilla, en la

ciudad de Morovis, Puerto Rico.----------------------------

Morovis, Puerto Rico, a treinta (30) de septiembre de mil nove-

cientos ochenta y ocho, DOY FE, singo, sello, rúbrico y firmo,

LCDO. ANDRES JUSINO ARCHILLA-NOTARIO PUBLICO.----------------

Una vez puesto y firmada la nota lo devuelvo alcompareciente

DON WILFREDO CORTES, en el carácter que ostenta.-----------

------------PAGARE DE VEINTE MIL DOLARES ($20,000.00)----------

-----------------------------------------------------------

----El importe de este pagaré ascendente a la suma de---------

VEINTE MIL DOLARES  ($20,000.00) liquidado al treinta (30) de

septiembre de mil novecientos ochenta y ocho (1988) dió un ---

saldo deudor montante a la suma de DIEZ Y NUEVE MIL OCHO---

CIENTOS DIEZ Y SEIS DOLARES CON CUARENTA Y SIETE ($19,816.47)

de principa; intereses a razón del diez y tres cuarto por

ciento anual (10 3/4%) cuyo importe ha sido asumido por los

comparecientes don Iván Elías Beauchamp Sierra y doña Ingrid

Vera Rosa, pero habiéndose modificado los intereses a-----

devengarse al nueve y medio por ciento anual (9 1/2%), así

también los plazos del pagaré y la hipoteca que lo garantiza,

la deuda asumida habrá de ser pagada de la siguiente forma:--

CUATROCIENTOS OCHENTA DOLARES ($480.00) el día primero (1ro).

de enero de mil novecientos ochenta y nueve (1989) y DOS MIL

DOSCIENTOS CUARENTA Y NUEVE ($2,249.00) el día primero (1ro.)



primero (1ro.) de cada año sucesivamente hasta el pago final

de la deuda cuyo término es de veinte (20) años,--------------

todo según consta de la escritura número doscientos sesenta y

nueve (269) de esta misma fecha, otorgada en Morovis,---------

Puerto Rico, ante el Notario Andrés Jusino Archilla, en la

ciudad de Morovis, Puerto Rico.------------------------------

Morovis, Puerto Rico, a treinta (30) de septiembre de mil ----

novecientos ochenta y ocho (1988) DOY FE, signo, sello, rúbrico

y firmano, LCDO. ANDRES JUSINO ARCHILLA--NOTARIO PUBLICO.------

Una vez puesto y firmada la nota le devuelvo al compareciente

DON WILFREDO CORTES, en el carácter que ostenta.--------------

-------------------    -ACEPTACION------------------

Los comparecientes aceptan esta escritura en la forma--------

redactada por ser conforme a lo convenido, y yo, el Notario,--

en cumplimiento a lo dispuesto en la Ley le hice las---------

advertencias legales pertinentes al otorgamiento.------------

---Así lo dicen y otorgan los comparecientes ante mí, luego de

haber renunciado al derecho que les hice saber tenían para---

requerir la presencia de testigos instrumentales.-----------

--Leída esta escritura a los comparecientes, en la misma se

ratifican y fijan sus iniciales en todos y cada uno de los

folios de este documento y firman ante mí, el Notario, que de

consignado en este documento público, DOY FE.----------------

FIRMADO: WILFREDO CORTES, ANTONIO TORRES NEGRON, CARMEN OLINDA
MARRERO COLON, IVAN ELIAS BEAUCHAMP SIERRA, también conocido
como ANGELAS BEACHAMP SIERRA E INGRID VERA ROSA.-----------

Aparecen las iniciales de los otorg.
y la rúbrica del notario al margen de
plana. Firmado, signado, sellado y rubr
por el notario que suscribe. (Cancela.
correspondiente sello notarial).

CERTIFICO: Que ésta es copia fiel y
ta de su original que obra en mi prot
bajo el número y fecha indicados y parc
entregar a la parte interesada la expido en
la misma fecha de su otorgamiento, a favor de Iván Elías
Beauchamp Sierra e Ingrid Vera Rosa, conteniendo en ca planas.

Lcdo. Andrés Jusino Archilla

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número _____

_____, P. R. a __ de _____ de __


(illegible handwritten text)


(illegible handwritten text)


(illegible handwritten paragraph)

Form FmHA 1940 17(S)
(Rev. 11-1-78)

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**<br>**FARMERS HOME ADMINISTRATION**<br><br>**PROMISSORY NOTE** | **TYPE OF LOAN**<br>Type: __OL__<br><br>In accordance with:<br>❑ Consolidated Farm and Rural Development Act<br>❑ Emergency Agricultural Credit Adjustment Act of 1978 |

| | | |
|---|---|---|
| Name<br>ANTONIO TORRES NEGRON | | **ACTION REQUIRING NOTE:**<br>❑ Initial Loan    ❑ New Payment Plan |
| State<br>PUERTO RICO | Office<br>MOROVIS | ☒ Subsequent Loan   ❑ Re-amortization<br>❑ Consolidation and   ❑ Sale on Credit |
| Case Num.<br>63-37-584868875 | Date<br>OCTOBER 20, 1986 |     Subsequent Loan  ❑ Deferred Payments<br>❑ Consolidation |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereinafter referred to as the "Government"), or its assignee, at its offices in MOROVIS, PUERTO RICO    , or at any other location designated in writing by the Government, the principal sum of FORTY THOUSAND    dollars ($ 40,000.00), plus interest on the unpaid principal at EIGHT **PERCENT** ( 8 %) per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis and shall notify Borrower at his last known address by mail, with thirty (30) days' advance notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in ___8___ installments, as stated below, unless modified by a different interest rate, on or before the following dates:

| | |
|---|---|
| $ 1,000.00 on January 1, 1987; | $ 11,600.00 on January 1, 1988; |
| $ 11,600.00 on January 1, 1989; | $ 11,600.00 on January 1, 1990; |
| $ 3,850.00 on January 1, 1991; | $ 3,850.00 on January 1, 1992; |
| $ 3,850.00 on January 1, 1993; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |

and $ subsequently on January 1 of each year thereafter until the principal and interest are fully paid, except for the final payment of the debt established herein, which, if not sooner paid, shall be due and payable 7 years from the date of this promissory note, with the exception that advance payments may be made as provided for below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not advanced by the date of closing, the loan will be forwarded to Borrower, in accordance with Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of any advance(s) in the Advance Payment Log.

For each re-amortized or consolidated promissory note, or for a new payment plan, interest accumulated as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate established herein.

Any payment made on any debt established by this promissory note shall be applied first to interest computed as of the effective date of payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's obligation to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and ensure payment of same, the Borrower shall continue making payments to the Government as the holder's collection agent.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any payment made by the Borrower, except for payments retained and transferred by the Government to the holder based on the date the annual installment is due shall be the date of the United States Treasury check paid by the Government to the holder. The effective date of any advance payment retained and transferred by the Government to the holder based on the date of the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan established herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt established herein and shall be immediately due and payable by the Borrower to the Government without need of request.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the Government's prior written consent. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation," "Re-amortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note," this promissory note is granted to consolidate, re-amortize or as evidence of a new payment plan, but not as satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| NOTE AMOUNT | INTEREST | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken pertaining to the loans established by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans established by said promissory notes shall remain as security for the loan established by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT**:  If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument establishing a debt of the Borrower insured or guaranteed by the Government or otherwise relating to such a debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its option, may declare all or any part of said debt immediately due and payable.

This Note is granted as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled **"TYPE OF LOAN"** above. This promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations that are not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
ANTONIO TORRES NEGRON                    *(Borrower)*

[Signature]
CARMEN O. MARRERO                        *(Borrower)*

Buzón 6474 RFD WD. PUGNADO
MANATI, P. R. 00717

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ 30,000.00 | 10-20-86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 40,000.00 | |

Jay-Ce-Agriculture                *Position 2*                FmHA Form 1940-17 (S)
(Rev. 11-1-78)

PROMISSORY NOTE OF $ 40,000.00

"The amount of this promissory note is FORTY THOUSAND DOLLARS ($40,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of THIRTY-TWO THOUSAND NINE HUNDRED DOLLARS AND SEVENTY-SEVEN CENTS ($32,900.77) of principal, interest at a rate of eight percent per annum (8%), which amount has been assumed by the appearing parties Mr. Iván Elías Beauchamp and Mrs. Ingrid Vera Rosa, having modified the rate at which interest shall accrue to nine percent per annum (9%), as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

SEVEN HUNDRED FIFTY-FIVE DOLLARS ($755.00) on the first (1st) day of January, nineteen eighty-nine (1989); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of each year until the debt is fully satisfied, ending with a  final payment on September thirty (30), nineteen ninety-five (1995), all pursuant to deed number two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of  Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC.

[Seal]

[Signature]
NOTARY PUBLIC

| FORMULARIO FmHA 1965-13 (11-84) | CASO NUMERO | 63-37-583721454 |
|---|---|---|

DEPARTAMENTO DE AGRICULTURA
DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES
DE AGRICULTORES

CONVENIO DE SUBROGACION
(PRESTAMOS PROGRAMAS AGRICOLAS)

Tipo de Prestamo

O.L.
(Especifique)

/ /Directo /x/Asegurado

- /x/ Cesionario Elegible
- / / Cesionario Inelegible
- /x/ Transferencia por la totalidad de la deuda
- / / Transferencia por una cantidad menor a la totalidad de la deuda
- /x/ Cedente relevado de su responsabilidad personal
- / / Cedente no relevado de su responsabilidad personal

ESTE CONVENIO fechado el 30 DE SEPTIEMBRE DE, 19 88 entre los Estados Unidos de América, actuando por conducto y a través de la Administración de Hogares de Agricultores (denominado en adelante el "Gobierno") y Iván Elías Beauchamp Sierra y Ingrid Vera Rosa (denominados en adelante "Los Cesionarios") cuya dirección postal es P.O. Box 245, Bayamón, P.R.   00619-0245

POR CUANTO el Gobierno es el tenedor garantizador de el (los) préstamos evidenciado(s) por el (los) instrumento(s) legal(es) otorgado(s) por el (los) presente(s) deudor(es) Antonio Torres Negrón y Carmen O. Marrero

Caso Núm. 63-37-584868875                y descrito(s) como sigue:

### TABLA I

| Instrumento | Otorgado en | Cantidad Principal | Balance Adeudado Principal | Interes Acumulado | Tipo de Interés | Cargo por Seguro |
|---|---|---|---|---|---|---|
| Promissory Note | 10-20-86 | $40000.00 | $31172.21 | 1728.56 | 8% | |

POR CUANTO en relación con dicho(s) préstamo(s) se otorgó(aron) el (los) siguiente(s) documento(s) de garantía sobre la(s) propiedad(es) descrita(s) en el (los) mismo(s) y localizada(s) en _____ Morovis _____ Barrio _____, _____ Pueblo _____ Puerto Rico.

### TABLA II

| Instrumento | Otorgado en | Localización del Registro de la Propiedad | Tomo y Volúmen | Folio |
|---|---|---|---|---|
| Crop. Mortgage | 10-20-86 | Manatí,P.R. | T 1ro. Contratos Refacción Agri. | 141 |
| Mortgage Deed | 10-20-86 | Manatí, P.R. | T 112,Fca.7249 insc. 4ta. | 42 vto. |
| Mortgage Deed | 10-20-86 | Bayamón, P.R. | T 143 Vega Baja Fca. 1787,Insc. 15 | 205 |

POR LO TANTO, y en consideración de (1) el haber asumido la(s)obligación(es) objeto de este convenio, y (ii) a que el Gobierno consienta a tal subrogación y a la transferencia correspondiente de la(s) propiedad(es) dada(s) en garantía a los Cesionarios, se conviene en lo siguiente:

Posición 2

3.  Si esta subrogación envuelve un préstamo de recursos limitados, el Gobierno PODRA CAMBIAR EL TIPO DE INTERES de acuerdo con los reglamentos de la Administración de Hogares de Agricultores pero con una frecuencia no mayor de cada tres meses notificándoselo por escrito al prestatario a su última dirección conocida con treinta (30) días de anticipación.

4.  Los términos y condiciones de la(s) deuda(s) y de el (los) documento(s) de garantía y de cualquier otro convenio vigente otorgado o asumido por los actuales deudores continuarán en vigor excepto por las modificaciones introducidas por este convenio y los cesionarios asumen dichas obligaciones o aceptan regirse por y cumplir con todos los acuerdos y con los términos y condiciones contenidos en dichos documentos y convenios igual que si ellos los hubiesen otorgado en las fechas en que los otorgaron los deudores originales, incluyendo cualquier obligación de pagarle al Gobierno un cargo por seguro de el(los) préstamo(s) en adición a los intereses, si así lo estipulaban dichos instrumentos.  Cualquier condición de dichos documentos de deuda o garantía que requiera (a) que el prestatario ocupe la vivienda financiada por la FmHA; (b) que el prestatario viva en y opere la finca financiada por la FmHA, o (c) que el prestatario se gradúe a otras fuentes de crédito, no se aplicará a transferencias a cesionarios inelegibles.

5.  Este convenio estará sujeto a todas las reglamentaciones vigentes de la Administración de Hogares de Agricultores (FmHA) y a toda reglamentación futura que no conflija con las condiciones de este convenio.

6.  Cuando el tenedor de el (los) préstamo(s) objeto del Convenio de Subrogación es un prestamista asegurado, cualquier pago por adelantado hecho por los cesionarios, excepto el pago final, podrá ser retenido por el Gobierno y remitido al tenedor en base a los plazos anuales y en las fechas de pago originalmente acordados o en cualquier otra forma establecida por los reglamentos de la Administración de Hogares de Agricultores.  El pago final será remitido prontamente.  La fecha efectiva de todo pago hecho por los cesionarios será la fecha en que el pago fue hecho por ellos.  El Gobierno pagará los intereses a que el tenedor tenga derecho desde la fecha efectiva del pago y la fecha del cheque del Tesoro de los Estados Unidos de América a favor del tenedor de el (los) préstamo(s).

CESIONARIOS

_____   (Prestatario)
Iván Elías Beauchamp Sierra

_____   (Co-deudor)
Ingrid Vera Rosa
P.O. Box 245

Bayamón, P.R.    00619-0245

ESTADOS UNIDOS DE AMERICA

_____
Roberto Cabán
Asistente Supervisor Local
               Título

ADMINISTRACION DE HOGARES DE AGRICULTORES
   HC-02 Box 6515, Box 6515
   Morovis, P.R.   00717
   (Dirección de la Oficina Local)

1.  Los cesionarios asumen, conjunta y mancomunadamente, la(s) obligación(es) antes mencionada(s) y se comprometen a pagar a la orden del Gobierno o del prestamista asegurado a través del Gobierno cuando dicho prestamista asegurado es el tenedor de el (los) instrumento(s) que evidencia(n) la(s) deuda(s), en la Oficina de la Administración de Hogares de Agricultores que se indica más adelante, las cantidades y en las fechas que se establecen en los sub-párrafos (a) o (b) marcados con una X en el encasillado correspondiente.

    (a)  /x/ LA SUMA DE __Thirty Two Thousands Nine Hundreds and 77/100__ dólares($ 32,900.77 más INTERESES

sobre el balance de PRINCIPAL ADEUDADO al ___8 ocho___ POR CIENTO ( _8_ %) ANUAL, en _____

plazos como sigue:

$__755.00_____ el __ de _____ de 19__ y $__6538.00__subsiguientemente cada _____

_____ de _____ hasta el saldo total del PRINCIPAL Y LOS INTERESES, excepto

que el PLAZO FINAL de la totalidad de la deuda bajo este convenio, de no haber sido saldada antes, vencerá y será PAGADERO a los ___Seven___ ( _7_ )AÑOS de la FECHA de este convenio de subrogación.

    (b)  /_/ De la totalidad del balance adeudado bajo la(s) aquí mencionada(s) obligación(es) y

documento(s) de garantía, la suma de _____ _____ dólares

($_____) de principal, más los intereses sobre la misma a razón de _____ por ciento anual desde la fecha de este convenio, más _____ dólares ($_____) de intereses acumulados hasta el presente, pero sin intereses acumulados sobre esta última partida, habiendo sido dichos intereses acumulados añadidos al primer plazo de los enumerados a continuación.  El principal e intereses vencerán y serán pagaderos como sigue:

$_____ el __de _____ de 19 ___, $_____ el __ de _____ de 19 ___

$_____ el __de _____ de 19 ___, $_____ el __ de _____ de 19 ___

$_____ el __de _____ de 19 ___, $_____ el __ de _____ de 19 ___

$_____ el __de _____ de 19 ___, $_____ el __ de _____ de 19 ___

$_____ el __de _____ de 19 ___, $_____ el __ de _____ de 19 ___

$_____ el __de _____ de 19 ___, $_____ el __ de _____ de 19 ___

$_____ el __de _____ de 19 ___, $_____ el · de _____ de 19 ___

$_____ el __de _____ de 19 ___.

y $_____ subsiguientemente el día primero de enero de cada año hasta que la(s) deuda(s) aquí asumida(s) sea(n) pagada(s) en su totalidad, excepto que el plazo final de la totalidad de la(s) deuda(s) bajo este convenio, de no haber sido saldada antes, vencerá(n) y

será(n) pagadera(s) en o antes del ____ de _____ de 19___.

    2- Los pagos efectuados se aplicarán de acuerdo con las normas de contabilidad de la Administración de Hogares de Agricultores.

Forma FmHA 1940-17
(Rev. 11-1-78)

# DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
## ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| CLASE DE PRESTAMO |
| --- |
| Tipo:   OL |
| De acuerdo a: |
| ☐ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre | ANTONIO TORRES NEGRON | |
| --- | --- | --- |
| Estado  PUERTO RICO | Oficina | MOROVIS |
| Caso Núm.  63-37-584868875 | Fecha | 20 DE OCTUBRE DE 1986 |

| ACCION QUE REQUIERE PAGARE: |  |
| --- | --- |
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☑ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en _____ MOROVIS, PUERTO RICO

o en otro sitio designado por el Gobierno por escrito, la suma principal de CUARENTA MIL————————

——————————————— dólares ($ 40,000.00 ) más intereses sobre el principal adeudado al

————OCHO————————————— POR CIENTO ( 8 %) anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ___8___ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | |
| --- | --- | --- |
| $ 1,000.00 | en enero 1, 1987; | $ 11,600.00 en enero 1, 1988 |
| $ 11,600.00 | en enero 1, 1989; | $ 11,600.00 en enero 1, 1990 |
| $ 3,850.00 | en enero 1, 1991; | $ 3,850.00 en enero 1, 1990 |
| $ 3,850.00 | en enero 1, 1993; | $ _____ en enero 1, 1992 |
| $ _____ | en enero 1, 19 ; | $ _____ en enero 1, 19 ; |
| y $ _____ | en enero 1, 19 ; | $ _____ en enero 1, 19 ; |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ___7___ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO**, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

<br>

**ANTONIO TORRES NEGRON**  *(Prestatario)*

**CARMEN O. MARRERO**  *(Prestatario)*

BUZON 6474 RFD WD. PUGNADO

MANATI, P.R.   00701

| | | REGISTRO DE ADELANTOS | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 30,000.00 | 10-20-86 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | $ | |
| | | | TOTAL | $ 40,000.00 | |



*Posición 2*

Jay-Ce-Agricultura



Forma FmHA 1940-17 (S.
(Rev. 11-1-78)

------------------PAGARE DE $40,000.00----------------------

----"El importe de este pagaré ascendente a la suma de ------
CUARENTA MIL DOLARES ($40,000.00) liquidada al treinta (30)
de septiembre de mil novecientos ochenta y ocho (1988) dió un
saldo deudor montante a la suma de TREINTA Y DOS MIL NOVE-
CIENTOS DOLARES CON SETENTA Y SIETE CENTAVOS ($32,900.77) de
principal, intereses a razón del ocho por ciento anual (8%)
cuyo importe ha sido asumido por los comparecientes don
Iván Elías Beauchamp Sierra y doña Ingrid Vera Rosa, pero
habiéndose modificado los intereses a devengarse al nueve por
ciento anual (9%), así también los plazos del pagaré y la
hipoteca que lo garantiza, la deuda asumida habrá de ser pagada
de la siguiente forma:--------------------------------------
SETECIENTOS CINCUENTA Y CINCO DOLARES ($755.00) el día primero
de enero de mil novecientos ochenta y nueve (1989);----------
SEIS MIL QUINIENTOS TREINTA Y OCHO DOLARES ($6,538.00) el
día primero (1ro) de cada año hasta que sea saldada la deuda
en su totalidad finalizando su último pago el día treinta (30)
de septiembre de mil novecientos  noventa y cinco (1995), todo
ello según consta de la escritura número doscientos sesenta
y nueve (269), de esta misma fecha, otorgada en Morovis,---
Puerto Rico, ante el Notario Andrés Jusino Archilla, en la
ciudad de Morovis, Puerto Rico.----------------------------
Morovis, Puerto Rico, a treinta (30) de septiembre de mil-
novecientos ochenta y ocho (1988)? DOY FE, signo, sello
rúbrico y firmo, LCDO. ANDRES JUSINO ARCHILLA--NOTARIO PUBLICO



NOTARIO PUBLICO

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: O.L. | ☒ Regular |
| | ☐ Recursos Limitados |

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**

**ADMINISTRACION DE HOGARES DE AGRICULTORES**

De acuerdo a:

☒ Consolidated Farm & Rural Development Act

☐ Emergency Agricultural Credit Adjustment Act of 1978

## PAGARE

| Nombre | |
|---|---|
| IVAN ELIAS BEAUCHAMP SIERRA | |

**ACCION QUE REQUIERE PAGARÉ:**

| Estado PUERTO RICO | Oficina MOROVIS |
|---|---|
| Caso Num. 63-37-583721454 | Fecha 9-30-88 |
| Clave de Fondos | Núm. de Préstamo |

| | |
|---|---|
| ☐ Prestamo inicial | ☐ Restructuración |
| ☐ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y prestamo subsiguiente | ☐ Venta a Credito |
| ☐ Consolidación | ☐ Pagos Diferidos |

**POR VALOR RECIBIDO,** el Pretatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno") o su cesionario en su oficina en   MOROVIS, PUERTO RICO

_____ , o en otro sitio designado por el Gobierno por escrito,  la suma principal de

TREINTA Y DOS MIL NOVECIENTOS CON    77/100 _____ dolares

($  32,900.77 _____) mas intereses sobre el principal  adeudado al _____

NUEVE _____    **POR CIENTO** ( _____ 9 %) anual  Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la  Administración de Hogares de Agricultores,  no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección  El nuevo tipo de interés no deberá exceder el  porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _____ 8 _____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | |
|---|---|---|
| $  755.00 _____ en enero 1, 19 89  ; | $  6538.00 _____ en enero 1, 19 90 |
| $ _____ en enero 1, 19 ____  ; | $ _____ en enero 1,  19 ____ |
| $ _____ en enero 1, 19 ____  ; | $ _____ en enero 1, 19 ____ |
| $ _____ en enero 1, 19 ____  ; | $ _____ en enero 1 ,19 ____ |
| $ _____ en enero 1, 19 ____  ; | $ _____ en enero 1, 19 ____ |
| $ _____ en enero 1, 19 ____  ; | $ _____ en enero 1, 19 ____ |

y $  6538.00 _____ , subsiguientemente en enero 1 de cada año hasta que el principal  e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada,  de no ser pagada anteriormente, vencerá y será pagadero en _____ 7 _____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo.  La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el  Prestatario y aprobado por el Gobierno  La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno.  Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré  El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese  nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La Propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o una "Restructuración" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa

**CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:** El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la subparte G de la parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terrenos altamente erodables, según la parte 12 del 7CFR, el Prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable, un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro de enero de 1995. El Prestatario además conviene de que deberá demostrar antes del 1ro de enero de 1995 que cualquier producción de cosechas en terreno altamente erodable después de esa fecha se hara de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

IVAN ELIAS BEAUCHAMP SIERRA     (Prestatario)

INGRID VERA ROSA     (Prestatario)

(SELLO)

P.O. Box 245

Bayamón, P.R.    00619-0245

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ |  | $ |  | $ |  |
| $ |  | $ |  | $ |  |
| $ |  | $ |  | $ |  |
| $ |  | $ |  | $ |  |
|  |  |  | TOTAL | $ |  |

Posición 2

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

Forma FmHA 427-1(S) PR
(Rev. 10-82)

--------------------------NUMERO CIENTO SESENTA Y TRES (163)-----
------------------------NUMBER

-------------------HIPOTECA VOLUNTARIA-----------------
-------------------VOLUNTARY MORTGAGE-----------------

En la Ciudad de Morovis, Puerto Rico, a los veinte (20) días----
In

del mes de octubre del año mil novecientos ochenta y seis-------

(1986).-----------------------------------------------------------

-------------------------ANTE MI----------------------
-------------------------BEFORE ME-------------------

-----------------MANUEL DIAZ COLLAZO----------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Morovis,
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Puerto Rico ---------- y oficina en Morovis, Puerto Rico.-----------
and office in                                           Puerto Rico.

$20,000

----------------------COMPARECEN---------------------
----------------------APPEAR-------------------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage---------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.--------------------------
appear from said paragraph.-------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.------------------
statements which I believe to be true of their age, civil status, profession and residence.----

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----



miento.-------------------------------------------------
voluntary mortgage.-------------------------------------

----------------------EXPONEN------------------------
----------------------WITNESSETH:-------------------

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".------------------
hereinafter referred to as "the property".----------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens----

se especifican en el párrafo UNDECIMO.------------------------
specified in paragraph ELEVENTH herein.------------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,----

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)—

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by—

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges—

hayan estimado sobre la propiedad hipotecada.————————————
estimated against the property.—

CUARTO:  Se  sobreentiende  que:————————————————
FOURTH:  It  is  understood  that:—

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the—

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and—

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One—

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of—

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.—

das.————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee—

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,—

prestamista asegurado.————————————————
will be the insured lender.—

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the—

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along—

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal—

tereses de dicho pagaré.————————————————
and interest.—

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender—

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————
ments on the note, to be designated the "annual charge".—

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder—

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any—

Forma HBR 422 (S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any—————————

cualquier convenio suplementario por parte del deudor.———————————————————
supplementary agreement.——————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,—————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to—————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt—————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee———————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.———————————————————————————
by the mortgagor.————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee—————————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,—————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee———————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof—————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement—————————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its———————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the--------------

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor--------------------

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor----------------

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on-------------

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,----

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,-----------

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and---------------------------

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or-----------------

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,----------------

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to----------------------

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor-------------------

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or---------------------

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest------------------

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until---



que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and------

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.--------------------------------

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the---------------

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and------------------

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account -----

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and------------------

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of------------

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional----------

adicional especificada en el párrafo NOVENO de este documento.----------------
amounts as specified in paragraph NINTH hereof.--------------------------------

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:----------------
SIXTH: That the mortgagor specifically agrees as follows:------------------------

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness-------------------------------

Form FmHA 427-1 PR
( 10-82 )

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.—————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.——

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by————————————————

reglamentos de la Administración de Hogares de Agricultores.——————————————
regulations of the Farmer's Home Administration.——

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement—————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held————————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.——



Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————————————

párrafo devengará intereses a razón del  OCHO ——————————————————
subparagraph shall bear interest at the rate of ————————————————————

—————————————— por ciento ( ——— 8  °/o)—————
                             per cent     ( ———    °/o)—————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————————————
to the mortgagee.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,—————————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the—————————————

- 5 -

Forma FmHA 427–1PR
( 10–82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate———————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.———————————
until repaid to the mortgagee.————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,———————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the———————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance———

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the———————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first  available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note  or any————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.———————————
determines.————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely———————————

los propósitos autorizados por el acreedor hipotecario.————————————
for purposes authorized by mortgagee.————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens———————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————

tecario bajo los términos de esta hipoteca.———————————
under the terms of this mortgage.————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required—

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-———————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.———————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all———————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los  bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————

tiempo pueda prescribir.————————————————————————
time may prescribe.————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation————

ción o al arrendamiento.————————————————————
or lease.————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————

que afecten los bienes o su uso.————————————————————
affecting the property or its use.————————————————————



(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the————

deudor hipotecario de los convenios de esta hipoteca.————————————
mortgagor of the covenants of this mortgage.————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option————

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgage may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgage determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

Forma FmHA 427–1 PR
( 10–82 )

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,———

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as———————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,———————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property———

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————————
request the protection of the law.——————————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee———————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————————



de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————

rarios de abogado.————————————————————————————————
attorney's fees.——————————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability———————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness———————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation———————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————————

Forma FmHA 427–1PR
( 10–82 )

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————

dichos bienes.——————————————————————————————
said property.————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgage, and no insured lender shall have any right, title or interest————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————
in or to the lien or any benefits herein contained.————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————————

constituirá incumplimiento de esta hipoteca.——————————————————
constitute default hereunder.————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————————



remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————————

especifica más adelante.——————————————————————————
hereinafter.————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————

- 10 -

Forma FmHA 42.-11-H
( 10-82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de   VEINTE MIL DOLARES ($20,000.00)
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and



y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré,   VEINTE MIL
should assign this mortgage without insurance of the note,

DOLARES ($ 20,000.00
DOLLARS  ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

OCHO                                          por ciento (         8  %) anual;
                                              per cent  (            %) per annum;

- 11 -

Forma FmHA 427–1PR
( 10–82 )

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  VEINTE MIL————————————————————————
(A)  ————————————————————————————————

——————————————————————————DOLARES ($ 20,000.00    )
——————————————————————————————DOLLARS  ($ _____)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender————————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as————————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————————————

Tercero;————————————————————————————————————
Three;———————————————————————————————————————

(B)  TREINTA MIL————————————————————————
(B)  ————————————————————————————————

————————————————————————DOLARES ($ 30,000.00    )
————————————————————————————DOLLARS  ($ _____)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might————————————

sufrir bajo su seguro de pago del pagaré.—————————————————————
sustain under its insurance of payment of the note;——————————————————

Tres. En cualquier caso y en todo tiempo;——————————————————
Three. In any event and at all times whatsoever:——————————————————

(A)  OCHO MIL DOLARES——————————————————————
(A)  ————————————————————————————————

($ 8,000.00 ————————— ) para intereses después de mora:—————————————
($ _____ ) for default interest;————————————————————

(B)  CUATRO MIL DOLARES————————————————————
(B)  ————————————————————————————————

( $4,000.00—————————) para contribuciones, seguro y otros adelantos para la con-
( _____ ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph————————

SEXTO, Tercero;————————————————————————————————
SIXTH, Three;—————————————————————————————————

(C)  DOS MIL DOLARES——————————————————————
(C)  ————————————————————————————————

($ 2,000.00 —————————— ) para costas, gastos y honorarios de abogado en caso
($ _____ ) for costs, expenses and attorney's fees in case————————

de  ejecución;————————————————————————————————————
of  foreclosure:—————————————————————————————————————

(D)  DOS MIL DOLARES——————————————————————
(D)  ————————————————————————————————

($ 2,000.00 —————————) para costas y gastos que incurriere el acreedor hipoteca-
($ _____ ) for costs and expenditures incurred by the mortgagee in————

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with—————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as————————

se consigna en el párrafo SEXTO, Trece.————————————————————
provided in paragraph (SIXTH, Thirteen.



DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD————————————

de esta hipoteca es (son) descrito(s) como sigue:—————————————————
of this mortgage is(are) described as follows:————————————————

"Pagaré otorgado en el caso número SEIS TRES GUION TRES SIETE GUION—————
Promissory note executed in case number

CINCO OCHO CUATRO OCHO SEIS OCHO OCHO SIETE CINCO (63-37-584868875)

——————————————————————————————— fechado el día veinte————
———————————————————————————————————dated the

(20)———————— de   octubre——————————de mil novecientos—————
———————————— day of ——————————— nineteen hundred and —————————

ochenta y seis (1986) ————— por la suma de VEINTE MIL ———————————
————————————————————— in the amount of ———————————————

($20,000.00) ———————————————————————————— dólares de principal más———
—————————————————————————————————of principal plus———

intereses sobre el balance del principal adeudado a razón del   OCHO————————
interest over the unpaid balance at the rate of —————————————————————

—————————————————————————— (—————8%———— ) por ciento anual,—
—————————————————————————————————— percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,—————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the—

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due————————————

a los SIETE (7) ——————————————————————————————————
and payable   ——————————————————————————————————

años de la fecha de este pagaré.———————————————————————————
years from the date of this promissory note.—

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the—————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United—

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the—————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.—————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.———

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which—————————

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:————————————

----RUSTICA:  Situada en los Barrios "Río Arriba Saliente" y-----
----"Barahona" de los municipios de Manatí y Morovis, respec-----
----tivamente, compuesta de Diez y Nueve Cuerdas con Seis Mil----
----Seiscientos Ochenta y Cuatro Diez Milésimas de otra----------
----(19.6684), equivalentes a siete hectáreas, setenta y tres----
----áreas y cuatro centiáreas de terreno y en lindes:  por el----
----NORTE, con José Antonio Aulet Méndez, hoy Luis Adrovet;------
----por el SUR, con José Antonio Aulet Méndez; por el ESTE,------
----con José Antonio Aulet Méndez, hoy Antonio Torres, y---------
----por el OESTE, con José Antonio Aulet Méndez, hoy Adoración--
----Rivera Rivera.------------------------------------------------

----Y corresponden al Municipio de Manatí Ocho Cuerdas con Tres--
Mil Veinticinco Diez Milésimas de Otra (8.3025) y al Municipio de
Morovis Once Cuerdas con Tres Mil Seiscientos Cincuenta y Nueve--
Diez Milésimas de otra (11.3659).-------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

--------------------------------------------------------------

**Adquirió el prestatario la descrita finca por** compra a DON JOSE ANTONIO------
Borrower acquired the described property by
AULET MENDEZ y DOÑA CARMEN ALICIA MALDONADO AULET,--------------

**según consta de la Escritura Número** CIENTO UNO (101)----------------
pursuant to Deed Number

**de fecha** treinta de mayo de mil novecientos ochenta (1980)----------
dated ------------------------------------------------------

**otorgada en la ciudad de** Morovis, Puerto Rico-----------------------
executed in the city of

**ante el Notario** Licenciado José L. Colón Fontán.---------------------
before Notary

**Dicha propiedad se encuentra** Inscrita al Folio Cuarenta Vuelto (40 vto)
Said property is
y Cuarenta y Cinco Vuelto (45 vto.) de los Tomos Ciento Doce----
(112) de Morovis y Doscientos Tres (203) de Manatí, Fincas------
Números Siete Mil Doscientos Cuarenta y Nueve (7,249) y Ocho----
Mil Ochocientos Ochenta y Cinco (8,885), Inscripción Segunda----
(2da.).-----------------------------------------------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
TWELFTH: The parties appearing in the present deed as Mortgagors ---------------

**carios** DON ANTONIO TORRES NEGRON Y DOÑA CARMEN OLINDA MARRERO------
are
ROLON, mayores de edad, casados entre sí, propietarios y vecinos
de Vega Baja, Puerto Rico.-----------------------------------

------------------------------------------------------------

**cuya dirección postal es:** Bo. Franquez, Buzón Cinco Ocho Cero (580),
whose postal address is:
Morovis, Puerto Rico Cero Cero Siete Uno Siete (00717).---------

------------------------------------------------------------

------------------------------------------------------------

**DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado**
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------

- 14 -

Forma FmHA 427—1PR
( 10—82 )

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

**DECIMO SEXTO:** El deudor hipotecario por el presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and



y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

Forma FmHA 427-1PR
( 10-82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

————————————ACEPTACION————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.—————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)———

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.————————————————————————————————
I advised him (them).————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES————

FE de todo el contenido de esta escritura.————————————————————
FAITH to everything contained in this deed.————————————————————

FIRMADO:  ANTONIO TORRES NEGRON Y CARMEN OLINDA MARRERO ROLON.———

FIRMADO, SIGNADO, SELLADO Y RUBRICADO
MANUEL DIAZ COLLAZO
NOTARIO PUBLICO

APARECEN las iniciales de los otorgantes y la Rúbrica del
Notario Authorizante al margen de cada folio y hay cancela-
dos los correspondientes sellos de Rentas Internas y el del
Impuesto Notarial del Colegio de Abogados de Puerto Rico.
CONCUERDA FIEL Y EXACTAMENTE con el original de
su contenido, a que me remito, que es la Escritura Número
____163____ obrante en el Protocolo de esta Notaría, corres-
pondiente al año ____1986____ EN FE DE ELLO, y a
petición de __Farmers Home Administration__
libro la presente primera copia certificada, la cual firmo,
signo, sello y rubrico en __Morovis__, Puerto Rico, el
mismo día de su otorgamiento.

NOTARIO PUBLICO

17

Inscrito al folio 43 vto del
Tomo 113 de Marcus, finca 7249
inscripción 4ta. Se halla afecto
a Gemidumbre a favor de la
Hacienda Inoventita de Federico
Calaf Riuer a hipoteca a
favor del Portador por la suma
de $30,000.00.

Inscotia 10 de Noviembre de
1980.

Su Director _____ Juana
J. Registrador

CERTIFIED TRANSLATION

Deed number 265

– Clarifying Minutes –

In Morovis, Puerto Rico, on September 30, 1988.

BEFORE ME

ANDRÉS JUSINO ARCHILLA

Attorney – Notary Public of this Island, with
residence, vicinity and open study in the Town of
Morovis, Puerto Rico.

APPEAR

AS FIRST PARTY: THE MARRIAGE OF MR. ANTONIO
TORRES NEGRÓN AND MRS. CARMEN OLINDA MARRERO
ROLÓN, both of legal age, married to each other,
owners and neighbors of Morovis, Puerto Rico,
whose Social Security numbers are:
and            , respectively.

AS THE OTHER PARTY: UNITED STATES OF AMERICA,
acting through the Administrator of the
Administration of Farmers Homes under the
provisions of the Act of Congress entitled
"Consolidated Farmers Home Administration Act of
1961" with principal offices in Washington, D.C.,
United States of America, represented herein by
Mr. WILFREDO CORTÉS, of legal age, married,

**Deed #265**

- 2 -

employed and neighbor of Morovis, Puerto Rico,

whose Social Security number is:                  ,

whose character is duly accredited at the

Property Registry.

I ATTEST

Of making sure of the identity of the appearing

parties through the means established in the

Notary Act on Article 17 (c), also as of their

stated age, civil state, profession and vicinity.

They assure me of having, and as per my judgment,

the do have the necessary legal capacity for the

present signing and they freely:

SET FORTH

FIRST: That through deed number 163 dated October

20, 1986 before Notary Public Manuel Díaz Collazo

on the Town of Morovis, Puerto Rico, the

appearing Party Mr. Antonio Torres Negrón and

Mrs. Olinda Marrero Rolón constituted a mortgage

on behalf of the United States of America

guaranteed by the lot described as follows:

> RURAL: Located on the wards of Río
> Arriba Saliente and Barahona of the
> Towns of Manatí and Morovis,
> respectively, comprised by 19.6684

**Deed #265**

- 3 -

cuerdas equivalent to seven hectareas, 63 areas and four centiareas of ground and bound by the: NORTH, with José Antonio Aulet Méndez; today Luis Androvet; by the SOUTH, with José Antonio Aulet Méndez; by the EAST, with José Antonio Aulet Méndez, today Antonio Torres; and by the WEST, with José Antonio Méndez today Adoración Rivera Rivera.

And corresponding to the Town of Manatí 8.3025 cuerdas and to the Town of Morovis 11.3659 cuerdas.

Registered on the back of page 42, of volume 112 of Morovis, lot number 7249.

SECOND: That said mortgage was guaranteed by a Promissory Note number 63-37-584868875 in the sum of $40,000.00 of principal at 8% yearly.

THIRD: that by an involuntary mistake, it was made evident that said payable note responded for $ 20,000.00 of principal in the before mentioned lot when in reality said promissory was constituted for the sum of $ 40,000.00

FOURTH: That we request the Honorable Property Registrar to make the corresponding correction on the Property Registry of Manatí, Puerto Rico,

Deed #265

- 4 -

noting that said payable note is of $ 40,000.00
and not as expressed before.

ACCEPTANCE

The appearing parties accept this deed as drafted
because it is pursuant to what it was convened,
and I, the Notary Public pursuant to what is
provided by Law, made the pertinent legal
warnings upon granting. So appearing party say
and grant before me, after waiving the right I
notified them of having to require the presence
of instrumental witnesses.

This deed being read by the grantors, on it, it
is ratified and initialed on all and every one of
the pages of this document and they sign before
me, the Notary Public that as to everything
consigned on this public document, I attest.


SIGNED: ANTONIO TORRES NEGRÓN, CARMEN OLINDA
MARRERO ROLÓN AND WILFREDO CORTÉS.

(Sgd.) Illegible.



por los medios establecidos por la Ley Notarial en el --------

Artículo 17 (c), así como por sus dichos de su edad, estado

civil, profesión y vecindad. Me aseguran tener y a mi juicio

tienen la capacidad legal necesaria para el presente otorga-

miento y libremente:------------------------------------------

----------------- -----------EXPONEN----------------

PRIMERO: Que por escritura número ciento sesenta y tres (163)

de fecha veinte (20) de octubre de mil novecientos ochenta y

seis (1986) ante el Notario Manuel Díaz Collazo en la ciudad

de Morovis, Puerto Rico, los comparecientes don Antonio

Torres Negrón y doña Olinda Marrero Rolón constituyeron

hipoteca a favor de Estados Unidos de América garantizada por

la finca que se describe a continuación:----------------------

RUSTICA: Situada en los Barrio Río Arriba Saliente y--------
Barahona de los municipios de Manatí y Morovis, respectiva-
mente, compuesta de DIEZ Y NUEVE CUERDAS CON SEIS MIL SEIS-
CIENTOS OCHENTA Y CUATRO DIEZ MILESIMAS DE OTRA (19.6684)---
equivalentes a siete hectáreas, setenta y tres áreas y----
cuatro centiáreas de terreno y en lindes: por el Norte, con
José Antonio Aulet Méndez; hoy Luis Adrovet; por el Sur, con
José Antonio Aulet Méndez; por el Este, con José Antonio
Aulet Méndez, hoy Antonio Torres; y por el Oeste, con ----
José Antonio Méndez hoy Adoración Rivera Rivera.------------

Y corresponden al Municipio de Manatí ocho cuerdas con tres mil
veinticinco diez milesimas de otra (8.3025) y al Municipio de
Morovis Once cuerdas con tres mil seiscientos cincuenta y nueve
diez milesimas de otra (11.3659).--------------------------

Inscrita al folio cuarenta y dos (42) vlto, del tomo ciento
doce (112) de Morovis, finca número siete mil doscientos
cuarenta y nueve (7249).---------------------------------

SEGUNDO: Que dicha hipoteca estaba garantizada por un Pagaré

el cual lleva el número sesenta y tres guion treinta y siete

guion quinientos ochenta y cuatro, ochenta y seis, ocho mil och

cientos setenta y cinco (63-37-584868875) por la suma de-----

CUARENTA MIL DOLARES ($40,000.00) de principal al ocho por

ciento anual (8%).--------------------------------------

TERCERO: Que por un error involuntario se hizo constar que

dicho pagaré respondía por VEINTE MIL DOLARES ($20,000.00)

2

DEED NUMBER TWO HUNDRED SIXTY-NINE (269)
LIQUIDATION OF MORTGAGE LOAN, PURCHASE AGREEMENT,
ACKNOWLEDGMENT OF OBLIGATION
AND MORTGAGE MODIFICATION


In Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988).


BEFORE ME
ANDRES JUSINO ARCHILLA

Attorney and Notary Public of this Island, with residence and offices in the city of Morovis, Puerto Rico.


THERE NOW APPEAR

THE FIRST PARTY, AS SELLERS: THE SPOUSES MR. ANTONIO TORRES NEGRON AND MRS. CARMEN OLINDA MARRERO ROLON, both of legal age, married to each other, property owners and residents of Morovis, Puerto Rico, whose Social Security numbers are: XXX-XX-XXXX and XXX-XX-XXXX, respectively.

[Seals]

THE SECOND PARTY, AS BUYERS: THE SPOUSES MR. IVAN ELIAS BEAUCHAMP SIERRA, also known as IVAN ELIAS BEACHAMP SIERRA, AND MRS. INGRID VERA ROSA, both of legal age, married to each other, property owners and residents of Bayamón, Puerto Rico, whose Social Security numbers are: XXX-XX-XXXX and XXX-XX-XXXX, respectively.

THE THIRD PARTY, AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of

1961", with headquarters in Washington, District of Columbia, United States of America, represented herein by Mr. WILFREDO CORTES, of legal age, single, employee and resident of Morovis, Puerto Rico, whose Social Security number is XXX-XX-XXXX, and whose capacity is duly entered at the Property Registry.

## I DO ATTEST

To having confirmed the identities of the appearing parties through the means established in Article 17 (c) of the Notary Law, as well through as their statements regarding their age, marital status, profession, and residence. They assure me that they have, and, in my judgment, they do have the legal capacity necessary for this granting, and, freely:

## THEY STATE

FIRST:  That those appearing as the First Party are the owners with full control of the following property:

(A)     RURAL PROPERTY: Located in the barrios of "Río Arriba Saliente" and Barahona of the municipality of Manatí and Morovis, respectively, with a surface area of Nineteen Cuerdas and six thousand six hundred eighty-four ten-thousandths of another (19.6684), equivalent to seven hectares, seventy-three ares, and four centiares of land. Borders: to the North, José Antonio Aulet Méndez, today Luis Adrovet; to the South, José Antonio Aulet Méndez; to the West, José Antonio Aulet Méndez; and to the East, Jose Antonio Aulet Méndez, today Antonio Torres.

[Seals]

Eight cuerdas and three thousand twenty-five ten-thousandths of another (8.3025) correspond to Municipality of Manatí, and eleven cuerdas and three thousand six hundred fifty-nine ten-thousandths of another (11.3659) correspond to the Municipality of Morovis.

Recorded on page forty (40), reverse, and forty-five (45), reverse, of books one hundred twelve (112) of Morovis and two hundred three (203) of Manatí, farms seven thousand two hundred forty-nine (7249) and eight thousand eight hundred eighty-five (8885), second recording (2nd).

(B)     RURAL PROPERTY: Plot of land located in the barrio Pugnado Adentro of the municipality of Vega Baja, Puerto Rico, with a surface area of THIRTY-NINE CUERDAS AND EIGHTY-FIVE HUNDREDTHS OF ANOTHER (39.85), equivalent to fifteen hectares, sixty-six ares, twenty-six centiares and sixty-five miliares of land. Borders: to the North, plots one hundred seventeen (117) and one hundred fourteen (114); to the South, Jaime and Federico Calaf Collazo; to the East, plot one hundred thirteen (113) and Cecijlio Santiago; and to the West, plot one hundred twenty-six (126) and Jaime and Federico Calaf Collazo, today, José A. Aulet.

Recorded on page two hundred two (202) of book one hundred forty-three (143) of Vega Baja, farm number one thousand seven hundred eighty-seven (1787).

## TITLES

The farm described under the letter "A" in the first paragraph of this deed was acquired by those appearing as the First Party pursuant to Deed number one hundred one (101), dated May thirty (30), nineteen eighty (1980), before the Notary José L. Colón Fontán in the city of Morovis, Puerto Rico.

The farm described under the letter "B" in the first paragraph of this deed was acquired by those appearing as the First Party pursuant to Deed number three hundred fifty-six (356), dated November thirteen (13), nineteen seventy-eight (1978), before the Notary José L. Colón Fontán in the city of Morovis, Puerto Rico.

## LIENS

[Seals]

The farm marked with the letter A in the first paragraph of this deed is subject to the followings encumbrances:

Mortgage in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal at eight percent per annum (8%), in favor of the United States of America;

Mortgage in favor of United States of America in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) of principal at ten and three quarters percent per annum (10 3/4%).

The farm marked with the letter B in the first paragraph of this deed is subject to the followings encumbrances:

Mortgage in favor of United States of America in the amount of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) of principal at five percent per annum (5%).

Mortgage in favor of United States of America in the amount of FORTY THOUSAND DOLLARS ($40,000.00) of principal at eight percent per annum (8%).

SECOND: The sellers continue stating that, in order to transfer the farms to the buyers, they requested the consent of the mortgagee, United States

of America, acting through the Administrator of the Farmers Home Administration, in accordance with the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and the approved regulations, and also requested the liquidation of the mortgage loans on September thirty (30), nineteen eighty-eight (1988), which are described as follows:

The mortgage in the amount of FORTY THOUSAND DOLLARS ($40,000.00) had a balance owed of THIRTY-ONE THOUSAND ONE HUNDRED SEVENTY-TWO DOLLARS AND TWENTY-ONE CENTS ($31,172.21) of principal; ONE THOUSAND SEVEN HUNDRED TWENTY-EIGHT DOLLARS AND FIFTY-SIX CENTS ($1,728.56) of interest;

The mortgage in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) had a balance owed of EIGHTEEN THOUSAND FOUR HUNDRED FORTY-TWO DOLLARS AND TWENTY-SEVEN CENTS ($18,442.27) of principal; ONE THOUSAND THREE HUNDRED SEVENTY-FOUR DOLLARS AND TWENTY CENTS ($1,374.20) of interest;

The mortgage in the amount of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) had a balance owed of SIXTY-SIX THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND EIGHTY CENTS ($66,982.80) of principal; TWO THOUSAND TWO HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-FIVE CENTS ($2,282.75) of interest, that is, a total of ONE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-NINE CENTS ($121,982.79).

THIRD: That Mr. Iván Elías Beauchamp Sierra and Mrs. Ingrid Vera Rosa were submitted as candidates to the Farmers Home Administration to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," and after the requisite process, it was certified that Mr. Iván Elías Beauchamp Sierra and Mrs. Ingrid Vera Rosa are eligible to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," recommending that the debt assumed by said appearing parties be paid in the

form and manner specified hereafter, which recommendation has been approved by the Farmers Home Administration.

FOURTH: Those appearing as the First Party hereby sell, assign and transfer, in favor of those appearing as the Second Party, who do purchase and acquire the farms described in Paragraph First of this deed with all their uses, easements and rights, and without any limitation, for them to enjoy as the exclusive and legitimate owners.

FIFTH: That this transfer of title is carried out for the agreed and adjusted price of TWO HUNDRED ELEVEN THOUSAND FIVE HUNDRED SIXTY DOLLARS ($211,560.00). The amount of SIXTY-NINE THOUSAND NINE HUNDRED SIXTEEN DOLLARS ($69,916.00) corresponds to the farm described under the letter "A" and the amount of ONE HUNDRED FORTY-ONE THOUSAND SIX HUNDRED FORTY-FOUR DOLLARS ($141,644.00) corresponds to the farm described under the letter "B." Of this amount, the purchasing parties retain in their possession the amount of ONE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-NINE CENTS ($121,982.79) to satisfy when appropriate the mortgage debt as liquidated on September thirty (30), nineteen eighty-eight (1988), and the remainder, that is, the amount of EIGHTY-NINE THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS AND TWENTY-ONE CENTS ($89,577.21), was received by those appearing as the First Party, from the those appearing as the Second Party, prior to this act and on this same date, and those appearing as the First Party grant to those appearing as the Second Party an effective receipt.

[Seals]

SIXTH: The purchasing party may enter into possession of the farms that they acquire hereby without any further requirement beyond the granting of this deed.

SEVENTH: Those appearing as the Second Party hereby acknowledge and are constituted as the exclusive and principal payers of the mortgage debt that was contracted between United States of America and the parties Mr.

Antonio Torres Negrón and Mrs. Carmen Olinda Marrero Rolón, and they hereby subrogate themselves in all rights and obligations to United States of America for the full amount owed.

EIGHTH**:** Those appearing as the Second Party state that they are personally aware of all and each of the obligations contained in the aforementioned promissory notes, as well as those contained in the mortgage deed, and in this act do clearly and fully obligate themselves to comply with all and each of said obligations, clauses and stipulations. Furthermore, they obligate themselves and commit to complying with the rules and regulations that govern loans of this type granted by the  Farmers Home Administration and/or the Administrator of the Home Administration[1] and/or the Secretary of Agriculture of United States of America, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961." Consequently, they do release MR. ANTONIO TORRES NEGRÓN AND MRS. CARMEN OLINDA MARRERO ROLÓN from any liability and obligation relating to said loans, promissory notes and mortgages.

PROMISSORY NOTES AND MORTGAGE PAYMENT MODIFICATION

NINTH: The appearing party, MR. WILFREDO CORTES, in his capacity, states that, as those appearing as the Second Party have been accepted to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," they have agreed to modify the payment schedule recorded on the promissory notes and the mortgages as follows:

"The total amount owed, as of September thirty (30), nineteen eighty-eight (1988), is ONE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-NINE CENTS ($121,982.79) of principal, payable in annual installments as follows:

[Seals]

The mortgage in the amount of FORTY THOUSAND DOLLARS ($40,000.00) is payable as follows:

---

[1] *Translator's Note: "Administrator of the Home Administration" reflects original Spanish-language deed.*

SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($755.00) on the first (1st) day of January of nineteen eighty-nine (1989); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of nineteen ninety (1990); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of each year subsequent, until the debt is satisfied in its totality, ending with its final payment on September thirty (30), nineteen ninety-five (1995).

The mortgage in the amount of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) shall be payable in annual installments of FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS ($4,313.00), successively, until the final payment of the mortgage debt.

The mortgage in the amount of TWENTY THOUSAND DOLLARS ($20,000.00) shall be payable in annual installments as follows: FOUR HUNDRED EIGHTY DOLLARS ($480.00) on the first (1st) day of January of nineteen eighty-nine (1989); and TWO THOUSAND TWO HUNDRED FORTY-NINE DOLLARS ($2,249.00) every first day of each year subsequent, until the final payment on the debt, whose term is twenty (20) years.

INTEREST MODIFICATION

[Seals]

The mortgage for FORTY THOUSAND DOLLARS ($40,000.00) accrues interest at eight percent per annum (8%) which is modified to nine percent per annum (9%);

The mortgage for SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) accrues interest at five percent per annum (5%), which interest is not modified;

The mortgage for TWENTY THOUSAND DOLLARS ($20,000.00) accrues interest at ten and three quarters percent per annum (10 3/4%) which is modified to nine and one half percent per annum (9 1/2%);

Said interest is modified as follows: EIGHTEEN THOUSAND FOUR HUNDRED FORTY-TWO DOLLARS AND TWENTY-SEVEN CENTS ($18,442.27) of principal; ONE THOUSAND THREE HUNDRED SEVENTY-FOUR DOLLARS AND TWENTY CENTS ($1,374.20) of interest, that is, a total of NINETEEN THOUSAND EIGHT HUNDRED SIXTEEN DOLLARS AND FORTY-SEVEN CENTS ($19,816.47).

The mortgage of FORTY THOUSAND DOLLARS ($40,000.00) accrues

interest at eight percent per annum (8%) and is modified to nine percent per annum (9%), as follows:

THIRTY-ONE THOUSAND ONE HUNDRED SEVENTY-TWO DOLLARS AND TWENTY-ONE CENTS ($31,172.21) of principal;

ONE THOUSAND SEVEN HUNDRED TWENTY-EIGHT DOLLARS ($1,728.00) of interest, that is, a total of THIRTY-TWO THOUSAND NINE HUNDRED DOLLARS AND SEVENTY-SEVEN CENTS ($32,900.77).

The mortgage of SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00) is modified as follows:

SIXTY-SIX THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS AND EIGHTY CENTS ($66,982.80) of principal;

TWO THOUSAND TWO HUNDRED EIGHTY-TWO DOLLARS AND SEVENTY-FIVE CENTS ($2,282.75) of interest, that is, a total of SIXTY-NINE THOUSAND TWO HUNDRED SIXTY-FIVE DOLLARS AND FIFTY-FIVE CENTS ($69,265.55).

ELEVENTH: The appearing party MR. WILFREDO CORTES, acting in his capacity, delivers to me, the Notary, the promissory notes guaranteed by the mortgages. He assures me that they have not been encumbered or negotiated in any way by their current holder and owner, United States of America, and, once identified by me, the Notary, confirming that they are the same promissory notes, I proceed to place the following notation on the back of same promissory notes of which, in order to provide additional space for the endorsements and discounts of said promissory notes, continue on ANNEX "A," which is attached to same and becomes an integral part of same. In which Annex, I proceed to place the following notation:

[Seals]

PROMISSORY NOTE OF FORTY THOUSAND DOLLARS ($40,000.00)

"The amount of this promissory note is FORTY THOUSAND DOLLARS ($40,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with

a balance owed of THIRTY-TWO THOUSAND NINE HUNDRED DOLLARS AND SEVENTY-SEVEN CENTS ($32,900.77) of principal, interest at a rate of eight percent per annum (8%), which amount has been assumed by the appearing parties Mr. Iván Elías Beauchamp and Mrs. Ingrid Vera Rosa, having modified the rate at which interest shall accrue to nine percent per annum (9%), as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

SEVEN HUNDRED FIFTY-FIVE DOLLARS ($755.00) on the first (1st) day of January, nineteen eighty-nine (1989); SIX THOUSAND FIVE HUNDRED THIRTY-EIGHT DOLLARS ($6,538.00) on the first (1st) day of January of each year until the debt is fully satisfied, ending with a final payment on September thirty (30), nineteen ninety-five (1995), all pursuant to deed number two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC

Once the notation has been placed and sign, I return the promissory note to the appearing MR. WILFREDO CORTES, in his capacity.

### PROMISSORY NOTE OF SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00)

[Seals]

"The amount of this promissory note is SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of SIXTY-NINE THOUSAND TWO HUNDRED SIXTY-FIVE DOLLARS AND FIFTY-FIVE CENTS ($69,265.55) of principal, interest at a rate of five percent per annum (5%), which amount has been assumed by the appearing parties Mr. Iván Elíaz[2] Beauchamp

---

[2] *Translator's Note: Spelling of party's name with a "z" is intentional and reflects original Spanish language document.*

and Mrs. Ingrid Vera Rosa, which interest rate is not modified, as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS ($4,313.00) successively until the final payment of the mortgage debt, all
two hundred sixty-nine (269) [3]
pursuant to deed number two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC

[Seals]

Once the notation has been placed and sign, I return the promissory note to the appearing MR. WILFREDO CORTES, in his capacity.

PROMISSORY NOTE OF TWENTY THOUSAND DOLLARS ($20,000.00)

"The amount of this promissory note is TWENTY THOUSAND DOLLARS ($20,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of NINETEEN THOUSAND EIGHT HUNDRED SIXTEEN DOLLARS AND FORTY-SEVEN CENTS ($19,816.47) of principal, interest at a rate of ten and three quarters percent per annum (10 3/4%), which amount has been assumed by the appearing parties Mr. Iván Elías Beauchamp and Mrs. Ingrid Vera Rosa, having modified the rate at which interest shall accrue to nine and one half percent per annum (9 1/2%), as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows:

FOUR HUNDRED EIGHTY DOLLARS ($480.00) on January first (1st), nineteen eighty-nine (1989), and TWO THOUSAND TWO HUNDRED FORTY-NINE DOLLARS ($2,249.00) on January first (1st)

---

[3] *Translator's Note: This line is included intentionally and reflects Spanish language original document.*

first (1st)[4] of each year subsequent until the final payment of the debt, whose term is twenty (20) years, pursuant to deed two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC

Once the notation has been placed and sign, I return the promissory note to the appearing MR. WILFREDO CORTES, in his capacity.

ACCEPTANCE

The appearing parties accept this deed as drafted, finding it in accordance with their instructions and I, the Notary, in compliance with the Law, made to the parties the legal warnings pertinent to this granting.

So, the appearing parties say and grant before me, after they waived their right, of which I advised them, to demand the presence of instrumental witness.

Having read this deed was to the appearing parties, they do ratify same, affixing their initials to all and each of the pages of this document and signing before me, the Notary. And to all that is recorded on this public instrument, I DO ATTEST.

[Seal]   SIGNED: WILFREDO CORTES, ANTONIO TORRES NEGRON, CARMEN OLINDA MARRERO ROLON, IVAN ELIAS BEAUCHAMP SIERRA, also known as IVAN ELIAS BEACHAMP SIERRA, AND INGRID VERA ROSA.

The initials of appearing parties and the Notary's mark appear in the margin of each page. Signed, stamped, sealed and initialed by the undersigned notary (the corresponding notarial seal has been cancelled).

I CERTIFY: That this is a true and exact copy of the original which is filed in my protocol under the indicated number and date, and, for delivery to the interested party, I issue this copy the same date of its granting.  in favor of Iván Elías Beauchamp Sierra and Ingrid Vera Rosa, consisting of eleven pages.

[Seal]

[Signature]
Andrés Jusino Archilla

---

[4] *Translator's Note: Repetition of final words on previous page is intentional and reflects original Spanish language document.*

Notified today on the bases
included in the notification of
filed under number *1817-88*
[Illegible] P.R., *Dec. 29, 88*.

      *Reg.* [Signature]

Term of expiration of 30 days suspended
due to receipt today of documents
for the correction of errors.

[Illegible] P.R. [Illegible] *28, 89*

      [Signature]

      Registrar or Officer


[Cancelled Stamps]

[Handwritten]
Recorded on page 43, reverse, of book 112 of Morovis. Farm #7249. 6th
recording. Subject to an easement in favor of Federico Calaf Rivera's
*Hacienda Monserrate* and to mortgages for $40,000.00 and $20,000.00 in
favor United States of America. Manatí, May 12, 1989.

[Stamp]               Fees $232.50

               [Signature]    [Illegible handwriting]

                    [Seal]  7/8/89

-------ESCRITURA NUMERO DOSCIENTOS SESENTA Y NUEVE· (269)-----

--LIQUIDACION DE PRESTAMO HIPOTECARIO, COMPRAVENTA, RECONOCI--

---MIENTO DE OBLIGACION Y MODIFICACION DE HIPOTECA-------------

---En Morovis, Puerto Rico, a los treinta (30) días del mes de

septiembre de mil novecientos ochenta y o ho (1988).---------

------------------------ANTE MI---------------------------

--------------------ANDRES JUSINO ARCHILLA---------------------

Abogado-Notario Público de esta Isla, con residencia,--------

vecindad y estudio abierto en la ciudad de Morovis, Puerto

Rico.--------------------------------------------

-------------------------COMPARECEN---------------------------

DE LA PRIMERA PARTE Y COMO VENDEDORES:  LOS ESPOSOS DON------

ANTONIO TORRES NEGRON Y DOÑA CARMEN OLINDA MARRERO ROLON,

mayores de edad, casados entre sí, propietarios y vecinos de

Morovis, Puerto Rico, cuyos números del Seguro Social son:



DE LA SEGUNDA PARTE Y COMO COMPRADORES:  LOS ESPOSOS DON------

IVAN ELIAS BEAUCHAMP SIERRA, también conocido como------------

IVAN ELIAS BEACHAMP SIERRA Y DOÑA INGRID VERA ROSA, mayores

de edad, casados entre sí, propietarios y vecinos de --------

Bayamón, Puerto Rico, cuyos números del Seguro Social es:

DE LA TERCERA PARTE Y COMO ACREEDOR HIPOTECARIO:  ESTADOS

UNIDOS DE AMERICA, actuando por conducto y a través del ---

Administrador de la Administración de Hogares de Agricultores

a tenor con las disposiciones de la Ley del Congreso------

denominado "Consolidated Farmers Home Administration Act of

1961" con oficinas principales en Washington, Distrito de
Columbia, Estados Unidos de América, representado en este

acto por DON WILFREDO CORTES, mayor de edad, soltero, ----

empleado y vecino de Morovis, Puerto Rico, cuyo número del
Seguro Social es

, cuyo

carácter consta debidamente acreditado en el Registro de la
Propiedad.-----------------------------------------------------

----------------------------DOY FE-------------------------------
De haberme asegurado de la identidad de los comparecientes---

por los medios establecidos por la Ley Notarial en el Artículo

17 (c), así como por sus dichos de su edad, estado civil,----

profesión y vecindad.  Me aseguran  tener y a mi juicio tienen

la capacidad legal necesaria para el presente otorgamiento y

libremente:-----------------------------------------------------

----------------------------EXPONEN-------------------------------
PRIMERO:  Que los comparecientes de la Primera Parte son------

dueños en pleno dominio de la siguiente propiedad:------------

(A) RUSTICA:  Situada en los barrios "Río Arriba Saliente" y
Barahona de los municipios de Manatí y Morovis, respectiva-
mente, compuesta de Diez y Nueve cuerdas con seis mil seis-
cientos ochenta y cuatro diez milésimas de otra (19.6684)
equivalentes a siete hectáreas, setenta y tres áreas y cuatro
centiáreas de terreno y en lindes:  por el Norte, con------
José Antonio Aulet Méndez, hoy Luis Adrovet; por el Sur, con
José Antonio Aulet Méndez, hoy Antonio Torres y por el Oeste,
con José Antonio Aulet Méndez, hoy Adoración Rivera Rivera.--

Y corresponden al Municipio de Manatí, ocho cuerdas con tres
mil veinticinco diez milésimas de otra (8.3025) y al Municipio
de Morovis, once cuerdas con tres mil seiscientos cincuenta
y nueve diez milésimas de otra (11.3659).--------------------

Inscrita al folio cuarenta (40) vlto, y cuarenta y cinco (45)
vuelto, de los tomos ciento doce (112) de Morovis y doscientos
tres (203) de Manatí, fincas siete mil doscientos cuarenta y
nueve (7249) y ocho mil ochocientos ochenta y cinco (8885)
inscripción segunda (2da.).'--------------------------------



(B) RUSTICA:  Parcela de terreno sita en el barrio Pugnado
Adentro del término municipal de Vega Baja, Puerto Rico, con
una cabida de TREINTA Y NUEVE CUERDAS CON OCHENTA Y CINCO
CENTIMOS DE OTRA (39.85) equivalentes a quince hectáreas,
sesenta y seis áreas, veintiseis centiáreas y sesenta y cinco
miliáreas de terreno y en lindes:  al Norte, con las parcelas
ciento diez y siete (117) y ciento catorce (114); al Sur, con
Jaime y Federico Calaf Collazo; al Este, con la parcela
ciento trece (113) y Cecilio Santiago; y al Oeste, con la
parcela ciento veintiseis (126) y Jaime y Federico Calaf--
Collazo, hoy José A. Aulet.---------------------------------

Inscrita al folio doscientos dos (202), del tomo ciento-----
cuaranta y tres (143) de Vega Baja, finca número mil sete-
cientos ochenta y siete (1787).------------------------------

------------------------TITULOS-----------------------------

---La finca descrita con la letra "A" en el párrafo primero
de esta escritura la adquirieron los comparecientes de la-----

Primera Parte según consta de la escritura número ciento uno
(101) de fecha treinta (30) de mayo de mil novecientos-------
ochenta (1980) ante el Notario José L. Colón Fontán en la
ciudad de Morovis, Puerto Rico.------------------------------
---La finca descrita con la letra B en el párrafo primero
de esta escritura la adquirieron los comparecientes de la

Primera Parte según consta de la escritura número trescientos
cincuenta y seis (356)   de fecha trece (13) de noviembre de
mil novecientos setenta y ocho (1978) ante el Notario José L.
Colón Fontán en la ciudad de Morovis, Puerto Rico.----------

-------------------------CARGAS-----------------------------
---La finca rotulada con la letra A descrita en el párrafo
primero de esta escritura afecta a los siguientes gravamenes:
---Hipoteca por la suma de CUARENTA MIL DOLARES ($40,000.00)
de principal al ocho por ciento anual (8%) a favor de Estados
Unidos de América;------------------------------------------

---Hipoteca a favor de Estados Unidos de América por la suma
de VEINTE MIL DOLARES ($20,000.00) de principal al diez y

tres cuarto por ciento anual (10 3/4%).---------------------
----La finca rotulada con la letra "B" descrita en el párrafo
primero de  esta escritura afecta a los siguientes gravamenes:
----Hipoteca a favor de Estados Unidos de América por la suma
de SETENTA Y CUATRO MIL DOLARES ($74,000.00) de principal al
cinco por ciento anual (5%).--------------------------------
----Hipoteca a favor de Estados Unidos de América por la suma
de CUARENTA MIL DOLARES ($40,000.00) de principal al ocho
por ciento anual (8%).--------------------------------------
SEGUNDO:  Siguen manifestando los vendedores que con el fin
de transferir las fincas a los compradores, solicitaron el
consentimiento del acreedor hipotecario Estados Unidos de----

América, actuando por conducto y a través del Administrador
de la Administración de Hogares de Agricultores de————————
conformidad con la Ley del Congreso titulada "Consolidated
Farmers Home Administration Act of 1961" y el reglamento
aprobado al efecto, así como también solicitaron la —————
liquidación de las deudas hipotecarias al día treinta (30)
de septiembre de mil novecientos ochenta y ocho (1988), las
cuales se describen de la siguiente forma:————————————————
————La hipoteca por la suma de CUARENTA MIL DOLARES ($40,000.00)
dió un saldo deudor montante a la suma de TREINTA Y UN MIL

CIENTO SETENTA Y DOS DOLARES CON VEINTIUN CENTAVOS ($31,172.21)
de principal; MIL SETECIENTOS VEINTIOCHO DOLARES CON————————

CINCUENTA Y SEIS CENTAVOS ($1,728.56) de intereses;.—————————

————La hipoteca por la suma de VEINTE MIL DOLARES($20,000.00)
dió un saldo deudor montante a la suma de DIEZ Y OCHO MIL
CUATROCIENTOS CUARENTA Y DOS DOLARES CON VEINTISIETE CENTAVOS
($18,442.27) de principal; MIL TRESCIENTOS SETENTA Y CUATRO
DOLARES CON VEINTE CENTAVOS ($1,374.20) de intereses;————————

————La hipoteca por la suma de SETENTA Y CUATRO MIL DOLARES
($74,000.00) dió un saldo deudor montante a la suma de————————
SESENTA Y SEIS MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON
OCHENTA CENTAVOS ($66,982.80) de principal; DOS MIL ————————
DOSCIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y CINCO CENTAVOS
($2,282.75) de intereses, o sea, un total de CIENTO VEINTIUN
MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y NUEVE
CENTAVOS ($121,982.79).————————————————————————————————————

TERCERO:  Que sometida a la consideración de la Administración
de hogares de Agricultores la candidatura de don Iván Elías
Beauchamp Sierra y doña Ingrid Vera Rosa para recibir los
beneficios de la Ley del Congreso titulada "Consolidated
Farmers Home Administration Act of 1961" y previo los——————
trámites de rigor se certifico que don Iván Elías Beauchamp
Sierra y  doña Ingrid Vera Rosa son acreedores para recibir
los beneficios de la Ley del Congreso titulada "Consolidated
Farmers Home Administration Act of 1961", recomendando que la
deuda asumida por dichos comparecientes sea pagada en la ——



forma y manera que más adelante se especifica cuya recomendación ha sido aprobada por la Administración de Hogares de---- Agricultores.-------------------------------------------------------

CUARTO: Los comparecientes de la Primera Parte venden, ceden y traspasan a favor de los comparecientes de la Segunda------- Parte quienes compran, y adquieren las fincas descritas en el Hecho  Primero de esta escritura con todos sus usos, servidumbres y derechos, y sin limitación alguna para que estos la gocen como sus únicos y legítimos dueños.--------------------

QUINTO: Se realiza esta enajenación por el convenido y------ ajustado precio de  DOSCIENTOS ONCE MIL QUINIENTOS SESENTA DOLARES ($211,560.00) correspondientes a la finca descrita bajo la letra "A" la suma de SESENTA Y NUEVE MIL NOVECIENTOS DIEZ Y SEIS DOLARES ($69,916.00) y correspondientes a la finca descrita bajo la letra "B" la suma de CIENTO CUARENTA Y UN MIL SEISCIENTOS CUARENTA Y CUATRO DOLARES ($141,644.00), de los cuales retienen en su poder la parte compradora la suma de CIENTO VEINTIUN MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y NUEVE CENTAVOS ($121,982.79) para satisfacer en su día la deuda hipotecaria según liquidada al treinta (30) de septiembre de mil novecientos ochenta y ocho (1988), y el restante, o sea, la suma DE OCHENTA Y NUEVE MIL QUINIENTOS SETENTA Y SIETE DOLARES CON VEINTIUN CENTAVOS ($89,577.21) los cuales reciben los comparecientes de la Primera Parte de los comparecientes de la Segunda Parte con anterioridad a este acto y en esta misma fecha y los comparecientes de la Primera Parte le otorgan a los comparecientes de la Segunda Parte---- eficaz carta de pago en forma.------------------------------

SEXTO: La parte compradora, podrá entrar en la posesión de las fincas que adquieren sin más requisito que el otorgamiento de esta escritura.------------------------------------------

SEPTIMO: Los comparecientes de la Segunda Parte por la------ presente reconocen y se constituyen como únicos y principales pagadores de la deuda hipotecaria que con Estados Unidos de América tenían contraída los comparecientes don---------------

Antonio Torres Negrón y doña Carmen Olinda Marrero Rolón y por la presente se subrogan en todos los derechos y obligaciones para con Estados Unidos de América por la suma total adeudada.------------------------------------------------------

OCTAVO: Manifiestan los comparecientes de la Segunda Parte que son de su propio y personal conocimiento todas y cada una de las obligaciones,contenidas en los pagarés antes -------- mencionados, así como también contenidas en la escritura de hipoteca y en este acto en forma clara y terminante se

obligan a cumplir todas y cada una de dichas obligaciones, cláusulas y estipulaciones, así como también se obligan y se comprometen a acatar las reglas y reglamentos que gobiernan los préstamos de esta naturaleza concedidos por la Administración de Hogares de Agricultores y/o el Administrador de la Administración de Hogares y/o el Secretario de Agricultura de Estados Unidos de América de conformidad con lo dispuesto en la Ley del Congreso titulada "Farmers Home Administration Act of 1961" y en su consecuencia relevan de toda responsabilidad y obligación con dichos préstamos, pagarés e hipotecas a DON ANTONIO TORRES NEGRON Y DOÑA CARMEN OLINDA MARRERO ROLON ----MODIFICACION DE PAGO DE PAGARESES E HIPOTECAS------------ NOVENO: Manifiestan el compareciente, DON WILFREDO CORTES, en el carácter que ostenta que habiendo sido aceptados los comparecientes de la Segunda Parte para recibir los---------- beneficios de la Ley del Congreso "Consolidated Farmers Home Administration Act of 1961" han convenido en modificar la forma de pago de los plazos consignados en los pagarés y en las hipotecas en la siguiente forma:------------------------ ----"El importe total adeudado al treinta (30) de septiembre de mil novecientos ochenta y ocho (1988) asciende a la----- cantidad de CIENTO VEINTIUN MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y NUEVE CENTAVOS ($121,982.79) de------ principal pagaderos en los plazos anuales de la siguiente--- manera:------------------------------------------------------ ----La hipoteca de CUARENTA MIL DOLARES ($40,000.00) pagadera en la siguiente forma:--------------------------------------

SETECIENTOS CINCUENTA Y CINCO DOLARES ($755.00) el día primero

(1ro.) de enero del año mil novecientos ochenta y nueve (1989);

SEIS MIL QUINIENTOS TREINTA Y OCHO DOLARES ($6,538.00) el día

primero (1ro.) de enero de mil novecientos noventa (1990);---

SEIS MIL QUINIENTOS TREINTA Y OCHO DOLARES ($6,538.00) en enero

primero (1ro) de cada año hasta que sea saldada la deuda-------

en su totalidad finalizando su último pago el día treinta (30)

de septiembre de mil novecientos noventa y cinco (1995).--------

---La hipoteca de SETENTA Y CUATRO MIL DOLARES ($74,000.00)

pagadera en plazos anuales de CUATRO MIL TRESCIENTOS TRECE

DOLARES ($4,313.00) sucesivamente hasta el pago final de la

deuda hipotecaria.------------------------------------------

---La hipoteca de VEINTE MIL DOLARES ($20,000.00) será pagadera

en plazos anuales de la siguiente forma:---------------------

CUATROCIENTOS OCHENTA DOLARES ($480.00) el día primero (1ro) de

enero de mil novecientos ochenta y nueve (1989) y DOS MIL DOS-

CIENTOS CUARENTA Y NUEVE DOLARES ($2,249.00) todos los días---

primero (1ro.) de enero de cada año sucesivamente hasta el ---

pago final de la deuda cuyo término es de veinte (20) años.---

----------------------MODIFICACION DE INTERESES--------------

---La hipoteca de CUARENTA MIL DOLARES ($40,000.00) devenga

intereses al ocho por ciento anual (8%) la cual se modifica

al nueve por ciento anual (9%);------------------------------

----La hipoteca de SETENTA Y CUATRO MIL DOLARES ($74,000.00)

devenga intereses al cinco por ciento anual (5%) cuyos intere-

ses no se modifican;-----------------------------------------

----La hipoteca de VEINTE MIL DOLARES ($20,000.00) devenga

intereses al diez y tres cuarto por ciento anual (10 3/4%)

la cual se modifica al nueve y medio por ciento anual (9 1/2%).

-----Dichos intereses son modificados de la siguiente forma:

DIEZ Y OCHO MIL CUATROCIENTOS CUARENTA Y DOS DOLARES CON

VEINTISIETE CENTAVOS ($18,442.27) de principal; MIL TRES---

CIENTOS SETENTA Y CUATRO DOLARES CON VEINTE CENTAVOS ($1,374.20

de intereses, o sea, un total de DIEZ Y NUEVE MIL OCHOCIENTOS

DIEZ Y SEIS DOLARES CON CUARENTA Y SIETE CENTAVOS ($19,816.47).

----La hipoteca de CUARENTA MIL DOLARES ($40,000.00) devenga--



intereses al ocho por ciento anual (8%) y se modifican al

nueve por ciento anual (9%), de la siguiente forma:-------

TREINTA Y UN MIL CIENTO SETENTA Y DOS DOLARES CON VEINTIUN

CENTAVOS ($31,172.21) de principal;---------------------

MIL SETECIENTOS VEINTIOCHO DOLARES ($1,728.00) de intereses,

o sea, un total DE TREINTA Y DOS MIL NOVECIENTOS DOLARES CON

SETENTA Y SIETE CENTAVOS ($32,900.77).---------------------

---La hipoteca de SETENTA Y CUATRO MIL DOLARES ($74,000.00)

se modifica de la siguiente forma:--------------------------

SESENTA Y SEIS MIL NOVECIENTOS OCHENTA Y DOS DOLARES CON

OCHENTA CENTAVOS ($66,982.80) de principal;------------------

DOS MIL DOSCIENTOS OCHENTA Y DOS DOLARES CON SETENTA Y CINCO

CENTAVOS ($2,282.75) de intereses, o sea, un total de SESENTA Y

NUEVE MIL DOSCIENTOS SESENTA Y CINCO DOLARES CON CINCUENTA

Y CINCO CENTAVOS ($69,265.55).-----------------------------

UNDECIMO:  El compareciente, DON WILFREDO CORTES, en el--------

carácter que ostenta me entrega a mi el Noario, los pagarees

garantizados con las hipotecas, quién me asegura no ha sido

gravados en forma alguna por el actual tenedor y poseedor

Estados Unidos de América, y una vez identificado por mí, el

Notario, cerciorándome que se trata del los mismos pagareses

procedo a poner la siguiente anotación al derso de los mismos

pagareses de que a los efectos de proveer espacio adicional

los endosos y descuentos de dichos pagareses continuan en el

ANEXO "A" que se une a los mismos y que se hacen formar parte

integrante de los mismos en cuyo Anexo procedo a poner la------

siguiente nota:-----------------------------------------------

-----------PAGARE DE CUARENTA MIL DOLARES ($40,000.00)---------

----"El importe de este pagaré ascendente a la suma de--------

CUARENTA MIL DOLARES ($40,000.00) liquidada al treinta (30) de

septiembre de mil novecientos ochenta y ocho (1988) dió un---

-------------------------------------------------------------

-------------------------------------------------------------

-------------------------------------------------------------

-------------------------------------------------------------

un saldo deudor montante a la suma de TREINTA Y DOS MIL————————

NOVECIENTOS DOLARES CON SETENTA Y SIETE CENTAVOS ($32,900.77)

de principal, intereses a razón del  ocho por ciento anual

(8%) cuyo importe ha sido asumido por los comparecientes don

Iván Elías Beauchamp Sierra y doña Ingrid Vera Rosa, pero

habiéndose modificado los intereses a devengarse al nueve por

ciento anual (9%), así también los plazos del pagaré y la

hipoteca que lo garantiza, la deuda asumida habrá de ser——————

pagada de la siguiente forma:————————————————————————————————

SETECIENTOS CINCUENTA Y CINCO DOLARES ($755.00) el día primero

(1ro) de enero de mil novecientos ochenta y nueve (1989);———

SEIS MIL QUINIENTOS **TREINTA** .. Y OCHO DOLARES ($6,538.00) el día

primero (1ro,) de cada año hasta que sea saldada la deuda en

su totalidad finalizando su último pago el día treinta (30)

de septiembre de mil novecientos noventa y cinco (1995), todo

ello según consta de la escritura número doscientos sesenta

y nueve (269) de esta misma fecha, otorgada en Morovis,———————

Puerto Rico, ante el Notario Andrés Jusino Archilla, en la

ciudad de Morovis, Puerto Rico.——————————————————————————————

——Morovis, Puerto Rico, a treinta (30) de septiembre de mil

novecientos ochenta y ocho (1988), DOY FE, singo, sello,————

rúbrico y firmo, LCDO. ANDRES JUSINO ARCHILLA-NOTARIO PUBLICO

Una vez puesta y firmada la nota lo devuelvo al compareciente

**DON** WILFREDO CORTES, en el carácter que ostenta.————————————

————————————————PAGARE DE SETENTA Y CUATRO MIL DOLARES($74,000.
————————————————————————————————————————————————————————————

————"El importe de este pagaré ascendente a la suma de————————

SETENTA Y CUATRO MIL DOLARES ($74,000.00) liquidado al————————

treinta (30) de septiembre de mil novecientos ochenta y ocho

(1988), dió un saldo deudor montante a la suma de SESENTA Y

NUEVE MIL DOSCIENTOS SESENTA Y CINCO DOLARES CON CINCUENTA Y

CINCO CENTAVOS ($69,265.55) de principal; intereses a razón

del cinco por ciento anual (5%), cuyo importe ha sido asumido

por los comparecientes don Iván Elíaz Beauchamp Sierra——————

————————————————————————————————————————————————————————————

————————————————————————————————————————————————————————————




y doña Ingrid Vera Rosa, cuyos intereses no se modifican,

así también los plazos del pagaré y la hipoteca que lo------

garantiza, la deuda asumida habrá de ser pagada de la-------

siguiente forma:---------------------------------------------

CUATRO MIL TRESCIENTOS TRECE DOLARES ($4,313.00) sucesiva-

mente hasta el pago final de la deuda hipotecaria, todo ello

**doscientos sesenta y nueve (269)**----------------------------

según consta de la escritura número doscientos sesenta y

nueve (269) de esta misma fecha, otorgada en Morovis,-------

Puerto Rico, ante el Notario Andrés Jusino Archilla, en la

ciudad de Morovis, Puerto Rico.------------------------------

Morovis, Puerto Rico, a treinta (30) de septiembre de mil nove-

cientos ochenta y ocho, DOY FE, singo, sello, rúbrico y firmo,

LCDO. ANDRES JUSINO ARCHILLA--NOTARIO PUBLICO.---------------

Una vez puesto y firmada la nota lo devuelvo alcompareciente

DON WILFREDO CORTES, en el carácter que ostenta.------------

---------PAGARE DE VEINTE MIL DOLARES ($20,000.00)-----------

-------------------------------------------------------------

----"El importe de este pagaré ascendente a la suma de--------

VEINTE MIL DOLARES  ($20,000.00) liquidado al treinta (30) de

septiembre de mil novecientos ochenta y ocho (1988) dió un ---

saldo deudor montante a la suma de DIEZ Y NUEVE MIL OCHO---

CIENTOS DIEZ Y SEIS DOLARES CON CUARENTA Y SIETE ($19,816.47)

de principa; intereses a razón del diez y tres cuarto por

ciento anual (10 3/4%) cuyo importe ha sido asumido por los

comparecientes don Iván Elías Beauchamp Sierra y doña Ingrid

Vera Rosa, pero habiéndose modificado los intereses a-----

devengarse al nueve y medio por ciento anual (9 1/2%), así

también los plazos del pagaré y la hipoteca que lo garantiza,

la deuda asumida habrá de ser pagada de la siguiente forma:--

CUATROCIENTOS OCHENTA DOLARES ($480.00) el día primero (1ro).

de enero de mil novecientos ochenta y nueve (1989) y DOS MIL

DOSCIENTOS CUARENTA Y NUEVE ($2,249.00) el día primero (1ro.)



primero (1ro.) de cada año sucesivamente hasta el pago final

de la deuda cuyo término es de veinte (20) años,------------

todo según consta de la escritura número doscientos sesenta y

nueve (269) de esta misma fecha, otorgada en Morovis,--------

Puerto Rico, ante el Notario Andrés Jusino Archilla, en la

ciudad de Morovis, Puerto Rico.------------------------------

Morovis, Puerto Rico, a treinta (30) de septiembre de mil ----

novecientos ochenta y ocho (1988) DOY FE, signo, sello, rúbrica

y firmao, LCDO. ANDRES JUSINO ARCHILLA--NOTARIO PUBLICO.------

Una vez puesto y firmada la nota le devuelvo al compareciente

DON WILFREDO CORTES, en el carácter que ostenta.-------------

-----------------------    -ACEPTACION------------------------

Los comparecientes aceptan esta escritura en la forma--------

redactada por ser conforme a lo convenido, y yo, el Notario,--

en cumplimiento a lo dispuesto en la Ley le hice las---------

advertencias legales pertinentes al otorgamiento.------------

---Así lo dicen y otorgan los comparecientes ante mí, luego de

haber renunciado al derecho que les hice saber tenían para---

requerir la presencia de testigos instrumentales.------------

--Leída esta escritura a los comparecientes, en la misma se

ratifican y fijan sus iniciales en todos y cada uno de los

folios de este documento y firman ante mí, el Notario, que de

consignado en este documento público, DOY FE.-----------

FIRMADO: WILFREDO CORTES, ANTONIO TORRES NEGRON, CARMEN OLINDA
MARRERO COLON, IVAN ELIAS BEAUCHAMP SIERRA, también conocido
como ANGELIAS BEACHAMP SIERRA E INGRID VERA ROSA.-----------

Aparecen las iniciales de los otorg
y la rúbrica del notario al margen de
plana. Firmado, signado, sellado y rubr
por el notario que suscribe. (Cancela.
correspondiente sello notarial).

CERTIFICO: Que ésto es copia fiel y
ta de su original que obra en mi prot
bajo el número y fecha indicados y para
entregar a la parte interesada la expido en
la misma fecha de su otorgamiento. a favor de Iván Elías
Beauchamp Sierra e Ingrid Vera Rosa, conteniendo en ca planas.

Lcdo. Andrés Jusino Archilla

Notificado hoy por los fundamentos incluidos en la notificación legajada bajo el número ________
Bay, P. R. a 26 de enero de 90

[signature]
Reg

Inscrita al folio 205 vuelto del Tomo 143 de Vega Baja finca 1,787 Ins. 17ma Afecta a hipotecas por $40,000.00 y por $74,000.00 las cuales han sido objeto de modificación por este instrumento.
Bayamón a 19 junio 1990

Der. $520.50
Fo. 2/Asf

[signature]
Reg

[signature] 9/26/90

REGISTRO DE LA PROPIEDAD
SECCION SEGUNDA
BAYAMON II
PUERTO RICO

Form FmHA 1940-17 (S)
(Rev. 11-1-78)

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARMERS HOME ADMINISTRATION**

**PROMISSORY NOTE**

| TYPE OF LOAN |
| --- |
| Type:   FO |
| In accordance with: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

*41*

| Name |
| --- |
| RAMON A. PEREZ GANDIA |

| State | Office |
| --- | --- |
| PUERTO RICO | MOROVIS |

| Case Number | Date |
| --- | --- |
| 63-37-581647138 | DECEMBER 28, 1982 |

| **ACTION REQUIRING NOTE:** | |
| --- | --- |
| ☐ Initial Loan | ☐ New Payment Plan |
| ☒ Subsequent Loan | ☐ Re-amortization |
| ☐ Consolidation and | ☐ Credit Sale |
|    Subsequent Loan | ☒ Deferred Payments |
| ☐ Consolidation | |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (hereafter the "Government"), or its assignee, at its office in MOROVIS, PUERTO RICO or at another location designated in writing by the Government, the principal amount of TWENTY-TWO THOUSAND dollars ($22,000.00), plus interest on the unpaid principal at ELEVEN AND ONE HALF PERCENT (11 1/2 %) per annum. If this promissory note is for a Limited Resources Loan (indicated in the "Type of Loan" box above), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail to his last known address with thirty (30) days' advance notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interest shall be paid in 41 installments, as stated below, unless modified by a different interest rate, on or before the following dates:

| | | |
| --- | --- | --- |
| $ 100.00 on January 1, 1983; | $ on January 1, 19 ; |
| $ 100.00 on January 1, 1984; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |
| $ on January 1, 19 ; | $ on January 1, 19 ; |

and $ 2,768.00 subsequently on January 1 of each year thereafter until the principal and interest are fully paid, except the final installment of the debt established herein, which, if not sooner paid, shall be due and payable 40 Years from the date of this promissory note, with the exception that advance payments may be made as provided for below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the loan closing date, the loan will be forwarded to the Borrower at the Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of such advance(s) in the Advance Payment Log.

For each re-amortized or consolidated promissory note, or for a new payment plan, interest accumulated as of the date of this instrument must be added to the principal and the new principal will accrue interest at the rate established herein.

Any payment made on any debt represented by this promissory note shall be applied first to interest accumulated as of the effective date of payment and then to the principal.

Jay-Ce-Agriculture

*Position 2*

Form FmHA 1940-17 (S)
(Rev. 11-1-78)

42

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of same, the Borrower shall continue making payments to the Government as the holder's collection agent.

While this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any payment made by the borrower, except for payments retained and transferred by the Government to the holder based on the date of the annual installment is due, shall be the date of the United States Treasury check paid by which the Government remits payment to the holder. The effective date of any advance payment retained and remitted by the Government to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment and the Government shall pay the interest to which the holder is entitled that accrues between the effective date of any of said advance payments and the date of the Treasury check remitted to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the loan security, or invested in some other way under the terms of any security agreement or other instrument executed in relation to the loan demonstrated herein, shall, at the Government's option, become part of the loan and accrue interest at the same rate as the principal of the debt demonstrated herein and shall be immediately due and payable by the Borrower to the Government without need for a formal request.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan demonstrated herein shall not be leased, conveyed, sold, transferred, or encumbered, voluntarily or otherwise, without the prior written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this loan is for a farm owner (FO).

If "Consolidation and Subsequent Loan," "Consolidation," "Re-amortization," or "New Payment Plan" is indicated in the upper box of the first page titled "Action Requiring Note," this promissory note is granted to consolidate, re-amortize, or to demonstrate a new payment plan, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| AMOUNT OF NOTE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken pertaining to the loans demonstrated by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans demonstrated by said promissory notes shall remain as security for the loan demonstrated by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT:** If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan in an amount sufficient to satisfy this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt demonstrated herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument demonstrating a debt of the Borrower insured or guaranteed by the Government, or otherwise relating to said debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its option, may declare all or any part of any such debt immediately due and payable.

*43*

This note is granted as evidence of a loan to Borrower that is made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled **"TYPE OF LOAN"** above. This promissory note is subject to the current regulations of the Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
RAMON A. PEREZ GANDIA                    *(Borrower)*

[Signature]
JULIA CASTRO ADORNO                      *(Borrower)*


URB. VILLA ROSA #8

MANATI, P.R. 00701

| ADVANCE PAYMENT LOG | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ 22,000.00 | 12-28-82 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 22,000.00 | |

ANNEX

*44*

"The amount of this promissory note and the mortgage that guarantees it, re-amortized as of June twenty-eight, nineteen ninety-one (1991), gave a balance owed arising to TWENTY-TWO THOUSAND DOLLARS ($22,000.00) of principal, the amount of THREE THOUSAND FOUR HUNDRED FIFTY-NINE DOLLARS AND SEVENTY-THREE CENTS ($3,459.73) of interest that may be capitalized, that shall accrue interest at eight and three quarters percent per annum (8 3/4%) and ONE THOUSAND TWO HUNDRED THIRTY-THREE DOLLARS AND EIGHTY-ONE CENTS ($1,233.81) of interest that may not be capitalized, which shall not accrue interest, for a total of TWENTY-SIX THOUSAND SIX HUNDRED NINETY-THREE DOLLARS AND FIFTY-FOUR CENTS ($26,693.54), which shall be paid as follows:

ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS ($1,141.00) on or before January first, nineteen ninety-two (1992), and TWO THOUSAND FOUR HUNDRED FORTY-SEVEN DOLLARS ($2,447.00) on or before each subsequent January first, except the final payment on the total debt assumed herein shall be made on or before thirty-one (31) years from the date of this re-amortization, pursuant to Re-amortization of Mortgage Loan and Mortgage Modification deed number one hundred eighteen (118), dated June twenty-eight (28), nineteen ninety-one (1991), before the authorizing notary in Morovis, Puerto Rico.

Morovis, Puerto Rico, on June 28, 1991.

[Seal]

SIGNED, STAMPED, SEALED, AND INITIALED, ATTY. ANDRES JUSINO ARCHILLA--NOTARY PUBLIC.

[Signatures]

## Statement of Accuracy

I hereby certify that the attached document titled:
**Promissory Note-$22000** – 4 pages
**Promissory Note-$85000** – 3 pages
is a true and accurate translations from Spanish into English to the best of my knowledge, ability, and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED August 15, 2020.

_____

Thomas L. Bransfield
Federally Certified Court Interpreter

WITNESS my hand and official seal hereto affixed this 15th day of August of 2020.

Signature _____*Rosa Capdevielle*_____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of ____WA_____.
My appointment expires: _____March 15, 2022_____.

```
NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022
```

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO |
| --- |
| Tipo: **FO** |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre | |
| --- | --- |
| RAMON A. PEREZ GANDIA | |
| Estado | Oficina |
| PUERTO RICO | MOROVIS |
| Caso Núm. | Fecha |
| 63-37-581647138 | 28 DE DICIEMBRE DE 1982 |

| ACCION QUE REQUIERE PAGARE: |
| --- |
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☒ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en _MOROVIS, PUERTO RICO_ o en otro sitio designado por el Gobierno por escrito, la suma principal de _VEINTIDOS MIL_ dólares ($ 22,000.00 ) más intereses sobre el principal adeudado al _ONCE Y MEDIO_ POR CIENTO (11 1/2 %) anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _41_ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | |
| --- | --- | --- |
| $ 100.00 en enero 1, 19 83 | $ _____ en enero 1, 19 ; |
| $ 100.00 en enero 1, 19 84 | $ _____ en enero 1, 19 ; |
| $ _____ en enero 1, 19 ; | $ _____ en enero 1, 19 ; |
| $ _____ en enero 1, 19 ; | $ _____ en enero 1, 19 ; |
| $ _____ en enero 1, 19 ; | $ _____ en enero 1, 19 ; |
| y $ 2,768.00 | |

, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en _40_ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce-Agricultura                    *Posición 2*                    Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____

RAMON A. PEREZ GANDIA                    *(Prestatario)*

_____

JULIA CASTRO ADORNO                      *(Prestatario)*

_____

URB. VILLA ROSA #8

_____

MANATI, P.R.    00701

_____

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 22,000.00 | 12-28-82 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 22,000.00 | |

Jay-Ce-Agricultura               *Posición 2*                Forma FmHA 1940-17 (S)
                                                            (Rev. 11-1-78)

ANEXO

----"El importe de este apgaré y la hipoteca que lo garantiza, reamortizado al veintiocho de junio de mil novecientos----- noventa y Uno (1991), dió un saldo deudor montante---------- a la suma de VEINTE DOS MIL DOLAERS ($22,000.00) de ---------- principal, la suma de TRES MIL CUATROCIENTOS CINCUENTA ------- Y NEUVE DOLARES CON SETENTA Y TRES CENTAVOS ($3,459.73)------- de intereses capitalizables, que devengarán intereses --------- al ocho y tres cuarto por ciento anual (8 3/4%) y MIL DOS----- CIENTOS TREINTA Y TRES DOLARES CON OCHENTA Y UN CENTAVOS------ ($1,233.81)de intereses no capitalizables los cuales no----- devengarán intereses, para un total de VEINTE Y SEIS MIL ---- SEISCIENTOS NOVENTA Y TRES DOLARES CON CINCUENTA Y CUATRO---- CENTAVOS ($26,693.54) la cual habrá de ser pagada en la------- siguiente forma:----------------------------------------------- ---MIL CIENTO CUARENTA Y UN DOLARES ($1,141.00) en o antes del primero de enero del mil novecientos noventa y dos (1992) y DOS MIL CUATROCIENTOS CUARENTA Y SEITE DOLARES ($2,447.00) en o antes de cada primero de enero subsiguiente, excepto el pago final del total de la deuda aquí asumida, se hará en o antes de treinta y un (31) años desde la fecha de esta reamortización, según consta de la escritura número ciento diez y ocho (118) de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca, de fecha veintiocho (28) de junio de mil novecientos noventa y uno (1991), ante el notario fedante en Morovis, Puerto Rico. -------------------------------- Morovis, Puerto Rico, a 28 de junio de 1991.------------------- FIRMADO, SIGNADO, SELLADO Y RUBRICADO, LCDO. ANDRES JUSINO ARCHILLA--NOTARIO PUBLICO.--------------------------------------



Forma FmHA 427-1PR
( 16-82 )

41-06

Exhibit 11

————————NUMERO : **DOSCIENTOS TREINTIUNO** ——
NUMBER

——————HIPOTECA VOLUNTARIA——————
VOLUNTARY MORTGAGE

En **Morovis, Puerto Rico, a los veintiocho días del mes**
In
**de diciembre de mil novecientos ochenta y dos.** ————

——————————ANTE MI——————
BEFORE ME

—————————— JOSE L. COLON FONTAN ——————————

Abogado y Notario Público de la Isla de Puerto Rico con residencia en **Morovis,**
Attorney and Notary Public for the Island of Puerto Rico, with residence in

**Puerto Rico** ——— y oficina en **Morovis,**
and office in                                            Puerto Rico.

——————————COMPARECEN——————
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.————
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their——

de su edad, estado civil, profesión y vecindad.————
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this——

miento.————
voluntary mortgage.

——————————EXPONEN——————
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in——

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same——

denominada de aquí en adelante "los bienes".————
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens——

se especifican en el párrafo UNDECIMO.————
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States——

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,——

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with——



Forma FmHA 427–1PR
( 10–82 )

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO:   Se   sobreentiende   que:
FOURTH:   It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender,

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any



- 2 -

Forma FmHA 427–1PR
( 10–82 )

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage—

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————————————
by the mortgagor.————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————



sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,—

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——

- 3 -

Forma FmHA 427–1PR
( 10–82 )

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————————————

ingreso de los mismos, toda mejora o propiedad personal en el present o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————————

adicional especificada en el párrafo NOVENO de este documento.—————————————
amounts as specified in paragraph NINTH hereof.————————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————————
SIXTH: That the mortgagor specifically agrees as follows:————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————————————————



- 4 -

Forma FmHA 427–1PR
( 10–82 )

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgage any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el present o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held



por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del ——————— ONCE Y MEDIO
subparagraph shall bear interest at the rate of

——————————————— por ciento (11 1/2 º/o)————————————————
                   per cent   (          º/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgage for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the

- 5 -

Forma FmHA 427–1PR
( 10–82 )

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————————
until repaid to the mortgage.————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.————————————————————————————
determines.————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————

los propósitos autorizados por el acreedor hipotecario.————————————
for purposes authorized by mortgagee.————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.————————————————————
under the terms of this mortgage.————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——

aprobare el acreedor hipotecario.————————————————————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish





- 6 -

Forma FmHA 427-1PR
( 10-82 )

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm ─────────

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other ─────────

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out ─────────

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time ─────────

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices ─────────

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to ─────────

tiempo pueda prescribir. ──────────────────────────────
time may prescribe. ─────────

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified ─────────

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor ─────────

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other ─────────

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it ─────────

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation ─────────

ción o al arrendamiento. ──────────────────────────
or lease. ─────────

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require, ─────────

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the ─────────

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations ─────────

que afecten los bienes o su uso. ──────────────────────
affecting the property or its use. ─────────

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times ─────────

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not ─────────

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall ─────────

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened ─────────

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the ─────────

deudor hipotecario de los convenios de esta hipoteca. ──────────────
mortgagor of the covenants of this mortgage. ─────────

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession ─────────

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify ─────────

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option ─────────



- 7 -

Forma FmHA 427-1PR
( 10-82 )

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgage is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
tion, of a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
similares, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of



- 8 -

Forma FmHA 427—1PR
( 10—82 )

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgage, mortgagee is——————————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.———————————————————————————————————
request the protection of the law.————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————————

rarios de abogado.————————————————————————————————————————————
attorney's fees.————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement



obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgage is hereby authorized and empowered at————————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)————————————

- 9 -

Forma FmHA 427–1PR
( 10–82 )



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee



Forma FmHA 427–1PR
( 10–82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
*the amount of any judgment obtained by reason of condemnation proceedings for public*———

público de los bienes o parte de ellos así como también el importe de la sentencia
*use of the property or any part thereof as well as the amount of any judgment*

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
*for damages caused to the property. The mortgagee will apply the amount so*———

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
*received to the payment of costs incurred in its collection and the balance to the payment*

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
*of the note and any indebtedness to the mortgagee secured by this*———

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
*mortgage, and if any amount then remains, will pay such amount to mortgagor.*———

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
*SEVENTH: That for the purpose of the first sale to be held in case*———

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
*of foreclosure of this mortgage, in conformity with the mortgage law, as amended,*

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
*mortgagor does hereby appraise the mortgaged property in the amount*

de    CIENTO VEINTISEIS MIL SETENTA Y DOS DOLARES CON
*of*   CINCUENTA Y NUEVE CENTAVOS ($126,072.59).

OCTAVO: El deudor hipotecario por el presente renuncia al trámite de requeri-
*EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be*———

miento y se considerará en mora sin necesidad de notificación alguna por parte
*considered in default without the necessity of any notification of default or demand for pay-*

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
*ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the*

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
*Farmers Home Administration now in effect, and to its future regulations*———

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
*not inconsistent with the provisions of this mortgage, as well as to the*———

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
*laws of the Congress of the United States of America authorizing the making and*———

y aseguramiento del préstamo antes mencionado.
*insuring of the loan hereinbefore mentioned.*———

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:———
*NINTH: The amounts guaranteed by this mortgage are as follows:*———

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
*One. At all times when the note mentioned in paragraph THIRD of*———

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
*this mortgage is held by mortgagee, or in the event mortgagee*———

hipotecario cediere esta hipoteca sin asegurar el pagaré    VEINTIDOS MIL ——
*should assign this mortgage without insurance of the note,*

————————————————— DOLARES ($ 22,000.00 )
                             DOLLARS ($              )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
*the principal amount of said note, together with interest as stipulated therein at the rate of*

——— ONCE Y MEDIO ———    por ciento ( 11 1/2   º/o) anual;
                             *per cent  (           º/o) per annum;*



- 11 -

Forma FmHA 427–1PR
( 10–82 )

Dos. En todo tiempo ·cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)     VEINTIDOS MIL ─────────────
(A)

────────────────── DOLARES ($ 22,000.00
               DOLLARS ($       }

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,───────────

Tercero;─────────────────────────────────
Three;──────────────────────────────────

(B)     TREINTA Y TRES MIL ──────────
(B)

────────────────── DOLARES ($ 33,000.00
               DOLLARS ($       }

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might───────

sufrir bajo su seguro de pago del pagaré.─────────────────
sustain under its insurance of payment of the note;───────────

Tres. En cualquier caso y en todo tiempo;──────────────
Three. In any event and at all times whatsoever:─────────

(A)     OCHO MIL OCHOCIENTOS DOLARES
(A)

($    8,800.00         ) para intereses después de mora:──────
($             ) for default interest;─────────

(B)     Cuatro MIL CUATROCIENTOS DOLARES ──────
(B)

{    4,400.00          ) para contribuciones, seguro y otros adelantos para la con-
                  ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph───

SEXTO, Tercero;───────────────────────────
SIXTH, Three;─────────────────────────────

(C)     DOS MIL DOSCIENTOS DOLARES ─────────
(C)

($    2,200.00         ) para costas, gastos y honorarios de abogado en caso
($             ) for costs, expenses and attorney's fees in case──────

de    ejecución;─────────────────────────────
of    foreclosure:────────────────────────────

(D)     DOS MIL DOSCIENTOS DOLARES ─────────
(D)

($    2,200.00         ) para costas y gastos que incurriere el acreedor hipoteca-
($             ) for costs and expenditures incurred by the mortgagee in──

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with──

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as────────

se consigna en el párrafo SEXTO, Trece.─────────────────
provided in paragraph (SIXTH, Thirteen.───────────────



- 12 -

Forma FmHA 427–1PR
( 10–82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número    **sesentitrés guión treintisiete**
~~"Promissory note given in case number"~~ **guión quinientos ochentiuno seiscientos cuarentisiete
ciento treintiocho (63-37-581647138)**
fechado el día
dated the

**veintiocho (28)** de    **diciembre**    de mil novecientos——————
day of                                      nineteen hundred and

**ochenta y dos (1982)**   por la suma de   ——————————————————
                           in the amount of

————————**VEINTIDOS MIL**——————    dólares de principal más
                                          of principal plus

intereses sobre el balance del principal adeudado a razón del ——————————
interest over the unpaid balance at the rate of

——————————**ONCE Y MEDIO**——————  ( **11 1/2%** ) por ciento anual,
                                                    percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due——————————

a los        **cuarenta (40)** ——————————————————————
and payable

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.——————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the——————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which——————————

constituye Hipoteca Voluntaria, se describe como sigue:——————————————
Voluntary mortgage is constituted, is described as follows:——————————————

————**RUSTICA:** Parcela de terreno número ciento veinti-
seis (126), sita en el barrio Río Arriba Saliente de —
Manatí, Puerto Rico, compuesta de TREINTA Y DOS CUERDAS
CON DIEZ Y OCHO CENTIMOS (32.18) de otra, equivalentes



- 13 -

Forma FmHA 427—1PR
( 10—82 )

a doce hectáreas, sesenticuatro áreas, sesenticuatro —
centiáreas y veintitrés miliáreas y en lindes: por el —
NORTE, con la parcela número ciento veinticinco (125);
por el SUR, con Jaime y Federico Calaf, hoy José A. —
Aulet; al ESTE, con la parcela número ciento dieciseis
(116) y por el OESTE, con la parcela número ciento ——
veintisiete (127).

————Enclava una casa vivienda de cemento y bloques de —
cemento, techada de zinc y un rancho techado de zinc. —

_____

_____

_____

_____

_____

_____

Adquirió el prestatario la descrita finca por compra a   los esposos don
Borrower acquired the described property by purchase from

Angel B. Adrovet Molina y doña María T. Pagán, _____

según consta de la Escritura Número     Quince (15) _____
pursuant to Deed Number

de fecha  veintinueve (29) de enero de mil novecientos ——
dated

ochenta y dos (1982) _____

otorgada en la ciudad de    Morovis, Puerto Rico _____
executed in the city of

ante el Notario   José L. Colón Fontán. _____
before Notary

Dicha propiedad se encuentra  inscrita al folio doscientos quince
Said property is
del tomo doscientos veinte (220) de Manatí, finca nú-
mero dosmil seiscientos cincuenta y siete (2657), ins-
cripción 19. _____

Afecta a los gravámenes que surgen del Registro. _____

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors _____

carios :   LOS ESPOSOS DON RAMON ALFONSO PEREZ GANDIA Y —
are   DOÑA JULIA CASTRO ADORNO, mayores de edad, propie-
tarios y vecinos de Manatí, Puerto Rico. _____

cuya dirección postal es:   Urb. Villa Rosa #8, Manatí, P. R. ——
whose postal address is:

00701. _____

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used———



- 14 -

Forma FmHA 427–1PR
( 10–82 )

para fines agrícolas y la construcción y/o reparacion y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).—————————————————————————
installations on the described farm(s).———

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure———

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as———

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause———

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the———

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to———

ejecución de la hipoteca.—————————————————————————
the foreclosure of the mortgage.———

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction———

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,———

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the———

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present———

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.———

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and———

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or———

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)———

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future———

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings———

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted———

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen———

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the Twenty-eights of May, nineteen hundred sixty-nine (1969) (31———

L.P.R.A. 1851)—————————————————————————
L.P.R.A. 1851).———

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any———

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with———

- 15 -



José L. Colón Fontán
ISLA DE PUERTO RICO
ABOGADO NOTARIO

Forma FmHA 427–1PR
( 10–82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part————

de la propiedad gravada por esta Hipoteca.————————————————————
of the property encumbered by this Mortgage.————

**DECIMO OCTAVO:** El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will————

notificará por escrito al Supervisor Local.————————————————————
notify it in writing to the County Supervisor.————

**DECIMO NOVENO:** Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————

estos tipos de préstamos.————————————————————————————
these types of loans.————

**VIGESIMO:** Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidós del Código
Government pursuant to Forty-Two————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————

## ACEPTACION
### ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez————
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.——————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————
I advised him (them).—————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party (parties) he (they) ratify its—————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————

FE de todo el contenido de esta escritura.——————————————————————
FAITH to everything contained in this deed.——————————————————

Firmados:  Ramón Alfonso Pérez Gandía; Julia Castro —

Adorno. ————————————————————————————

FIRMADO, SIGNADO, SELLADO Y RUBRICADO, JOSE L. COLON

FONTAN, NOTARIO PUBLICO. ——————————————————

Cancelados en su original los correspondientes sellos de Rent. Internas

y el Sello del Colegio de Abogados. ——————————————

El precedente testimonio fuze original ha sido debidamente

firmado, estableciendo, en cada uno de sus fólios las iniciales

de los otorgantes, es una copia fiel y exacta de su original la

cual obra en el protocolo de instrumentos públicos a mi cargo

del año 19. 82 , al cual me remito. Y a solicitud de

Secretario Home Administration parte interesada,

expido la presente copia hoy día 28 de diciembre

de 1982 .




NOTARIO PUBLICO



Inscrito al folio 215 vto. del Tomo
229 de Manatí; finca # 2657, ins-
cripción 20 ma. Se halla afecta a 3
hipotecas a favor de los Estados Uni-
dos de America por $ 85,000.00, $ 3,597.42
y $9,475.17, a hipoteca a favor
de la Corporación de Crédito Agrícola
por $ 6,000.00 y a hipoteca que por
este documento se constituye. Ma-
natí a 3 de enero de 1983.
Sin Derechos

mymo I



Ac x c ni

Reg.

Jh. Rafael Kao
County Supervisor, FmHA

MAR 10 1983

CERTIFIED TRANSLATION

Registration of Deed #231, December 28, 1982.

Registered on page 215 of volume 220 of Manatí, lot # 2657, registration 20. It is af fected by three mortgages on behalf of the United States of America for $ 85,000.00, $ 3,597.42 and $ 9,475.17, to mortgage on behalf of the Corporation of Agricultural Credit for $ 6,000.00 and to mortgage that is constituted by this document, Manatí on January 3, 1983.

No fees

(Sgd.) Illegible

Reg.

 (Sgd.) Illegible

County Supervisor, FMHA

Mar. 10, 1993

 Real Estate Registry Seal, Manati Section



Exhibit 12

DEED NUMBER: ONE HUNDRED EIGHTEEN (118)

RE-AMORTIZATION OF MORTGAGE LOAN

AND MORTGAGE MODIFICATION

In Morovis, Puerto Rico, on June twenty-eight (28), nineteen ninety-one (1991).

BEFORE ME

ANDRES JUSINO ARCHILLA, Attorney and Notary Public of this Island, with residence and offices in the city of Morovis, Puerto Rico.

THERE NOW APPEAR

AS ONE PARTY AND AS MORTGAGORS: MR. IVAN ELIAS BEAUCHAMP SIERRA, also known as Ivan Elias Beachamp Sierra (Social Security XXX-XX-XXXX) AND MRS. INGRID VERA ROSA (Social Security XXX-XX-XXXX), both of legal age, married to each other, property owners and residents of Bayamón, Puerto Rico.

AS THE OTHER PARTY AND AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Administrator of the Farmers Home Administration, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," with headquarters in Washington, District of Columbia, United States of America. This party is represented herein by MR. ROBERTO CABAN CASTRO (Social Security XXX-XX-XXXX), who is of legal age, married, employed and a resident of Morovis, Puerto Rico, in his capacity as Interim Supervisor of the Farmers Home Administration, Office of Morovis, Puerto Rico, and whose capacity is duly accredited in the Property Registry.

[Seals]

I DO ATTEST to having confirmed the identities of the appearing parties through the means established by the Notary Law in Article 17 (c),  as well as through their statements regarding their age, marital status, profession, and residence. They assure me that they have and, in my judgment, they do have the legal capacity necessary for this granting, and, so, freely:

THEY STATE

FIRST:  That the mortgagors are the owners

of the following property:

RURAL PROPERTY: Plot of land number one hundred twenty-six (126) located in Barrio Río Arriba Saliente of Manatí, Puerto Rico, with a surface area of THIRTY-TWO POINT ONE EIGHT CUERDAS (32.18 cds.), equivalent to twelve hectares, sixty-four ares, seventy-four centiares, and twenty-three miliares. Borders: to the North, plot one hundred twenty-five (125); to the South, Jaime and Federico Calaf, today José A. Aulet; to the East, plot number one hundred sixteen (116); and to the West, plot number one hundred twenty-seven (127).

Includes a house made of cement and cement block with zinc roof and a ranch with zinc roof.

Recorded on page two hundred fifteen (215) of book two hundred twenty (220) of Manatí, farm number two thousand six hundred fifty-seven (2657).

Acquired according to deed number one (1), dated March nine (9), nineteen eighty-four (1984), before this notary, in the city of Morovis, Puerto Rico, through purchase made by the mortgagors from Mr. Ramón Alfonso Pérez Gandía and Mrs. Julia Castor Adorno.

The aforementioned property is subject to the following mortgages:

(A)    Mortgage in the amount of EIGHTY-FIVE THOUSAND DOLLARS ($85,000.00) of principal in favor of the United States of America, pursuant to deed number three hundred fifty-five (355) dated November thirteen, (13), nineteen seventy-eight (1978), granted before the notary José Luis Colón Fontán in the city of Morovis, Puerto Rico.

(B)    Mortgage in the amount of TWENTY-TWO THOUSAND DOLLARS ($22,000.00) of principal in favor of the United States of America, pursuant to deed number two hundred thirty-one (231) dated December twenty-eight (28), nineteen eighty-two (1982), granted before the notary José Luis Colón Fontán in the city of Morovis, Puerto Rico.

SECOND: The mortgagors continue stating that, in order to re-amortize the mortgage debt, described under the letter "B" of the first paragraph of this deed, which debt is TWENTY-TWO THOUSAND DOLLARS ($22,000.00) of principal, they requested and obtained the consent of the mortgagee, United States of America, acting through the Administrator of the Farmers

[Seals]

Home Administration, in accordance with the dispositions of the Law of Congress titled "Rural Housing Act of 1949" and the approved regulations in order to re-amortize the mortgage debt.

THIRD: The appearing parties Mr. Iván Elías Beauchamp Sierra and Mrs. Ingrid Vera Rosa state that they have personal knowledge of each and all of the obligations, clauses and stipulations contained or mentioned in the mortgage deed and, in this act, do clearly and solemnly obligate themselves to comply with each and all of said obligations, clauses and stipulations required by the Farmers Home Administration. Both the mortgagee and the mortgagor agree that this re-amortization does not constitute an extinctive novation of the previous obligation and that its terms and conditions are not incompatible with said previous obligation.

RE-AMORTIZATION AND PAYMENT MODIFICATION OF
PROMISSORY NOTE AND MORTGAGE

FOURTH: The appearing party Roberto Cabán Castro, in his capacity, states that, as the mortgagors have been accepted to receive the benefits of the Law of Congress titled "Rural Housing Act of 1949," as amended, they have agreed to re-amortize and modify the payment schedule of the installments recorded on the promissory note and mortgage as follows:

The mortgage described under letter "B" in the amount of TWENTY-TWO THOUSAND DOLLARS ($22,000.00):

"The total amount owed as of June twenty-eight (28), nineteen ninety-one (1991), is TWENTY-TWO THOUSAND DOLLARS ($22,000.00) of principal, the amount of THREE THOUSAND FOUR HUNDRED FIFTY-NINE DOLLARS AND SEVENTY-THREE CENTS ($3,459.73) of interest that may be capitalized, that shall accrue interest at a rate of eight and three quarters percent (8 3/4%) per annum, and the amount of ONE THOUSAND TWO HUNDRED THIRTY-THREE DOLLARS AND EIGHTY-ONE CENTS ($1,233.81) of interest that may not be capitalized, which shall not accrue interest, for a total of TWENTY-SIX THOUSAND SIX HUNDRED NINETY-THREE DOLLARS AND

[Seals]

FIFTY-FOUR CENTS ($26,693.54), which shall be paid as follows:

ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS ($1,141.00) on or before January first, nineteen ninety-two (1992), and TWO THOUSAND FOUR HUNDRED FORTY-SEVEN DOLLARS ($2,447.00) on or before each January first subsequent, except the final payment on the debt assumed herein, shall be made on or before thirty-one (31) years from the date of this re-amortization.

FIFTH: The appearing party Roberto Cabán Castro, acting in his capacity, delivers to me, the notary, the promissory note guaranteed by the mortgage. He assures me that it has not been encumbered or negotiated in any way by its current holder and owner, United States of America, and, once identified by me, the notary, confirming that is the same promissory note, I proceed to attach to the same the following notation:

"The amount of this promissory note and the mortgage that guarantees it, re-amortized as of June twenty-eight (28), nineteen ninety-one (1991), gave a balance owed of TWENTY-TWO THOUSAND DOLLARS ($22,000.00) of principal, the amount of THREE THOUSAND FOUR HUNDRED FIFTY-NINE DOLLARS AND SEVENTY-THREE CENTS ($3,459.73) of interest that may be capitalized, that shall accrue interest at a rate of eight and three quarters percent (8 3/4%) per annum, and the amount of ONE THOUSAND TWO HUNDRED THIRTY-THREE DOLLARS AND EIGHTY-ONE CENTS ($1,233.81) of interest that may not be capitalized, which shall not accrue interest, for a total of TWENTY-SIX THOUSAND SIX HUNDRED NINETY-THREE DOLLARS AND FIFTY-FOUR CENTS ($26,693.54), which shall be paid as follows:

[Seals]

ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS ($1,141.00) on or before January first, nineteen ninety-two (1992), and TWO THOUSAND FOUR HUNDRED FORTY-SEVEN DOLLARS ($2,447.00) on or before each January first subsequent, except the final payment on the debt assumed herein, shall be made on or before thirty-one (31) years from the date of this

re-amortization, pursuant to Re-Amortization of Mortgage Loan and Mortgage Modification deed number one hundred eighteen (118), dated June twenty-eight, (28), nineteen ninety-one (1991), before this notary, in Morovis, Puerto Rico. I DO ATTEST."

Morovis, Puerto Rico, on June 28, 1991.

SIGNED, MARKED, SEALED AND INITIALED – ATTY. ANDRES JUSINO ARCHILLA, NOTARY PUBLIC.

Once the notation is signed and placed, I return the note to the appearing Mr. Roberto Cabán Castro, in his capacity.

SIXTH: The contracting parts in this instrument further agree that this re-amortization agreement does not constitute an extinctive novation of the existing obligation (debt) and the modification of same under the terms and conditions herein recorded. They therefore request that the Honorable Registrar of the Property make a note of this upon recording this document.

ACCEPTANCE

The appearing parties accept this deed as drafted, as it reflects their agreement and I, the notary, in accordance with the law, made the pertinent legal warnings to the parties.

So, the appearing parties say and grant before me, after they waived their right, of which I advised them, to demand the presence of instrumental witness.

Having read this deed to the appearing parties, they ratify same, affixing their initials to each and all of the pages of this document and signing before me, the notary. To all that is recorded on this public document, I DO ATTEST.

Before the authorizing notary signs, he confirms that that he has identified the appearing parties through the following identity documents: Mr. Roberto Cabán Castro with driver's license number 251047, I do attest to personal acquaintance with Mr. Iván Elías Beauchamp Sierra, and Mrs. Ingrid Vera Rosa with electoral card number 0432937,

[Seals]

the identification cards have the appearing parties' photographs and signatures. I, THE NOTARY, DO AGAIN ATTEST.

**SIGNED:**      **IVAN ELIAS BEAUCHAMP SIERRA**
                 **INGRID VERA ROSA**
                 **ROBERTO CABAN CASTRO**

The initials of the granting parties and the mark of the notary appear in the margin of each page. Signed, stamped, sealed and initialed by the undersigned notary. (The corresponding notarial seal has been cancelled).

I CERTIFY: That this is a true and exact copy of the original, which is filed in my protocol under the number and date indicated. For delivery to the interested party, I issue this copy on the same date of its granting. In favor of Iván Elías Beauchamp Sierra, containing six pages.

[Signature]
Atty. Andrés Jusino Archilla

[Stamp]

[Seal]

[Handwritten page]

Recorded in the margin of page 215
20th recording, farm #2657. Manatí,
September 24, 1991.

No Fees.                    [Signature]
                            Registrar


                            [Illegible] 4/8/92


[Seal]


3-16-92

----------ESCRITURA NUMERO:   CIENTO DIEZ Y OCHO (118)--------

----------REAMORTIZACION DE PRESTAMO HIPOTECARIO--------------

----------------Y MODIFICACION DE HIPOTECA--------------------

---En Morovis, Puerto Rico, a los veintiocho (28) días del mes

de junio de mil novecientos noventa y uno (1991).--------------

--------------------------ANTE MI-----------------------------

---ANDRES JUSINO ARCHILLA, Abogado-Notario Público de esta----

Isla, con residencia, vecindad y estudio abierto en la ciudad-

de Morovis, Puerto Rico.--------------------------------------

------------- -------------COMPARECEN--------------------------

---DE UNA PARTE Y COMO DEUDORES HIPOTECARIOS:  DON IVAN ELIAS-

BEAUCHAMP SIERRA, también conocido por Iván E. Beachamp Sierra



                    Y DOÑA INGRID VERA ROSA (Seguro---

                    mayores de edad, casados entre sí, propie-

tarios y vecinos de Bayamón, Puerto Rico.---------------------

---DE LA OTRA PARTE Y COMO ACREEDOR HIPOTECARIO:  ESTADOS-----

UNIDOS DE AMERICA, actuando por conducto y a través del Admi--

nistrador de la Administración de Hogares de Agricultores, a--

tenor con las disposiciones de la Ley del Congreso denominada-

"Rural Housing Act of 1961" con oficinas prinicpales en-------

Washington, Distrito de Columbia, Estados Unidos de América,--

representado en este acto por DON ROBERTO CABAN CASERO (Seguro

mayor de edad, casado, empleado y vecino--

de Morovis, Puerto Rico, en su carácter de Supervisor Interino

de la Administración de Hogares de Agricultores, Oficina de---

Morovis, Puerto Rico, cuyo carácter consta debidamente acredi-

tado en el Registro de la Propiedad.--------------------------

---DOY FE  de haberme asegurado de la identidad de los compa--

recientes por los medios establecidos por la Ley Notarial en--

el Artículo 17 (c), así como por sus dichos de su edad, estado

civil, profesión y vecindad.  Me aseguran tener y a mí juicio-

tienen la capacidad legal necesaria para este otorgamiento y--

libremente:---------------------------------------------------

------------------------------EXPONEN-------------------------

---PRIMERO:  Que los Deudores Hipotecarios son dueños de la---

siguiente propiedad:-----------------------------------------------

---RUSTICA:  Parcela de terreno número ciento veintiséis (126)

sita en el Barrio Río Arriba Saliente de Manatí, Puerto Rico, compuesta de TREINTA Y DOS CUERDAS CON DIEZ Y OCHO CENTIMOS DE OTRA (32.18 cds.) equivalentes a doce hectáreas, sesenticuatro áreas, setenticuatro centiáreas y veintitres miliáreas, y en-- lindes; por el Norte, con la parcela ciento venticinco (125);- por el Sur con Jaime y Federico Calaf, hoy José A. Aulet; por- el Este, con la parcela número ciento dieciseis (116) y por el Oeste, con la parcela número ciento veintisiete (127).--------

---Enclava una casa de vivienda de cemento y bloques de cemento techada de zinc y un rancho techado de zinc.-------------------

---Inscrita al folio doscientos quince (215) del tomo doscien- tos veinte (220) de Manatí, finca número dos mil seiscientos-- cincuenta y siete (2657).-----------------------------------------


---Adquirida según escritura número uno (1) de fecha nueve (9)

de marzo de mil novecientos ochenta y cuatro (1984) ante el---

notario fedante, en la ciudad de Morovis, Puerto Rico, por-----

compra que hicieran los deudores hipotecarios a don Ramón-----

Alfonso Pérez Gandía y doña Julia Castor Adorno.--------------

---La propiedad antes descrita afecta a las siguientes hipote-

cas:----------------------------------------------------------

---(A)  Hipoteca por la suma de OCHENTA Y CINCO MIL DOLARES---

($85,000.00) de principal a favor de Estados Unidos de América

según consta de la escritura número trescientos cincuenta y---

cinco (355) de fecha trece (13) de noviembre de mil novecien--

tos setenta y ocho (1978) otorgada ante el notario José Luis--

Colón Fontán en la ciudad de Morovis, Puerto Rico.-----------

---(B)  Hipoteca por la suma de VEINTE Y DOS MIL DOLARES------

($22,000.00) de principal a favor de Estados Unidos de América

según consta de la escritura número doscientos treinta y uno--

(231) de fecha veintiocho (28) de diciembre de mil novecientos

ochenta y dos (1982) ante el notario José Luis Colón Fontán,--

en la ciudad de Mroovis, Puerto Rico.------------------------

---SEGUNDO:  Siguen manifestando los deudores hipotecarios----

que con el fin de reamortizar la deuda hipotecaria, descrita--

bajo la letra "B" del expositivo primero de esta escritura,---

cuya deuda es de VEINTE Y DOS MIL DOLARES ($22,000.00) de-----

principal, solicitaron y obtuvieron el consentimiento del-----

acreedor hipotecario, Estados Unidos de América, acutando por-

conducto y a través del Administrador de la Administración de-

Hogares de Agricultores de conformidad con la Ley del Congreso titulada "Rural Housing Act of 1949" y el reglamento aprobado al efecto para reamortizar la deuda hipotecaria.---------------

---TERCERO: Manifiestan los comparecientes don Iván Elfas---- Beauchamp Sierra y doña Ingrid Vera Rosa, que son de su propio y personal conocimiento todas y cada una de las obligaciones,- claúsulas y estipulaciones contenidas o mencionada en la------ escritura de hipoteca, y en este acto en forma clara, termi--- nante y solemne, se obligan a cumplir todas y cada una de----- dichas obligaciones, claúsulas y estipulaciones requeridas por la Administración de Hogares de Agricultores, tanto el acreedor hipotecario como el deudor hipotecario acuerdan que esta rea-- mortización no constituye una novación extintiva de la obliga- ción anterior y que sus términos y condiciones no son incom--- patibles con idcha obligación anterior.--------------------------

---REAMORTIZACION Y MODIFICACION DE PAGO DE PAGARE E HIPOTECA-- ---CUARTO: Manifiesta el ocmpareciente, Roberto Cabán Castro, en su carácter que ostenta que habiéndo sido aceptados los---- deudores hipotecario, para recibir los beneficios de la Ley--- del Congreso "Rural Housing Act of 1949" Según enmendada, han- convenido en reamortizar y modificar la forma de pago de los-- plazos consignados en el pagaré y en la hipoteca de la-------- siguiente forma:----------------------------------------------- ---La hipoteca descrita bajo la Letra "B" por la cantidad de-- VEINTE Y DOS MIL DOLARES ($22,000.00):------------------------- ---"El importe total adeudado al veintiocho (28) de junio de-- mil novecientos noventa y uno (1991) asciende a la suma de---- VEINTIDOS MIL DOLARES ($22,000.00) de principal, la suma de--- TRES MIL CUATROCIENTOS CINCUENTA Y NUEVE DOLARES CON SETENTA Y TRES CENTAVOS ($3,459.73) de intereses capitalizables, que--- devengarán intereses al ocho y tres cuarto por ciento (8 3/4%) anual y la suma de MIL DOSCIENTOS TREINTA Y TRES DOLARES CON-- OCHENTA Y UN CENTAVOS ($1,233.81) de intereses no capitaliza-- bles, los cuales no devengarán intereses, para un total de---- VEINTE Y SEIS MIL SEISCIENTOS NOVENTA Y TRES DOLARES CON------



CINCUENTA Y CUATRO CENTAVOS ($26,693.54), la cual habrá de---
ser pagada de la siguiente forma:-----------------------------
---MIL CIENTO CUARENTA Y UN DOLARES ($1,141.00) en o antes del
primero de enero de mil novecientos noventa y dos (1992) y---
DOS MIL CUATROCIENTOS CUARENTA Y SIETE DOLARES ($2,447.00) en
o antes de cada primero de enero subsiguiente, excepto el pago
final de la deuda aquí asumida, se hará en o antes de treinta-
y uno (31) años desde la fecha de esta reamortización.--------
---QUINTO: El compareciente, don Roberto Cabán Castro, en el-
carácter que ostenta, me entrega a mí, el notario, el pagaré--
garantizado con la hipoteca, quien me asegura no ha sido------
gravado ni negociado en forma alguna por su actual tenedor y-
poseedor Estados Unidos de América, y una vez idnetificado---
por mí el notario, cerciorándome que se trata del mismo------
pagaré, procedo a poner anejo adherido al mismo la siguiente-
nota:--------------------------------------------------------
---"El importe de este pagaré y la hipoteca que lo garantiza,
reamortizado al veintiocho (28) de junio de mil novecientos--
noventa y uno (1991), dió un saldo deudor montante a la suma-
de VEINTE Y DOS MIL DOLARES ($22,000.00) de principal, la suma
de TRES MIL CUATROCIENTOS CINCUENTA Y NUEVE DOLARES CON------
SETENTA Y TRES CENTAVOS ($3,459.73) de intereses capitaliza--
bles, que devengarán intereses al ocho y tres cuarto por-----
ciento (8 3/4%) anual y MIL DOSCIENTOS TREINTA Y TRES DOLARES
CON OCHENTA Y UN CENTAVOS ($1,233.81) de intereses no capita-
lizables los cuales no devengarán intereses, para un total de
VEINTE Y SEIS MIL SEISCIENTOS NOVENTA Y TRES DOLARES CON-----
CINCUENTA Y CUATRO CENTAVOS ($26,693.54), la cual habrá de---
ser pagada en la siguiente forma:-----------------------------
---MIL CIENTO CUARENTA Y UN DOLARES ($1,141.00) en o antes---
del primero de enero de mil novecientos noventa y dos (1992)-
y DOS MIL CUATROCIENTOS CUARENTA Y SIETE DOLARES ($2,447.00)-
en o antes de cada primero de enero subsiguiente, excepto el-
pago final del total de la deuda aquí asumida se hará en o---
antes de treinta y un (31) años desde la fecha de esta-------



reamortización, según consta de la escritura número ciento----
diez y ocho (118) de Reamortización de Préstamo Hipotecario y-
Modificación de Hipoteca, de fecha veintiocho (28) de junio de
mil novecientos noventa y uno (1991), ante el notario fedante-
en Morovis, Puerto Rico, DOY FE."----------------------------

---Morovis, Puerto Rico, a 28 de junio de 1991.----------------
FIRMADO, SIGNADO, SELLADO Y RUBRICADO - LCDO. ANDRES JUSINO---
ARCHILLA, NOTARIO PUBLICO.------------------------------------

---Una vez puesta y firmada la nota lo devuelvo al ocmpare----
ciente don Roberto Cabán Castro, en el carácter que ostenta.--

---SEXTO: Las partres contratantes en este instrumento con----
vienen así mismo que este convenio de reamortización no-------
constituye una novación extintiva de la obligación (deuda)----
existente y la modificación de la misma bajo los términos y---
condiciones aquí consignados, por lo que se ruega al Honorable
Registrador de la Propiedad que así se haga constar en la-----
inscripción de este documento.--------------------------------

-------------------------ACEPTACION---------------------------

---Los comparecientes aceptan esta escritura en la forma re---
dactada por ser conforme a lo convenido, y yo, el notario, en-
cumplimiento a lo dispuesto en la Ley, les hice las adverten--
cias legales pertinentes.-------------------------------------

---Así lo dicen y otorgan los comparecientes ante mí, luego de
haber renunciado al derecho que les hice saber tenían para----
requerir la presencia de testigos instrumentales.------------

---Leída esta escritura a los comparecientes, en la misma se--
ratifican y fijan sus iniciales en todos y cada uno de los----
folios de este documento y firman ante mí, el notario, que de-
todo lo consignado en este documento público, DOY FE.---------

---Antes de proceder a firmar el notario fedatario hace cons--
tar que ha identificado a los comparecientes mediante los-----
siguientes documentos de identidad:  a don Roberto Cabán Castro
mediante licencia de conducir número 251047, a don Iván Elías-
Beauchamp Sierra doy fe de conocerlo personalmente y a doña---
Ingrid Vera Rosa, mediante tarjeta electoral número 0432937,--



las tarjetas de identificación tienen el retrato y la firma--

de los comparecientes, YO EL NOTARIO REPITO LA FE.------------

FIRMADO:   IVAN ELIAS BEAUCHAMP SIERRA
           INGRID VERA ROSA
           ROBERTO CABAN CASTRO



Aparacen tus iniciales de los otorgantes
y la rúbrica del notario al margen de cada
plana. Firmado, signado, sellado y rubricado
por el notario que suscribe. (Cancelado el
correspondiente sello notarial).

CERTIFICO: Que ésta es copia fiel y exac-
ta de su original que obra en mi protocolo
bajo el número y fecha indicados y para
entregar a la parte interesada la expido en
la misma fecha de su otorgamiento A favor de
Iván Elías Beauchamp, conteniendo 6 folios.

Inscrita al margen del folio 215

Inse. 20va. finca #2657. Manatí a

24 de septiembre de 1991.

Si Dios,

4/3/52

3-16-92

Exhibit 13

# FARMERS HOME ADMINISTRATION

Form FmHA 440-16
(Rev. 11-10-75)

*Torres Negrón, Antonio*

| TYPE OF LOAN |
| --- |
| Type: __FO__ |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act. |
| ☐ Title V of the Housing Act of 1949 |

**PROMISSORY NOTE**

| |
| --- |
| STATE |
| _____PUERTO RICO_____ |
| OFFICE |
| _____MOROVIS_____ |
| CASE NUMBER |
| 63-37-584868875 |

Date NOVEMBER 13_____, 1978

**FOR VALUE RECEIVED**, the undersigned (whether one or more persons, hereinafter denominated "Borrower") do shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), at its offices at MOROVIS, PUERTO RICO_____, **THE PRINCIPAL AMOUNT OF** SEVENTY-FOUR THOUSAND **DOLLARS** ($74,000.00) plus **INTEREST** on the **UNPAID PRINCIPAL** at FIVE **PERCENT** (_5_ %) **PER ANNUM**.

The payment of the Principal and Interests shall be according between the Borrower and the Government using one of the following alternatives as indicated below: (mark one)

☐ I. Principal and Interest payments shall be deferred. The first installment shall consist of accumulated interest and be due on _____, 19_____. The subsequent payments of Principal and accumulated Interests shall be made in _____ installments as indicated in the box below;

☐ II. Principal and Interest shall be deferred. The accumulated interest as of _____, 19_____ will be added to the Principal. Said new Principal and accumulated Interest shall be subsequently payable in _____ regular amortized installments on the dates indicated in the box below; the Borrower authorizes the government to record the amount of said new Principal here $_____ and the amount of said regular installments in the box below, when said amounts have been determined.

☐ III. The payment of Interest shall not be deferred. The installments on accumulated Interest shall be payable on the _____ of each _____ beginning _____, 19__, until _____, 19____. Principal and accumulated Interest shall subsequently be paid in _____ installments, as indicated in the box below:

☒ IV. The Payments shall not be differed. The Principal and Interest shall be payable in ___41___ installments as indicated in the box below:

| |
| --- |
| $ _497.00_____ on JANUARY 1ST____ of 1979_____, and $ 4,313.00___ subsequently on JANUARY 1ST of each YEAR thereafter until the **PRINCIPAL** and **INTEREST** are completely paid, except that the final payment on the debt established herein, if not sooner paid, shall be **DUE AND PAYABLE** FORTY (40) **YEARS** from the **DATE** of this **PROMISSORY NOTE**. The consideration herein shall support any agreement modifying the above payment schedule. |

If the total amount of the loan is not advanced by the closing date, the loan shall be advanced to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government is required when the advance is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown on the back of this document. Borrower authorizes the Government to record the amount(s) and date(s) of any advance payment(s) in the Advance Payment Log.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued as of the date of said payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

The Borrower agrees that the Government may at any time negotiate this promissory note and insure its payment, and in such case, although the Government is not the holder of said promissory note, the borrower shall continue making the payments of principal and interest to the Government as the holder's collection agent, as specified herein.

If this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder quarterly or based on the date the annual installment is due. The effective date of any payment retained and transferred by the Government to the holder according to the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay any interest to which the holder is entitled that accrues between the effective date of any such advance payment and the date the Treasury check is paid to the holder.

The Borrower hereby certifies that he is not able to obtain sufficient credit from other sources to finance his present needs at reasonable interest rates and terms, taking into consideration the types and terms of prevailing private sources and cooperatives in or near his community, for loans with similar time periods and purposes, and that the loan herein evidenced will be used exclusively for the purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government.  Unless the Government gives written consent to the contrary, the Borrower *(a)* shall personally manage said property by himself with his family, as a farm if this loan is a Farm Owner (FO) loan or *(b)* shall personally occupy and utilize said property if this is a rural housing loan (RH) for a plot or in the case of a Section 504 rural housing loan.

**REFINANCING AGREEMENT:**  If at any time the Government determines that Borrower is able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, the Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and to pay for any necessary shares, if the lender is a cooperative. This paragraph and that which precedes it shall not apply to the cosigner who signs this promissory note, according to the provisions of Section 502 of the Housing Law of 1949, to compensate for any deficiency in the ability to make payments by the other appearing party(ies):

**DEFAULT:** Failure to make any payment when due on any debt established herein, or failure to comply with any condition or agreement herein, shall constitute default under any other instrument showing a debt of the Borrower that is Guaranteed or insured by the Government or otherwise relating to said debt; and default on any such other instrument shall constitute default under the terms of this document. **UPON ANY DEFAULT**, the Government, at its convenience, may declare all or any part of said debt to be immediately due and payable.

This Promissory Note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949, and for the type of loan indicated in the box "TYPE OF LOAN" above. This Promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]_____(Seal)
Antonio TORRES NEGRON        (Borrower)


  [Signature]_____(Seal)
Carmen O. MARRERO ROLON    (Wife)


Buzón 580 Barrio Franquez
Morovis,  P.R. 00717

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| **AMOUNT** | **DATE** | **AMOUNT** | **DATE** | **AMOUNT** | **DATE** |
| (1) $74,000.00 | 11-13-78 | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $74,000.00 | 11-13-78 |

PROMISSORY NOTE OF $74,000.00

"The amount of this promissory note is SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00), liquidated on September thirty (30), nineteen eighty-eight (1988), with a balance owed of SIXTY-NINE THOUSAND TWO HUNDRED SIXTY-FIVE DOLLARS AND FIFTY-FIVE CENTS ($69,265.55) of principal, interest at a rate of five percent per annum (5%), which amount has been assumed by the appearing parties Mr. Iván Elíaz[1] Beauchamp and Mrs. Ingrid Vera Rosa, which interest rate is not modified, as well as the installments on the promissory note and the mortgage that guarantees it. The assumed debt shall be paid as follows: FOUR THOUSAND THREE HUNDRED THIRTEEN DOLLARS ($4,313.00) successively until the final payment of the mortgage debt, all pursuant to deed number two hundred sixty-nine (269) of this same date, granted in Morovis, Puerto Rico, before the Notary Andrés Jusino Archilla, in the city of Morovis, Puerto Rico.

Morovis, Puerto Rico, on September thirty (30), nineteen eighty-eight (1988), I DO ATTEST, stamp, seal, initial and sign, ANDRES JUSINO ARCHILLA – NOTARY PUBLIC.

[Seal]                          [Signature]
                                NOTARY PUBLIC

---

[1] *Translator's Note: Spelling of party's name with a "z" is intentional and reflects original Spanish language document.*

FORMULARIO FHA-451 PR
(11-84)

DEPARTAMENTO DE AGRICULTURA
DE ESTADOS UNIDOS
ADMINISTRACION DE HOGARES
DE AGRICULTORES

CONVENIO DE SUBROGACION
(PRESTAMOS PROGRAMAS AGRICOLAS)

Tipo de Prestamo

[x] Cesionario Elegible
[ ] Cesionario Inelegible
[x] Transferencia por la totalidad de la deuda
[ ] Transferencia por una cantidad menor a la totalidad de la deuda
[x] Cedente relevado de su responsabilidad personal
[ ] Cedente no relevado de su responsabilidad personal
[ ]

F.O.
(Especifique)

[ ] Directo [x] Asegurado

ESTE CONVENIO fechado el 30 DE SEPTIEMBRE DE 19 88 entre los Estados Unidos de América, actuando por conducto y a través de la Administración de Hogares de Agricultores (denominado en adelante el "Gobierno") y IVAN ELIAS BEAUCHAMP SIERRA   y   INGRID VERA ROSA

_____ (denominados en adelante "Los Cesionarios" cuya dirección postal es P.O. Box 245, Bayamón, Puerto Rico   00619-0245

POR CUANTO el Gobierno es el tenedor garantizador de el (los) préstamos evidenciado(s) por el (los) instrumento(s) legal(es) otorgado(s) por el (los) presente(s) deudor(es) _____ Antonio Torres Negrón and   Carmen O. Marrero

Caso Núm. 63-37-584868875   y descrito(s) como sigue:

TABLA I

| Instrumento | Otorgado en | Cantidad Principal | Balance Adeudado | | Tipo de Interés | Cargo por Seguro |
| | | | Principal | Interés Acumulado | | |
|---|---|---|---|---|---|---|
| Promissory Note | 11-13-78 | $74,000.00 | $66982.80 | 2282.75 | 5% | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

POR CUANTO en relación con dicho(s) préstamo(s) se otorgó(aron) el (los) siguiente(s) docu-documento(s) de garantía sobre la(s) propiedad(es) descrita(s) en el (los) mismo(s) y locali-zada(s) en _____, Morovis _____ Puerto Rico.
                                          Barrio                Pueblo

TABLA II

| Instrumento | Otorgado en | Localización del Registro de la Propiedad | Tomo y Volúmen | Folio |
|---|---|---|---|---|
| Mortgage Deed | 11-13-78 | Bayamón, P.R. | Book 143 Farm 1787 | 203 |
| | | | | |
| | | | | |

POR LO TANTO, y en consideración de (i) el haber asumido la(s) obligación(es) objeto de este convenio, y (ii) a que el Gobierno consienta a tal subrogación y a la transferencia correspon-diente de la(s) propiedad(es) dada(s) en garantía a los Cesionarios, se conviene en lo siguiente:

Posición 2

3. Si esta subrogación envuelve un préstamo de recursos limitados, el Gobierno PODRA CAMBIAR EL TIPO DE INTERES de acuerdo con los reglamentos de la Administración de Hogares de Agricultores pero con una frecuencia no mayor de cada tres meses notificándoselo por escrito al prestatario a su última dirección conocida con treinta (30) días de anticipación.

4. Los términos y condiciones de la(s) deuda(s) y de el (los) documento(s) de garantía y de cualquier otro convenio vigente otorgado o asumido por los actuales deudores continuarán en vigor excepto por las modificaciones introducidas por este convenio y los cesionarios asumen dichas obligaciones o aceptan regirse por y cumplir con todos los acuerdos y con los términos y condiciones contenidos en dichos documentos y convenios igual que si ellos los hubiesen otorgado en las fechas en que los otorgaron los deudores originales, incluyendo cualquier obligación de pagarle al Gobierno un cargo por seguro de el(los) préstamo(s) en adición a los intereses, si así lo estipulaban dichos instrumentos. Cualquier condición de dichos documentos de deuda o garantía que requiera (a) que el prestatario ocupe la vivienda financiada por la FmHA; (b) que el prestatario viva en y opere la finca financiada por la FmHA, o (c) que el prestatario se gradúe a otras fuentes de crédito, no se aplicará a transferencias a cesionarios inelegibles.

5. Este convenio estará sujeto a todas las reglamentaciones vigentes de la Administración de Hogares de Agricultores (FmHA) y a toda reglamentación futura que no conflija con las condiciones de este convenio.

6. Cuando el tenedor de el (los) préstamo(s) objeto del Convenio de Subrogación es un prestamista asegurado, cualquier pago por adelantado hecho por los cesionarios, excepto el pago final, podrá ser retenido por el Gobierno y remitido al tenedor en base a los plazos anuales y en las fechas de pago originalmente acordados o en cualquier otra forma establecida por los reglamentos de la Administración de Hogares de Agricultores. El pago final será remitido prontamente. La fecha efectiva de todo pago hecho por los cesionarios será la fecha en que el pago fue hecho por ellos. El Gobierno pagará los intereses a que el tenedor tenga derecho desde la fecha efectiva del pago y la fecha del cheque del Tesoro de los Estados Unidos de América a favor del tenedor de el (los) préstamo(s).

CESIONARIOS

_____          _____ (Prestatario)
                                   Iván Elías Beauchamp Sierra

_____          _____ (Co-deudor)
                                   Ingrid Vera Rosa
                                   P.O. Box 245

                                   Bayamón, P.R.   00619-0245

ESTADOS UNIDOS DE AMERICA

_____
Roberto Cabán
Asistente Supervisor
           Titulo

ADMINISTRACION DE HOGARES DE AGRICULTORES
   HC-02 Box 6515
   Morovis, P.R.   00717
     (Dirección de la Oficina Local)

1.  Los cesionarios asumen, conjunta y mancomunadamente, la(s) obligación(es) antes mencio-
nada(s) y se comprometen a pagar a la orden del Gobierno o del prestamista asegurado a través
del Gobierno cuando dicho prestamista asegurado es el tenedor de el (los) instrumento(s) que
evidencia(n) la(s) deuda(s), en la Oficina de la Administración de Hogares de Agricultores que
se indica más adelante, las cantidades y en las fechas que se establecen en los sub-párrafos (a)
o (b) marcados con una X en el encasillado correspondiente.

(a)    ☐ LA SUMA DE _____dolares($_____ ) más INTERESES

sobre el balance de PRINCIPAL ADEUDADO al_____ POR CIENTO (_____%) ANUAL, en _____

plazos como sigue:

$_____ el __ de _____ de 19__ y $_____subsiguientemente cada _____

_____ de _____ hasta el saldo total del PRINCIPAL Y LOS INTERESES, excepto

que el PLAZO FINAL de la totalidad de la deuda bajo este convenio, de no haber sido saldada
antes, vencerá y será PAGADERO a los _____ (__)AÑOS de la FECHA de este convenio de
subrogación.

(b)    ☐ De la totalidad del balance adeudado bajo la(s) aquí mencionada(s) obligación(es) y

documento(s) de garantía, la suma de _____ dólares

($_____ ) de principal, más los intereses sobre la misma a razón de_____

por ciento anual desde la fecha de este convenio, más

dólares ($_____ ) de intereses acumulados hasta el presente, pero sin intereses acumulados
sobre esta última partida, habiendo sido dichos intereses acumulados añadidos al primer plazo de
los enumerados a continuación.  El principal e intereses vencerán y serán pagaderos como sigue:

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___,  $ _____ el __ de _____ de 19 ___

$_____ el __ de _____ de 19 ___ .

y $_____ subsiguientemente el día primero de enero de cada año hasta que la(s)
deuda(s) aquí asumida(s) sea(n) pagada(s) en su totalidad, excepto que el plazo final de la
totalidad de la(s) deuda(s) bajo este convenio, de no haber sido saldada antes, vencerá(n) y

será(n) pagadera(s) en o antes del ____ de _____ de 19__.

2-  Los pagos efectuados se aplicarán de acuerdo con las normas de contabilidad de la Admi-
nistración de Hogares de Agricultores.

Form FmHA 440-16
(Rev. 11-10-75)

FmHA 440-16 (Rev. 11-10-75)

ADMINISTRACION DE HOGARES DE AGRICULTORES

| CLASE DE PRESTAMO | | ESTADO |
|---|---|---|
| Tipo: _____ FO | **PAGARE** | PUERTO RICO |
| De acuerdo a: | | OFICINA |
| ☒ Consolidated Farm and Rural Development Act. | | MOROVIS |
| ☐ Title V of the Housing Act of 1949 | | CASO NUM. |
| | | 63-37-584868875 |

Fecha _____ 13 DE NOVIEMBRE DE _____ , 19 78 _____

**POR VALOR RECIBIDO**, el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario . . .") man-comunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante

el "Gobierno") en su oficina en _____ MOROVIS, PUERTO RICO _____

_____

LA SUMA PRINCIPAL DE _____ SETENTA Y CUATRO MIL------------------------------------

DOLARES ($ _74,000.00_____ ), más **INTERESES** sobre el **PRINCIPAL ADEUDADO** al

_CINCO_____ POR CIENTO ( _5_ %) ANUAL.

El pago de dicho Principal e Intereses será según acordado entre el Prestatario y el Gobierno usando una de las cuatro alternativas como se indica más abajo: (marque uno)

☐ I. Pagos de Principal e Intereses serán diferidos. El primer plazo será de intereses acumulados y vencerá en

_____ , 19 _____ . El Pago de Principal e Intereses acumulados subsiguientemente serán

en _____ plazos como se indica en el encasillado más abajo;

☐ II. Los pagos de Principal e Intereses serán diferidos. Los intereses acumulados a _____ , 19 _____

serán sumados al Principal. Dicho nuevo Principal e Intereses acumulados subsiguientemente serán pagaderos en _____ plazos regulares amortizados en las fechas indicadas en el encasillado más abajo. El Prestatario autoriza al Gobierno a

anotar la cantidad de dicho nuevo Principal aquí $ _____ y la cantidad de dichos plazos regulares en el encasillado más abajo, cuando dichas cantidades hayan sido determinadas.

☐ III. El Pago de Intereses no será diferido. Plazos de Intereses acumulados serán pagaderos el _____ de cada

_____ empezando en _____ , 19 _____ , hasta _____ , 19 _____ .

Principal e Intereses acumulados subsiguientemente serán pagados en _____ plazos como se indica en el encasillado más abajo;

☒ IV. Los Pagos no serán diferidos. Principal e Intereses serán pagaderos en _____ 41 _____ plazos como se indica en el encasillado más abajo:

$ _497.00_____ en _1RO DE ENERO DE_____ , 19 _79_ , y

$ _4,313.00_____ subsiguientemente al _1RO ENERO_ de cada _AÑO_ hasta que el **PRINCIPAL** e **INTERESES** sean completamente pagados excepto que el **PLAZO FINAL** de la deuda aquí evidenciada, de no ser pagado anteriormente, vencerá y será **PAGADERO** _CUARENTA_ ( _40_ ) **AÑOS** de la **FECHA** de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior.

Si la cantidad total del préstamo no es adelantado a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno es mandatoria siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se muestra aquí al reverso. El Prestatario autoriza al Gobierno a anotar la cantidad y fecha de tal adelanto en el Registro de Adelantos.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este mismo.

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en este.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, excepto     el pago final, o podrán ser retenidos por el Gobierno y remitidos al tenedor a base de pagos trimestrales o a base de plazo anual vencido. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquier de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

El Prestatario por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o en el caso de un préstamo de la Sección 504 de vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s):

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o Garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; e incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_Antonio Torres Negrón_ _____ (Sello)
Antonio TORRES NEGRON (Prestatario)

_Carmen O. Marrero Rolón_ _____ (Sello)
Carmen O. MARRERO ROLON (Esposa)

_____

Buzón 580 Barrio Franquez

Morovis, P.R.   00717

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| (1) $74,000.00 | 11-13-78 | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $74,000.00 | 11-13-78 |

Jay-Ce-Agricultura          Position 2          FmHA 440-16 (Rev. 11-10-75)

----PAGARE DE $74,000.00--------------------------------------------

----"El importe de este pagaré ascendente a la suma de--------
SETENTA Y CUATRO MIL DOLARES ($74,000.00) liquidado al
treinta (30) de septiembre de mil novecientos ochenta y ocho

(1988) ſdió un saldo deudor montante a la suma de SESENTA Y
NUEVE MIL DOSCIENTOS SESENTA Y CINCO DOLARES CON CINCUENTA Y
CINCO CENTAVOS ($69,265.55) de principal; intereses a razón
del cinco por ciento anual (5%), cuyo importe ha sido asumido
por los comparecientes don Iván Elíaz Beauchamp Sirra y doña
Ingrid Vera Rosa, cuyos intereses no se modifican; así------
también los plazos del pagaré y la hipoteca que lo garantiza,

la deuda asumida habrá de ser pagada de la siguiente forma:
CUATRO MIL TRESCIENTOS TRECE DOLARES ($4,313.00) sucesiva-
mente hasta el pago final de la deuda hipotecaria, todo ello
según consta de la escritura número doscientos sesenta y
nueve (269) de esta misma fecha, otorgada en Morovis,
Puerto Rico, ante el Notario Andrés Jusino Archilla.--------
Morovis, Puerto Rico, a treinta (30) de septiembre de mil---
novecientos ochenta y ocho (1988) DOY FE, signo, sello,
rúbrico y firmo, LCDO. ANDRES JUSINO ARCHILLA-NOTARIO PUBLICO.

NOTARIO PUBLICO

Exhibit 14

```
Three thousand nine hundred nine                    3,909
```

Form FmHA 427-1 PR
10/77

<div align="center">

NUMBER

**THREE HUNDRED FIFTY-SEVEN (357)**

VOLUNTARY MORTGAGE

</div>

On the same date of granting, I hereby issue this first certified copy in favor of Farmers Home Administration. I DO ATTEST.

[Signature]
Notary

In **Morovis, Puerto Rico,** on **November thirteen, nineteen seventy-eight (1978).**

<div align="center">

BEFORE ME

**JOSE L. COLON FONTAN**

</div>

Attorney and Notary Public for this Island with residence in **Morovis, Puerto Rico**, and offices in **Morovis, P.R.**

<div align="center">

THERE NOW APPEAR

</div>

The persons named in paragraph TWELVE of this mortgage, hereinafter referred to as "mortgagor," and whose personal information appears in said paragraph.

I do attest to personal acquaintance with the appearing parties, as well to as their statements regarding their age, marital status, profession, and residence.

[Initials]

They assure me that they are in full enjoyment of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity for this granting, **and freely;**

<div align="center">

THEY STATE

</div>

FIRST: That the mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage as well as all rights and interests in the same, hereinafter referred to as "the properties".

SECOND: That the properties mortgaged herein is subject to the liens specified in paragraph ELEVENTH.

[Seal]

SIMPLE COPY

THIRD: That the mortgagor is obligated to the United States of America, <u>acting through the Farmers Home Administration</u>, hereinafter referred to as the "mortgagee," in connection with a loan or loans evidenced by one or more promissory notes or subrogation agreements, hereinafter referred to as the "promissory note," be there one or more. The Government requires that additional monthly payments of one twelfth of the contributions, assessments (taxes), insurance

<div align="center">1</div>

`Three thousand nine hundred ten` *3,910*

Form FmHA 427-1 PR
10/77

premiums and other charges that have been estimated for the mortgaged property.

FOURTH: It is understood that;

SIMPLE COPY

(One) The promissory note represents a loan or loans to mortgagor in the principal amount specified therein, granted with the purpose and intention that the mortgagee may at any time assign the note and insure the payment thereof pursuant to the Act of nineteen sixty-one consolidating the Farmers Home Administration, or Title Five of the Home Act of nineteen forty-nine, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest of said promissory note.

[Initials]
[Seal]

(Four) At all times when payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine on the insurance endorsement the portion of the promissory note's interest to be designated as "annual charges."

(Five) As a condition of the insurance of the note's payment, the holder shall transfer all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept instead the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the promissory note, or in any other supplementary agreement, he shall endorse the promissory note over to the mortgagee upon mortgagee's request.

(Six) Among other things, it is the purpose and intent of this mortgage that whenever the promissory note is held by the mortgagee, or in the event the mortgagee transfers this mortgage without insuring the promissory note, this mortgage shall guarantee payment of the promissory note; but when the

promissory note

Three thousand nine hundred eleven                    *3,911*

Form FmHA 427-1 PR
10/77

is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under the insurance endorsement caused by any default by the mortgagor.

SIMPLE COPY

FIFTH: That, in consideration of said loan and (a) whenever the promissory note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the promissory note's payment and as a guarantee of the amount of the promissory note as specified in subparagraph (One) of paragraph NINTH, with interest at the rate stipulated and to ensure prompt payment of said promissory note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the promissory note is held by an insured lender in guaranty of the amounts specified in subparagraph (Two) of paragraph NINTH herein, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold the mortgagee harmless against losses under its insurance endorsement due to any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (Three) of paragraph NINTH of this document, and to insure mortgagor's compliance with each and every agreement and stipulation herein or in any supplementary agreement, mortgagor hereby executes a voluntary mortgage in favor of mortgagee over the property described in paragraph ELEVENTH below, together with all rights, interests, easements, inheritance rights, and attachments pertaining thereto; all rents, credits, benefits of same, and any product or income of same; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use of same; all water, water rights, or shares in same, pertaining to the farms or to any payments owed at any time to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or for damages to any part of same, or interest on same, it being understood that this lien will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, have been paid in full. In the event of foreclosure, the property shall be used for the payment of the principal, interest thereon before and after maturity, until these are fully

[Initials]
[Seal]

Three thousand nine hundred twelve                    *3,912*

satisfied, losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee on behalf of mortgagor, with interest, until all costs and expenses, including mortgagee's attorneys' fees, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH of this document.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed when due and to indemnify and hold mortgagee harmless against any loss under the payment insurance of the promissory note owing to any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the promissory note to mortgagee, as holder's collection agent.

(Two) To pay to mortgagee an initial fee for inspection and appraisal and any delinquency charges required now or in the future by Farmers Home Administration regulations.

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the promissory note, less the annual amount or charge, may be paid by mortgagee to the holder of the promissory note under the terms of the promissory note and of the insurance endorsement referenced in the above paragraph FOURTH on mortgagor's behalf.

Any amount due and unpaid under the terms of the promissory note, whether it is held by mortgagee or by an insured lender, may be applied to the promissory note by mortgagee, and shall thus constitute an advance made by mortgagee on mortgagor's behalf.

Any advance by mortgagee as described in this subparagraph shall bear interest at a rate of **FIVE**  percent (**5** %) per annum, beginning on the date on which payment was due until the date on which mortgagor satisfies same.

(Four) Whether or not the note is insured by mortgagee,

Three thousand nine hundred thirteen                    *3,913*

Form FmHA 427-1 PR
10/77

any and all advances made by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges, due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advances until mortgagor pays said advances.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification, at the place designated on the promissory note, and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from his breach of the payment agreement. Said advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the promissory note or to any other debt of the mortgagor guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated on the promissory note solely for purposes authorized by mortgagee.

(Seven) To pay, when due, the loan total, all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

[Initials]
[Seal]

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property, as well as on all future improvements. The insurance against fire and other hazards shall be in the form, amounts, and terms and conditions approved by mortgagee.

SIMPLE COPY

(Nine) To maintain the property in good condition and to promptly verify all necessary repairs for the preservation of the property; to refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; to not remove or demolish any building or improvement on the property; nor cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without mortgagee's consent, and to promptly carry out the repairs on the property that

*Translator's Note: Page 6 not present in original Spanish-language file.*

SIMPLE COPY

Three thousand nine hundred fifteen            *3,915*

Form FmHA 427-1 PR
10/77

and to apply these first to collection and administration costs and secondly to the payment of the debt established by the promissory note or any other debt to mortgagee herein guaranteed, in the order and manner determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may obtain a loan from a production credit association, from a Federal Bank, or another responsible source, whether cooperative or private, at an interest rate and on terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in an amount sufficient to pay the promissory note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of a default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or declares himself or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice: (One) to declare all unpaid debt under the terms of this promissory note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and conservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request legal protection.

[Initials]
[Seal]

(Seventeen) Mortgagor shall pay or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, of the promissory note, and any other

Three thousand nine hundred sixteen              *3,916*

Form FmHA 427-1 PR
10/77

supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, obligations, or similar concepts set forth herein, or in other agreements, and without affecting the liability of any person for payment of the promissory note or any other debt guaranteed herein, and without affecting the lien on the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time: (One) to waive compliance with any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (Two) to negotiate with mortgagor or to grant to mortgagor any indulgence or forbearance or extension of time for payment of the promissory note (with the consent of said note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee guaranteed herein; or (Three) to grant and deliver partial releases of any part of the mortgaged property described herein, or to grant deferment or postponement of this mortgage in favor of any other lien on the property.

[Initials]

(Nineteen) All rights, title, and interest in or over this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and full cancellation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or over the lien and benefits contained herein.

[Seal]

(Twenty) Default on this mortgage shall constitute default on any other mortgage, rehabilitation loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any other such security instrument shall constitute default on this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail, unless otherwise required by law, and shall be addressed, until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to the mailing address

SIMPLE COPY

Three thousand nine hundred seventeen                *3,917*

Form FmHA 427-1 PR
10/77

of his/her residence, as stated below.

(Twenty-Two) Mortgagor hereby assigns to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance to payment of the promissory note and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with the mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of **SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00).**

[Initials]

EIGHTH**:** Mortgagor hereby waives the procedural requirements and agrees to be considered in default without need of any notification of default or demand for payment on the part of the mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the Congress of the United States of America that authorize the allocation and insuring of the aforementioned loan.

[Seal]

NINTH**:** The amounts guaranteed by this mortgage are as follows:

One. At all times when the promissory note referenced in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without insuring the promissory note:
**SEVENTY-FOUR THOUSAND** DOLLARS **($74,000.00),** the principal amount of said promissory note, with interest as stipulated therein at the rate of **FIVE** percent (**5** %) per annum;

SIMPLE COPY

Two. At all times when the promissory note is held by an insured lender:
(A)      **SEVENTY-FOUR THOUSAND** DOLLARS **($74,000.00)**

Three thousand nine hundred eighteen                    *3,918*

Form FmHA 427-1 PR
10/77

to indemnify the mortgagee for advances to the insured lender due to mortgagor's failure to pay the installments as specified in the promissory note, with interest as a stated in paragraph SIXTH, Third;

(B) **ONE HUNDRED ELEVEN THOUSAND** DOLLARS **($111,000.00)** to indemnify the mortgagee against any loss it might sustain under its insurance of payment of the note;

SIMPLE COPY

Three. In any event and at all times whatsoever:

(A)   **FOURTEEN   THOUSAND   EIGHT   HUNDRED** DOLLARS **($14,800.00)** for arrears interest.

(B)   **FOURTEEN   THOUSAND   EIGHT   HUNDRED** DOLLARS **($14,800.00)** for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, Third;

(C) **SEVEN THOUSAND FOUR HUNDRED** DOLLARS **($7,400.00)** for costs, expenses, and attorneys' fees in case of foreclosure;

[Initials]
[Seal]

(D) **SEVEN THOUSAND FOUR HUNDRED** DOLLARS **($7,400.00)** for costs and expenses incurred by mortgagee in proceedings to defend its interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIXTH, Thirteen.

TENTH: That the promissory note(s) referred to in paragraph THIRD of this mortgage is (are) described as follows:

"Promissory note executed in case number **six, three dash three, seven dash five, eight, four, eight, six, eight, eight, seven, five (63-37-584868875)** dated **November thirteen (13),** nineteen **seventy-eight (1978).**

Three thousand nine hundred nineteen                    *3,919*

Form FmHA 427-1 PR
10/77

in the amount of **SEVENTY-FOUR THOUSAND DOLLARS ($74,000.00)** dollars of principal, plus interest on the unpaid principal balance at a rate of **five (5%)** percent per annum, until the principal is fully paid according to the terms, installments, conditions and stipulations contained in said promissory note and as agreed between the Borrower and the Government; except that the final installment of the total debt herein, if not previously paid, shall be due and payable **FORTY (40)** years from the date of this promissory note.

SIMPLE COPY

Said promissory note has been granted as evidence of a loan made by the Government to the Borrower, pursuant to the law of the Congress of the United States of America known as "Consolidated Farm and Rural Development Act of 1961" or pursuant to "Title V of the Housing Act of 1949," as amended, and is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with said Law. To which description I, the Authorizing Notary, DO ATTEST.

ELEVENTH: - The property subject to this title and over which the Voluntary Mortgage is established is described as follows:

[Initials]
[Seal]

**"RURAL PROPERTY: Plot of land located in the barrio of Pugnado Adentro of the municipality of Vega Baja, Puerto Rico, with a surface area of THIRTY-NINE CUERDAS AND EIGHTY-FIVE HUNDREDTHS (39.85) of another, equivalent to fifteen hectares, sixty-six ares, twenty-six centiares and sixty-five miliares of land. Borders:- to the NORTH, plots seventeen (17) and fourteen, correction, one hundred seventeen and one hundred fourteen (117 and 114); to the SOUTH, Jaime and Federico Calaf Collazo: to the EAST, plot one hundred thirteen (113) and Cecilio Santiago; and to the WEST, plot one hundred twenty-six (126) and Jaime and Federico Calaf Collazo, today José A. Aulet.**

Three thousand nine hundred twenty                          *3,920*

Form FmHA 427-1 PR

The mortgagor acquired the aforementioned farm through purchase from **Mr. José A. Aulet Méndez and Mrs. Carmen A. Maldonado** pursuant to deed number **Three Hundred Fifty-Six (356)** dated **November thirteen, nineteen seventy-eight,** executed in the city of **Morovis, P.R.,** before the Notary **José L. Colón Fontán**.

Said property is **subject to a mortgage in favor of the Federal Land Bank of Baltimore for $21,200.00 in the process of cancellation.**

**Recorded on page two hundred two (220) of book one hundred forty-three (143) of Vega Baja, farm number one thousand seven hundred eighty-seven (1787). Pending recording on behalf of the spouses appearing herein**.

TWELFTH: Appearing as mortgagors on this deed are:- Mortgagors: **THE SPOUSES MR. ANTONIO TORRES NEGRON AND MRS. CARMEN O. MARRERO ROLON, both of legal age, property owners and residents of Morovis, Puerto Rico,** whose mailing address is: **Buzón 580, Barrio Fránquez, Morovis, Puerto Rico 00717.**

[Initials]
[Seal]

THIRTEENTH: The proceeds of the loan recorded herein were used or shall be used for agricultural purposes and the construction and/or repairs and/or improvements of the physical structure(s) on the aforementioned farm(s).

FOURTEENTH: The borrower shall personally occupy and make use of any structure that has been built, improved and sold with the amount of the loan herein guaranteed and shall not lease or use said structure for other purposes without the written consent of the Government. Violation of this clause, as well as the violation of any agreement or clause contained herein, shall cause the maturity of the obligation as if the loan term were completed and the Government shall be empowered to declare the loan due and payable and proceed to the foreclosure of the mortgage.

SIMPLE COPY

FIFTEENTH: This mortgage is expressly extended to all existing construction or

Three thousand nine hundred twenty-one                    *3,921*

Form FmHA 427-1 PR
10/77

building on the aforementioned farm(s) and to all improvements, construction, building constructed on said farm(s) during the effective period of the mortgage constituted in favor of the Government, verified by the current owners or by their heirs and assignees.

SIXTEENTH: The mortgagor hereby jointly and severally waives, for himself and on behalf of his heirs, assignees and successors or representatives and in favor of mortgagee (Farmers Home Administration) any Homestead right that he may have presently or in the future on the buildings included therein or that may be constructed in the future; this waiver in favor of Farmers Home Administration is permitted under Law Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A 1851).

SEVENTEENTH: The mortgagee and mortgagor further agree that any stove, oven or heater purchased either fully or in part with proceeds of the loan secured herein, will be considered and understood to be part of the property encumbered by this mortgage.

ACCEPTANCE

The appearing parties accept this deed as drafted and to the full extent of its content, as they find it in accordance with their instructions and wishes.

[Initials]
[Seal]

WARNINGS

I, the Notary, made to the appearing parties the corresponding legal warnings.

GRANTING

SIMPLE COPY    So, the appearing parties say and grant before me.

READING

Three thousand nine hundred twenty-two                    *3,922*

After this deed was read by the Notary to the appearing parties, as they waived the right I advised them they had to do so themselves, and having found it in accordance with their wishes, they approve and ratify it, signing it before me, affixing their initials to the left margin of all pages of same, all that in one act and before me. To all of which, as well as to all that is contained in this Public Instrument, I, the Authorizing Notary, DO ATTEST.

          [Signatures]

[Initials]          [Stamp]
[Seal]

               I did issue a Simple Copy on this day of October 25, 2018, in Arecibo, Puerto Rico.

                         [Signature]
                    Atty. Andy Cordero Rosado
                       Notary Archivist

SIMPLE COPY

# Statement of Accuracy

I hereby certify that the attached documents titled:
Simple Copy of **VOLUNTARY MORTGAGE DEED NUMBER 357,** dated November 13, 1978, executed in Morovis, PR; Page 6 missing, copy dated October 25, 1998 – 13 pages
are true and accurate translations from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED August 2, 2019.

_____
Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter

WITNESS my hand and official seal hereto affixed this 2nd day of August of 2019.

Signature _____
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of ____WA_____.
My appointment expires: _____March 15, 2022_____.



NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022

Tres mil novecientos nueve                                    3,909

---------------------------- NUMERO --------------------------

---------- TRESCIENTOS CINCUENTISIETE (357) --------

-------------------- HIPOTECA VOLUNTARIA ----------------

En Morovis, Puerto Rico, a los trece días del mes –
de noviembre de mil novecientos setenta y ocho. ---

------------------------- ANTE MI ------------------------

-------------- JOSE L. COLON FONTAN ----------------

Abogado y Notario Público de esta Isla con residencia y vecindad en
Morovis, Puerto Rico --- y oficina en Morovis, P.R. ---

-------------------- COMPARECEN --------------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo. -------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. -------------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento, y libremente; --------------

------------------- EXPONEN -------------------

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes". ------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO. --------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avaluos (impuestos), primas de

Forma FmHA 427-1 PR
10/77

En la misma fecha de –
su otorgamiento expido
primera copia certifi-
cada a favor de Farmers
Home Administration.---
DOY FE. -------------

Notario

A. T. N.
C. O. M. R.



COPIA SIMPLE

1

Tres mil novecientos diez

3,910

Forma FmHA-427-1 PR
10/77

COPIA SIMPLE

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria. ————————————————————————————

CUARTO: Se sobreentiende que: ————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ——————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré. ——————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". ————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ——————————————————————

(Seis)   Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré

A. T. N.
C. O. M. R.



José L. Colón Fontán
ISLA DE PUERTO RICO
ABOGADO NOTARIO

mil novecientos once

3,911

Forma FmHA-427-1 PR
10/77

COPIA SIMPLE

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ———————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total

A. T. N.
1. O. M. R.



Tres mil novecientos doce

3,912

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ————

**COPIA SIMPLE**

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ——————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.

A. T. N.
C. O. M. R.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ——————————————————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.——————————————————————



Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del ————— CINCO ———— por ciento (——— 5 %) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.———————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

mil novecientos trece

3,913

Forma FmHA-427-1 PR
0/77

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario. ————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare. ————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario. ——————————

A. T. N.
C. O. M. R.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecario bajo los términos de esta hipoteca. ——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. ——————————



COPIA SIMPLE

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que

COPIA SIMPLE

Tres mil novecientos quince                    3,915

Forma FmHA-427-1 PR
10/77

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ——————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ——————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ——————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro

A. T. N.
C. O. M. R.



, Tres mil novecientos dieciseis                    3,916

ma FmHA-427-1 PR
77

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ——————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario: (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos. ———————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de

A. T. N.
O. M. R.



COPIA SIMPLE

—8—

Tres mil novecientos diecisiete                    3,917

Forma FmHA-427-1 PR
10/77

su residencia según se especifica más adelante. ———————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ———————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de   SETENTA Y CUATRO MIL DOLARES ————

($74,000.00). ———————————————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado. ———————————————————————————.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré: ————————
SETENTA Y CUATRO MIL ———————— DOLARES ($ 74,000.00
el principal de dicho pagaré, con sus intereses según estipulados a razón del
CINCO ——————————— por ciento ( 5 %) anual; ——————————

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado: ———————————————————————————————
(A)  SETENTA Y CUATRO MIL ———————————————————
————————————————————— DOLARES ($ 74,000.00

A. T. N.
C. O. M. R.



COPIA SIMPLE

—9—

Tres mil novecientos dieciocho

8,918

Forma FmHA 427-1 PR
10/77

COPIA SIMPLE

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; --------------------------

(B)     CIENTO ONCE MIL --------------------------------

------------------------------ DOLARES ($111,000.00) para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; -------------------

Tres. En cualquier caso y en todo tiempo; --------------------------

(A)     CATORCE MIL OCHOCIENTOS --------------------------

------------------------------ DOLARES ($14,800.00 ) para intereses después de mora; --------------------------------

(B)     CATORCE MIL OCHOCIENTOS --------------------------

------------------------------ DOLARES ($ 14,800.00 para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; --------------------------------

(C)     SIETE MIL CUATROCIENTOS --------------------------

------------------------------ DOLARES ($ 7,400.00 ) para costas, gastos y honorarios de abogado en caso de ejecución; --------

(D)     SIETE MIL CUATROCIENTOS --------------------------

------------------------------ DOLARES ($7,400.00 ) para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece. --------------------------

DECIMO:     Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: --------------

"Pagaré otorgado en el caso número sesentitres guión treintisiete guión quinientos ochenta y cuatro ochocientos sesenta y ocho ochocientos setenta y cinco (63-37-584 868875) --------------fechado el día trece noviembre ------ de ---------- de mil novecientos setenta y ocho ---

A.T.N.
C.O. M.R.



Tres mil novecientos diecinueve                    3,919

Forma FmHA 427-1 PR
10/77

**COPIA SIMPLE**

por la suma de    SETENTA Y CUATRO MIL ($74,000.00) ———————
——————— dólares de principal más intereses sobre el balance del principal adeudado a razón del    cinco ——————————————————
———————(— 5% ) por ciento anual, hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condiciones y estipulaciones contenidas en dicho pagaré y según acordados y convenidos entre el Prestatario y el Gobierno;  excepto el pago final del total de la deuda aquí representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero a los  cuarenta (40)    años de la fecha de este pagaré.

— Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados Unidos de América denominada "Consolidated Farm and Rural Development Act of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según han sido enmendadas y está sujeto a los presentes reglamentos de la Administración de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha Ley . De cuya descripción, yo, el Notario Autorizante, DOY FE. ———————————

UNDECIMO:  Que la propiedad objeto de la presente escritura y sobre la que se constituye Hipoteca Voluntaria, se describe como sigue: ——————————

RUSTICA:—Parcela de terreno sita en el barrio Pugnado Adentro del término municipal de Vega Baja, Puerto —— Rico, con una cabida de TREINTA Y NUEVE CUERDAS Y ——— OCHENTA Y CINCO CENTIMOS (39.85) de otra, equivalentes a quince hectáreas,sesenta y seis áreas, veintiseis —— centiáreas y sesenta y cinco miliáreas de terreno, y — en lindes:— al NORTE, con las parcelas diecisiete (17) y catorce (14),digo, ciento diez y siete y ciento ca— torce (117 y 114); al SUR, con Jaime y Federico Calaf Collazo; al ESTE, con la parcela ciento trece (113) Cecilio Santiago; y al OESTE, con la parcelaciento — veintiseis (126) y Jaime y Federico Calaf Collazo, hoy José A. Aulet. ——————————————————————

A. T. N.
O. M. R.



--------------------------------------
--------------------------------------
--------------------------------------
--------------------------------------
--------------------------------------

11

mil novecientos veinte

3,920

FmHA 427-1 PR

Adquirió el prestatario la descrita finca por compra a-------

don José A. Aulet Méndez y doña Carmen A. Maldonado --

según consta de la Escritura Número Trescientos cincuenti-

seis (356) ------ de fecha 13 noviembre de mil novecien-

tos setentiocho otorgada en la ciudad de Morovis, P.R.

ante el Notario José L. Colón Fontán.-------------------

Dicha propiedad se encuentra afecta a hipoteca a favor del

Fedral Land Bank of Baltimore por $21,200.00 y en trá-

mites de cancelación-------------------------------------

INSCRITA al folio doscientos dos (202) del tomo ciento

cuarentitres (143) de Vega Baja, finca número mil sete-

cientos ochentisiete (1787). Pendiente de inscripción

a nombre de los esposos aquí comparecientes. ---------

DUODECIMO: Que comparecen en la presente escritura como------

Deudores Hipotecarios :-LOS ESPOSOS DON ANTONIO TORRES --
NEGRON Y DOÑA CARMEN O. MARRERO ROLON, mayores de edad,
propietarios y vecinos de Morovis, Puerto Rico -------

cuya direccion postal es: Buzón 580, Barrio Fránquez, Mo-

rovis, Puerto Rico 00717. ------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se

usó ó será usado para fines agrícolas y la construcción y/o

reparación y/o mejoras de las instalaciones físicas en la-----

finca(s) descrita(s).-------- -------------------- --- ----

DECIMO CUARTO: El prestatario ocupará personalmente y usará-

cualquier estructura que haya sido construida, mejorada o------

comprada con el importe del préstamo aquí garantizado y no----

arrendará o usará para otros fines dicha estructura a menos que

el Gobierno lo consienta por escrito. La violación de esta---

clausula como la violación de cualquiera otro convenio o cláu-

sula aquí contenida ocasionará el vencimiento de la obligación

como si todo el término hubiese transcurrido y en aptitud el

Gobierno de declarar vencido o pagadero el préstamo y proceder

a la ejecución de la hipoteca.--------------------------- ----

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda

construcción o edificación existente en la(s) fincn(s) antes--

A. T. N.
C. O. M. R.


José L. Colón Fontán

COPIA SIMPLE

12

Tres mil novecientos veintiuno                    3,921

forma FmHA 427-1PR
10/77

descrita(s) y a toda mejora, construcción o edificación que

se construya en dicha finca(s) durante la vigencia del ------

préstamo hipotecario constituido a favor del Gobierno, veri-

ficada por los actuales dueños deudores o por sus cesionarios

o causahabientes.

DECIMO SEXTO:   El deudor hipotecario por la presente-------

renuncia mancomunada y solidariamente por sí y a nombre de-

sus herederos causahabientes, sucesores o representantes a-

favor del acreedor (Administración de Hogares de -----------

Agricultores), cualquier derecho de Hogar Seguro (Homestead)

que en el presente o en el futuro pudiera tener en la ------

propiedad descrita en el párrafo undécimo y en los edificios

allí enclavados o que en el futuro fueran construídos; -----

renuncia esta permitida a favor de la Administración de ----

Hogares de Agricultores por la Ley Número trece (13) del ---

veintiocho (28) de mayo de mil novecientos sesenta y nueve--

(1969) (31 L.P.R.A. 1851).------------------------------------

DECIMO SEPTIMO:  El acreedor y el deudor hipotecario -------

convienen en que cualquier estufa, horno, calentador compra-

do o financiado total o parcialmente con fondos del préstamo

aquí garantizado, se considerará e interpretará como parte--

de la propiedad gravada por esta Hipoteca.-------------------

---------------------------ACEPTACION ---------------------

Los comparecientes aceptan esta escritura en la forma

redactada y en toda la amplitud de su contenido por -

hallarla conforme a sus instrucciones y deseos. ------

---------------------- ADVERTENCIAS -------------------

Yo, el Notario, hice a los comparecientes las adver-

tencias legales correspondientes. ---------------------

--------------------- OTORGAMIENTO --------------------

Así lo dicen y otorgan ante mi los comparecientes. ---

---------------------- LECTURA ------------------------



A. T. N.
10. M-R.

COPIA SIMPLE

13

tres mil novecientos veintidos                          3,922

Leída esta escritura por el Notario a los comparecien-
tes por haber renunciado al derecho que previamente a
les advertí teńian de hacerlo por si mismos, y ha--
biéndola hallado conforme la aprueban y ratifica, --
firmándola por ante mí, estampando además sus inicia-
les al margen izquierdo de todos los folios de la mi-
ma, todo ello en un solo acto y ante mí, de lo cual,
así como de lo demás que relato o refiero en este --
instrumento público, Yo, el Notario autorizante, DOY
FE. --------------------------------------------------

*Antonio Torres Negrón*

*Carmen O. Marrero Colón*

A. T. N.
C. O. M. R.



Hoy 25 de octubre de 2018, en Arecibo, Puerto Rico,
expedí Copia Simple.

**Ledo. Andy Cordero Rosado**
Archivero Notarial

**COPIA SIMPLE**

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT: IVAN ELIAS BEAUCHAMP SIRVA**          **REF: 1521.083**
                                            **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 7,249, recorded at page 40 of volume 112 of Morovis, Property Registry of Manatí, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Situada en los barrios Rio Arriba Saliente y Barahona de los Municipios Manatí y Morovis, respectivamente, compuesta de **diez y nueve cuerdas con seis mil seiscientos ochenta y cuatro diez milésimas de otra (19.6684), equivalentes a siete hectáreas, setenta y tres área y cuatro centiáreas de terreno** y en lindes por el **NORTE**, con José Antonio Aulet Méndez hoy Luis Adrovent; por el **SUR**, con José Antonio Aulet Méndez; por el **ESTE**, con José Antonio Aulet Méndez, hoy Antonio Torres; y por el **OESTE**, con José Antonio Aulet Méndez. Corresponde al municipio de Morovis once cuerdas con tres mil seiscientos cincuenta y nueve diez milésimas de otra (11.3659). Lindes por el **NORTE**, en cuatrocientos tres punto doscientos diez y ocho (403.218) metros; por el **SUR**, en doce (12) alineaciones; por el **ESTE**, en dos (2) alineaciones; y por el **OESTE**, en un punto común con terrenos del señor José A. Aulet y la finca remanente propiedad del señor José A. Aulet.

**ORIGIN:**
It is formed by grouping of properties number 1,538 and 8,883, recorded at pages 165 and 35, volumes 157 and 203 of Morovis and Manatí.

**TITLE:**

This property is registered in favor of IVAN ELIAS BEAUCHAMP SIRVA and his wife INGRID VERA ROSA, who acquired it by purchase from Antonio Torres Negrón and his wife Carmen Alinda Marrero Rolón, at a price of $69,916.00, pursuant to deed #269, executed in Manatí, Puerto Rico, on September 30th, 1988, before Andrés Jusino Archilla Notary Public, recorded at page 43 overleaf of volume 112 of Morovis, property number 7,249, 6th inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is encumbered by the following:

     Access easement of Hacienda Monserrate in favor of Federico Calaf Rivera

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Antonio Torres Negrón and his wife Carmen Alinda Marrero Rolón, in favor of United States of America acting through Farmers Home Administration, in the original principal amount of $40,000.00, with 8% annual interest, due on 7 years, constituted by deed #163, executed in Morovis, Puerto Rico, on October 20th, 1986, before Manuel Díaz Collazo Notary Public, recorded at page 42 overleaf of volume 112 of Morovis, property number 7,249, 4th inscription.

2.   **MORTGAGE:** Constituted by Antonio Torres Negrón and his wife Carmen Alinda Marrero Rolón, in favor of United States of America acting through Farmers Home Administration, in the original principal amount of $20,000.00, with 10 3/4% annual interest, due on 20 years, constituted by deed #171, executed in Morovis, Puerto Rico, on November 23rd, 1983, before José L. Colón Fontón Notary Public, recorded at page 43 of volume 112 of Morovis, property number 7,249, 5th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY #7,249

3.  Amortized and modified the mortgage of 4th inscription, whose total amount owed of the June 28th, 1991, is $30,231.91, no interest, due on 31 years, constituted by deed #119, executed in Morovis, Puerto Rico, on June 28th, 1991, before Andres Jusino Archilla Notary Public, recorded at margin page 43 of volume 112 of Morovis, property number 7,249.

4.  Amortized and modified the mortgages of 4th and 5th inscriptions, and whose total amount owed of the September 30th, 1988, is $31,172.21 and $18,442.24, respectively, with 9% and 9 ½% annual interest, due on 20 years, constituted by deed #269, executed in Manatí, Puerto Rico, on September 30th, 1988, before Andrés Jusino Archilla Notary Public, recorded at page 43 overleaf of volume 112 of Morovis, property number 7,249, 6th inscription.

5.  **MORTGAGE:** Constituted by Ivan Elias Beauchamp Sirva and his wife Ingrid Vera Rosa, on this and other properties, in favor of United States of America, in the original principal amount of $26,693.54, with 8 3/4% annual interest, due on 31 years, constituted by deed #148, executed in Morovis, Puerto Rico, on August 7th, 1991, before Andres Jusino Archilla Notary Public, recorded at page 101 of volume 118 of Morovis, property number 7,249, 7th inscription.

    Responds each farm jointly and severally from the principal of the mortgage.

6.  **SEIZURE:** Executed in the First Instance Court of Bayamón, civil case #DCD92-2908, for reason of Collection of Money and Foreclosure by Luciano Claudio Tirado, plaintiff, versus Ivan Elias Beauchamp Sirva and his wife Ingrid Vera Rosa, defendant, by the amount of $64,399.56, Order dated December 1st, 1997 and Writ dated December 22nd, 1997, recorded on February 17th, 2010, at page 127 of volume 320 of Morovis, property number 7,249, annotation A.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 9th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

mcr/dm/**F**

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of Trujillo Alto, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 9th, 2020, I examined the books and agora files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its' parts the status of the above described property in The Property Registry of Puerto Rico.

I the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this ⎽⎽28⎽⎽ day of ⎽⎽October⎽⎽ of 2020.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,351.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

NOTARY PUBLIC

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: IVAN ELIAS BEAUCHAMP SIERRA**          **REF: 1521.083**
                                                 **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 2,657, recorded at page 121 of volume 59 of
Manatí, Property Registry of Manatí, Puerto
Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**Parcela número ciento veintiséis: RUSTICA:** Sita en el barrio Rio
Arriba Saliente de Manatí, compuesta de **treintidos cuerdas y
dieciocho céntims de otra, equivalentes a doce hectáreas,
sesenticuatro áreas, setenticuatro centiáreas y veintitrés
miliáreas.** Lindando al **NORTE**, con la parcela número ciento
veinticinco; al **SUR**, con Jaime y Federico Calaf Collazo; al **ESTE**,
con la parcela número ciento dieciséis; y al **OESTE**, con la
parcela número ciento veintisiete.

Contains a structure.

**ORIGIN:**
It is segregated from property number 2,650, recorded at page 84,
volume 59 of Manatí.

**TITLE:**

This property is registered in favor of IVAN E. BEAUCHAMP SIERRA
and his wife INGRID VERA ROSA, who acquired it by purchase from
Ramón Alfonso Pérez and Julia Castro Adorno, singles, at a price
of $154.913.20, pursuant to deed #24, executed in Morovis, Puerto
Rico, on March 9th, 1984, before Andrés Jusino Archilla Notary
Public, recorded at page 216 overleaf of volume 220 of Manatí,
property number 2,657, 21st inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and
     encumbrances

II.  By reason of itself this property is encumbered by the
     following:

1.   Access easement as servient in favor of the property owned
     by the spouses Francisco Rosario Rosario and Maria Rivera;
     Isabel López Negrón and Paula Guzmán and Juan Tapia Negrón
     and Rosario Maldonado, constituted by deed #37, executed in
     Manatí, Puerto Rico, on November 16th, 1942, before José A.
     Camuñas Notary Public, recorded at page 123 overleaf of
     volume 59 of Manatí, property number 2,657, 4th inscription.

2.   **MORTGAGE:** Constituted by José A. Aulet and his wife Carmen
     A. Maldonado, in favor of United States of America acting
     through Farmers Home Administration, in the original
     principal amount of $85,000.00, with 5% annual interest, due
     on 40 years, constituted by deed #355, executed in Morovis,
     Puerto Rico, on November 13th, 1978, before José L. Colón
     Fontán Notary Public, recorded at page 31 overleaf of volume
     171 of Manatí, property number 2,657, 15th inscription.

3.   **MORTGAGE:** Constituted by Ramón Alfonso Pérez and Julia
     Castro Adorno, in favor of United States of America acting
     through Farmers Home Administration, in the original
     principal amount of $22,000.00, with 11 1/2% annual
     interest, due on 40 years, constituted by deed #231,
     executed in Morovis, Puerto Rico, on December 28th, 1982,
     before José L. Colón Fontán Notary Public, recorded at page
     215 overleaf of volume 220 of Manatí, property number 2,657,
     20th inscription.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**PAGE #2**
**PROPERTY #2,657**

4.   Amortized and modified the mortgage of 20th inscription whose total amount up to June 28th, 1991, is $26,693.54, with 8 3/4% annual interest, due on 31 years, constituted by deed #118, executed in Morovis, Puerto Rico, on June 28th, 1991, before Andres Jusino Archilla Notary Public, recorded at margin of page 215 overleaf of volume 220 of Morovis, property number 2,657.

5.   **MORTGAGE:** Constituted by Ivan E. Beauchamp Sierra and his wife Ingrid Vera Rosa, in favor of Bearer, in the original principal amount of $12,361.00, no interests, due on presentation, constituted by deed #25, executed in Morovis, Puerto Rico, on March 9th, 1984, before Andrés Jusino Archilla Notary Public, recorded at page 216 overleaf of volume 220 of Manati, property number 2,657, 21st inscription.

6.   **MORTGAGE:** Constituted by Ivan E. Beauchamp Sierra and his wife Ingrid Vera Rosa, in favor of in favor of United States of America acting through Farmers Home Administration, in the original principal amount of $30,544.77, with 8 1/4% annual interest, due on 15 years, constituted by deed #147, executed in Morovis, Puerto Rico, on August 7th, 1991, before Andres Jusino Archilla Notary Public, recorded at page 218 of volume 220 of Manati, property number 2,657, 22nd inscription.

7.   **SEIZURE:** Executed in the District Court of Puerto Rico in Manati, civil case #CD92-1111, for reason of Collection of Money by Manuel Rivera Nazario, plaintiff, versus Ivan Elias Beauchamp Sierra and his wife Ingrid Vera Rosa, defendant, by the amount of $15,000.00, Order dated June 17th, 1992 and Writ dated October 19th, 1992, recorded on April 22nd, 1993, at page 219 of volume 220 of Manati, property number 2,657, annotation A.

8.   **SEIZURE:** Executed in the First Instance Court of Bayamón, civil case #DCD92-2908, for reason of Collection cf Money and Foreclosure by Luciano Claudio Tirado, plaintiff, versus Ivan Elias Beauchamp Sierra and his wife Ingrid Vera Rosa, defendant, by the amount of $64,399.56, Order dated December 8th, 1997, recorded on August 25th, 2015, at page 78 of volume 615 of Manati, property number 2,657, 23rd inscription.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 9th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

_____
*Authorized signature*

mcr/dm/**F**

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of Trujillo Alto, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 9th, 2020, I examined the books and agora files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its' parts the status of the above described property in The Property Registry of Puerto Rico.

I the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,352.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

NOTARY PUBLIC

# TITLE SEARCH

**CLIENT: IVAN ELIAS BEAUCHAMP SIERRA**          **REF: 1521.083**
                                                 **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 1,787, recorded at page 203 of volume 143 of Vega Baja, Property Registry of Bayamón, Puerto Rico, section IV.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Parcela de terreno sita en el barrio Pugnado Adentro del término municipal de Vega Baja, Puerto Rico, con un área superficial de **treinta y nueve cuerdas con ochenta y cinco céntimas de otra, equivalentes a quince hectáreas, sesenta y seis áreas, veintiséis centiáreas y sesenta y cinco miliáreas de terreno**, y en lindes por el **NORTE**, con las parcelas 117 y 114; al **SUR**, con Jaime y Federico Calaf Collazo; al **ESTE**, con la parcela 113 y Cecilio Santiago; y al **OESTE**, con parcela 126 y Jaime y Federico Calaf Collazo, hoy, José A. Aulet.

**ORIGIN:**
It is segregated from property number 1,770, recorded at page 7, volume 143 of Vega Baja.

**TITLE:**

This property is registered in favor of IVAN ELIAS BEAUCHAMP SIERRA and his wife INGRID VERA ROSA, who acquired it by purchase from Antonio Torres Negron and his wife Carmen O. Marrero Rolón, at a price of $141,644.00, pursuant to deed #269, executed in Morovis, Puerto Rico, on September 30th, 1988, before Andres Jusino Archilla Notary Public, recorded at page 140 of volume 143 of Vega Baja, property number 1,787, 17th inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** In favor of United States of America acting through Farmers Home Administration, in the original principal amount of $74,000.00, with 5% annual interest, due on 40 years, constituted by deed #357, executed in Morovis, Puerto Rico, on November 13th, 1978, before José L. Colón Fontán Notary Public, recorded at page 203 of volume 143 of Vega Baja, property number 1,787, 13th inscription.

2.   **MORTGAGE:** In favor of United States of America acting through Farmers Home Administration, in the original principal amount of $20,000.00, with 8% annual interest, due on 7 years, constituted by deed #164, executed in Morovis, Puerto Rico, on October 20th, 1986, before Manuel Díaz Collazo Notary Public, recorded at page 205 of volume 143 of Vega Baja, property number 1,787, 15th inscription.

3.   For deed #264, executed in Morovis, on September 30th, 1988, before Andres Jusino Archilla Notary Public, is clarified mortgage in the 15th, inscription, for the amount of $40,000.00, recorded at margin of page 205 of volume 143 of Vega Baja, property number 1,787.

4.   Modified mortgage of the 15th inscription as follows: with 9% annual interest, and mortgage of the 13th inscription, with 8% annual interest, constituted by deed #269, executed in Morovis, Puerto Rico, on September 30th, 1988, before Andres Jusino Archilla Notary Public, recorded at page 205 overleaf of volume 143 of Vega Baja, property number 1,787, 17th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

PAGE #2
PROPERTY #1,787

5.  For deed #119, executed in Morovis, on June 28th, 1991,
    before Andres Jusino Archilla Notary Public, mortgage of the
    15th inscription is modified as follows: the principal amount
    will be $30,544.77, and due on 31 years,  recorded at margin
    of page 206 of volume 143 of Vega Baja, property number
    1,787.

6.  **MORTGAGE:** In favor of United States of America  acting
    through Farmers Home Administration, in the original
    principal amount of $26,693.54, with 8 3/4% annual interest,
    due on 31 years, constituted by deed #148, executed in
    Morovis, Puerto Rico, on August 7th, 1991, before Andrés
    Jusino Archilla Notary Public, recorded at page 178 of
    volume 402 of Vega Baja, property number 1,787, 18th
    inscription.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens,
Judgments and Daily Log up to October 9th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new
system identified as Karibe, through which the historical volumes containing the data
related to the inscribed properties and with the documents presented and pending
registration were digitized. Since April 25, 2016, the Department of Justice
discontinued the Tool-Kit and Agora System in most of the Sections of the Registry,
which was used to search for documents submitted and pending registration and
preparation of title search and other documents. There is also a delay in the entry
of information to the System to this date. In addition to this, the Federal and State
Seizures are now entered and electronically provided by the Central Office of the
Land Registry in the Department of Justice, without being able to corroborate the
control books and with many errors which makes the location impossible. We are not
responsible for errors that may result in this title search due to errors and/or
omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

_____
*Authorized Signature*

mcr/dm/**F**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of Trujillo Alto, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 9th, 2020, I examined the books and agora files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its' parts the status of the above described property in The Property Registry of Puerto Rico.

I the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,353.

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 28 day of October of 2020.

_____
NOTARY PUBLIC

Exhibit 18

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ivan Beauchamp Sierra                Case No:     63-037-xxx-xx-1454

### *CERTIFICATION OF INDEBTEDNESS*

I, Jacqueline Lazú Laboy, of legal age, married, a resident of Humacao, Puerto Rico, in my official capacity as
Acting Loan Resolution Task Force Director of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:
  
  *Statement of Account as of    Septemebr 8, 2020*

| Loan Number | 41-02 | |
|---|---|---|
| Note Amount | $ | 85,000.00 |
| Date of Last Payment | 3/23/2020 offset | |
| Principal Balance | $ | 72,329.03 |
| Unpaid Interest | $ | 84,207.52 |
| Misc. Charges | $ | - |
| Total Balance | $ | 156,596.55 |
| Daily Interest Accrual | $ | 9.9163 |
| Amount Delinquent | $ | 156,596.55 |
| Years Delinquent | Fully Matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Jacqueline Lazú Laboy
Acting LRTF Director
Septemebr 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ivan Beauchamp Sierra          Case No:    63-037-xxx-xx-1454

### *CERTIFICATION OF INDEBTEDNESS*

I, Jacqueline Lazú Laboy, of legal age, married, a resident of Humacao, Puerto Rico, in my official capacity as
Acting Loan Resolution Task Force Director of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

  *Statement of Account as of*          **September 8, 2020**

| Loan Number | 41-04 | |
|---|---|---|
| Note Amount | $ | 20,000.00 |
| Date of Last Payment | 5/17/1995 | |
| Principal Balance | $ | 17,877.83 |
| Unpaid Interest | $ | 42,990.30 |
| Misc. Charges | $ | - |
| Total Balance | $ | 60,868.13 |
| Daily Interest Accrual | $ | 4.6531 |
| Amount Delinquent | $ | 60,868.13 |
| Years Delinquent | Fully Matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.


Jacqueline Lazú Laboy
Acting LRTF Director
September 8, 2020

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ivan Beauchamp Sierra                Case No:    63-037-xxx-xx-1454

### *CERTIFICATION OF INDEBTEDNESS*

I, Jacqueline Lazú Laboy, of legal age, married, a resident of Humacao, Puerto Rico, in my official capacity as
Acting Loan Resolution Task Force Director of the *Farm Service Agency* , United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

                          *Statement of Account as of*          **September 8, 2020**

| Loan Number | | 44-07 |
|---|---|---|
| Note Amount | $ | 40,000.00 |
| Date of Last Payment | | 6/14/2000 |
| Principal Balance | $ | 27,200.00 |
| Unpaid Interest | $ | 54,868.20 |
| Misc. Charges | $ | - |
| Total Balance | $ | 82,069.00 |
| Daily Interest Accrual | | 6.14.81 |
| Amount Delinquent | $ | 82,069.00 |
| Years Delinquent | | Fully Matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.


Jacqueline Lazú Laboy
Acting LRTF Director
September 8, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ivan Beauchamp Sierra              Case No:     63-037-xxx-xx-1454

### CERTIFICATION OF INDEBTEDNESS

I, Jacqueline Lazú Laboy, of legal age, married, a resident of Humacao, Puerto Rico, in my official capacity as
Acting Loan Resolution Task Force Director of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

                    *Statement of Account as of*            *September 8, 2020*

| Loan Number | | 41-06 |
|---|---|---|
| Note Amount | $ | 22,000.00 |
| Date of Last Payment | | 5/31/1995 |
| Principal Balance | $ | 26,693.34 |
| Unpaid Interest | $ | 57,795.30 |
| Misc. Charges | $ | - |
| Total Balance | $ | 84,488.64 |
| Daily Interest Accrual | | |
| Amount Delinquent | $ | 61,175.00 |
| Years Delinquent | | 24 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.


Jacqueline Lazú Laboy
Acting LRTF Director
September 8, 2020

## UNITED STATES DEPARTMENT OF AGRICULTURE
### FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Ivan Beauchamp Sierra              Case No:    63-037-xxx-xx-1454

### *CERTIFICATION OF INDEBTEDNESS*

I, Jacqueline Lazú Laboy, of legal age, married, a resident of Humacao, Puerto Rico, in my official capacity as
Acting Loan Resolution Task Force Director of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of  Septemebr 8, 2020**

| Loan Number | 41-03 | |
|---|---|---|
| Note Amount | $ | 74,000.00 |
| Date of Last Payment | 9/15/1995 | |
| Principal Balance | $ | 61,036.16 |
| Unpaid Interest | $ | 76,523.92 |
| Misc. Charges | $ | - |
| Total Balance | $ | 137,560.08 |
| Daily Interest Accrual | $ | 8.3611 |
| Amount Delinquent | $ | 137,560.08 |
| Years Delinquent | Fully Matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.


Jacqueline Lazú Laboy
Acting LRTF Director
Septemebr 8, 2020

Department of Defense Manpower Data Center

Results as of : Nov-05-2020 12:08:20 PM

SCRA 5.6



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Exhibit 19

SSN:            XXX-XX-1454
Birth Date:
Last Name:      BEAUCHAMP SIERRA
First Name:     IVAN
Middle Name:
Status As Of:   Nov-05-2020
Certificate ID: 1PFVSG8PDYHYV0K

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-8611
Birth Date:
Last Name:        VERA ROSA
First Name:       INGRID
Middle Name:
Status As Of:     Nov-05-2020
Certificate ID:   DQF8FPRCB7H9QHW

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | |
| IVAN ELIAS BEAUCHAMP SIERRA, et als. | ) ) ) ) | FORECLOSURE OF MORTGAGE |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Conjugal partnership Beauchamp-Vera
Rd. 831, Km. 2.9                    Urb. Parque del Lago
Minillas Ward                       13, St. #100
Bayamón, P.R. 00956                 Toa Baja, P.R. 00949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br>v.<br>IVAN ELIAS BEAUCHAMP SIERRA, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INGRID VERA ROSA
Rd. 831, Km. 2.9          Urb. Parque del Lago
Minillas Ward            13, St. #100
Bayamón, P.R. 00956      Toa Baja, P.R. 00949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                         *Server's signature*

                                     _____
                                         *Printed name and title*


                                     _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>IVAN ELIAS BEAUCHAMP SIERRA, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)  FORECLOSURE OF MORTGAGE<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IVAN ELIAS BEAUCHAMP SIERRA
                                          Rd. 831, Km. 2.9              Urb. Parque del Lago
                                            Minillas Ward                  13, St. #100
                                            Bayamón, P.R. 00956    Toa Baja, P.R. 00949

 

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    JUAN CARLOS FORTUÑO FAS
                    P.O. BOX 3908
                    GUAYNABO PR 00970

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      *MARIA ANTONGIORGI-JORDAN, ESQ.*
                                                      *CLERK OF COURT*

Date:  _____                       _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                      _____
                                                              *Printed name and title*


                                                      _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Fortuño, Juan Carlos

USDC-PR Bar Number:   211913

Email Address:   jcfortuno@fortuno-law.com

1.    Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   UNITED STATES OF AMERICA, acting through the USDA

   Defendant:   IVAN ELIAS BEAUCHAMP SIERRA; ET ALS.

2.    Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.    Indicate the title and number of related cases (if any).

   N/A

4.    Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.    Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.    Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:   November 5, 2020

rev. Dec. 2009

Print Form     Reset Form

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

## DEFENDANTS

IVAN ELIAS BEAUCHAMP SIERRA, et als.

County of Residence of First Listed Defendant   Manatí, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment
& Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted
Student Loans
(Excludes Veterans)
☐ 153 Recovery of Overpayment
of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY

☐ 210 Land Condemnation
☒ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product
Liability
☐ 320 Assault, Libel &
Slander
☐ 330 Federal Employers'
Liability
☐ 340 Marine
☐ 345 Marine Product
Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle
Product Liability
☐ 360 Other Personal
Injury
☐ 362 Personal Injury -
Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury -
Product Liability
☐ 367 Health Care/
Pharmaceutical
Personal Injury
Product Liability
☐ 368 Asbestos Personal
Injury Product
Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
Property Damage
☐ 385 Property Damage
Product Liability

### CIVIL RIGHTS

☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/
Accommodations
☐ 445 Amer. w/Disabilities -
Employment
☐ 446 Amer. w/Disabilities -
Other
☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate
Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee -
Conditions of
Confinement

### FORFEITURE/PENALTY

☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 690 Other

### LABOR

☐ 710 Fair Labor Standards
Act
☐ 720 Labor/Management
Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical
Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement
Income Security Act

### IMMIGRATION

☐ 462 Naturalization Application
☐ 465 Other Immigration
Actions

### BANKRUPTCY

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal
28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated
New Drug Application
☐ 840 Trademark

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff
or Defendant)
☐ 871 IRS—Third Party
26 USC 7609

### OTHER STATUTES

☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC
3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and
Corrupt Organizations
☐ 480 Consumer Credit
☐ 485 Telephone Consumer
Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/
Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information
Act
☐ 896 Arbitration
☐ 899 Administrative Procedure
Act/Review or Appeal of
Agency Decision
☐ 950 Constitutionality of
State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding
☐ 2  Removed from
State Court
☐ 3  Remanded from
Appellate Court
☐ 4  Reinstated or
Reopened
☐ 5  Transferred from
Another District
*(specify)*
☐ 6  Multidistrict
Litigation -
Transfer
☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
381,582.40

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE                     SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____